IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Scot Smith, | Case Nos. 3:21 CV 2266 |
| | 3:21 CV 2336 |
| Plaintiff, | |
| | O R D E R |
| -vs- | |
| | JUDGE JACK ZOUHARY |
| Firexo Group Limited, | |
| Defendant, | |
| -and- | |
| Firexo, Inc., | |
| Plaintiff, | |
| -vs- | |
| Firexo Group Limited, | |
| Defendant, | |

    This Court held an Initial Phone Status on January 5, 2022. Counsel present: Aaron Bernay, Paul Belazis, and Richard Malone for Plaintiffs; Jason Blake, David Bules, and Peter Coyle for Defendant.

    Defense counsel wish this Court to consider a stay or dismissal. Litigation is pending in the United Kingdom between the same parties. Counsel shall discuss and share letters pursuant to civil case management protocol (Doc. 5).

Letters shall be provided to Court (zouhary_chambers@ohnd.uscourts.gov) prior to status phone call agreed upon for **Monday, February 7, 2022 at 3:30 p.m.** Counsel shall use the same District Court conference line.

IT IS SO ORDERED.

                                                s/ *Jack Zouhary*
                                                JACK ZOUHARY
                                                U. S. DISTRICT JUDGE

                                                January 6, 2022