IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Scot Smith, | Case Nos. 3:21 CV 2266 |
| | 3:21 CV 2336 |
| Plaintiff, | |
| | O R D E R |
| -vs- | |
| | JUDGE JACK ZOUHARY |
| Firexo Group Limited, | |
| Defendant, | |
| -and- | |
| Firexo, Inc., | |
| Plaintiff, | |
| -vs- | |
| Firexo Group Limited, | |
| Defendant. | |

Record Teleconference held February 9, 2022. Counsel present: Aaron Bernay, Paul Belazis, and Richard Malone for Plaintiffs; Jason Blake, David Bules, and Peter Coyle for Defendant. (Court reporter: Stacey Kiprotich).

This Court reviewed with counsel the exchanged letters (attached) regarding Defendant's proposed Motion to Dismiss. See transcript for details. Plaintiffs may amend their respective Complaints by **March 2, 2022**, following which this Court will schedule a further Teleconference.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

February 10, 2022