IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Scot Smith,

                Plaintiff,

        -vs-

Firexo Group Limited,

                Defendant,

        -and-

Firexo, Inc.,

                Plaintiff,

        -vs-

Firexo Group Limited,

                Defendant.

Case Nos. 3:21 CV 2266
              3:21 CV 2336

O R D E R

JUDGE JACK ZOUHARY

Record Video Conference held March 9, 2022.  Counsel present: Aaron Bernay, Paul Belazis, and Richard Malone for Plaintiffs; Jason Blake and David Bules for Defendant.  (Court reporter: Angela Nixon).

Defendant shall answer the Amended Complaints by **March 31, 2022**.  The parties shall complete initial disclosures and confer on any potential stipulations that can be reached with respect to the facts underlying this case.  If necessary, counsel may engage in limited written discovery.

Counsel shall file a brief Joint Status Report by **June 30, 2022**.  If Court assistance is needed in the interim, contact chambers via email (zouhary_chambers@ohnd.uscourts.gov) with a proposed agenda.

IT IS SO ORDERED.

                              s/ *Jack Zouhary*
                              JACK ZOUHARY
                              U. S. DISTRICT JUDGE

                              March 11, 2022