IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Scot Smith,                                    Case Nos. 3:21 CV 2266
                                                          3:21 CV 2336
                 Plaintiff,
                                               O R D E R
      -vs-
                                               JUDGE JACK ZOUHARY
Firexo Group Limited,

                 Defendant,

         -and-

Firexo, Inc.,

                 Plaintiff,

      -vs-

Firexo Group Limited,

                 Defendant.

      Telephone Conference held July 11, 2022.  Counsel present: Aaron Bernay, Joshua Fineman, and Paul Belazis for Plaintiffs; Jason Blake, David Bules, and Peter Coyle for Defendant.

      This Court reviewed with counsel the recent Joint Status Report (Doc. 16) and the current status of the related UK litigation (*see* Doc. 16-1).

      With respect to the securities action, Plaintiff shall share a proposed Second Amended Complaint with Defendants by **July 20, 2022**, and ECF-file it by **July 27, 2022**.  Defendants will

Answer or move to dismiss (15-page max) the Second Amended Complaint by **August 10, 2022**; Plaintiffs will respond (15-page max) by **August 24, 2022**.  Counsel shall also file Stipulations by **August 10, 2022**.   Simultaneous briefing (10-page max) on the jurisdictional issues raised in the contract case are due by **August 15, 2022**.

IT IS SO ORDERED.

_____ s/ *Jack Zouhary* _____
JACK ZOUHARY
U. S. DISTRICT JUDGE

July 12, 2022