# Exhibit 01

(B: 9-11)

B:9

All subscription monies will be held until the subscription offer is accepted by the Company, whereupon a share certificate will be generated and posted to the subscriber.

Shareholders should also be aware a copy of the photo page of their passport (or picture driving license) and a copy of a recent utility bill showing their home address may be requested to ensure compliance with the Money Laundering Regulations 2007.

A COPY OF THIS COMPLETED APPLICATION FORM SHOULD BE SENT TO THE COMPANY (FOR THE ATTENTION OF DAVID BREITH) OR SCANNED BY EMAIL TO DAVE.BREITH@FIREXO.COM AND TO COYLE WHITE DEVINE LIMITED (FOR THE ATTENTION OF PETER COYLE) OR SCANNED BY EMAIL TO PETER.COYLE@CWD-LAW.COM

Signature: [signature]

Date: 23 June 2020

## Terms and Conditions

1  The allotment and issue of Ordinary Shares pursuant to the application made on this Application Form is conditional upon:

   (a) the receipt of a cheque or a cleared transfer of funds to the Company or Coyle White Devine Limited (as the case may be).

   Completion of the issue of Ordinary Shares applied for under this Application Form, to the extent accepted by the Company, will take place at the end of this subscription period on or before 30 June 2020 or earlier where £10,000,000 is raised within this seed period. The maximum subscription investment that the Company will accept is £10,000,000.

2  I hereby acknowledge any application for Ordinary Shares may not be accepted, or be accepted for fewer Ordinary Shares than the number applied for, and the application moneys or the balance thereof (as the case may be) will be returned by sending the applicant's cheque or bankers' draft, or a cheque in favour of the applicant in each case by post or by hand and at the risk of the person entitled thereto to the address of the applicant without interest.

3  In consideration of the Directors agreeing that they will consider and process applications for the Ordinary Shares in accordance with the procedure referred to in this document and as a separate contract with the Company which will become binding on dispatch by post or on delivery of this Application Form:

   (a) I understand that my application shall be deemed to be an offer up to the value of my application and that such offer shall be deemed to take effect on dispatch by post or delivery of this Application Form;
   (b) I confirm that I am not relying on any information or representation in relation to the Company as regards its past or future performance, the Enterprise Investment Scheme Reliefs or otherwise whatsoever;
   (c) I hereby authorise the Company to send a cheque for any moneys returnable to me by first class post at my risk to the address given overleaf;
   (d) I agree that my application is irrevocable save as regards the condition referred to at paragraph 1;
   (e) I warrant that if I have signed this Application Form on behalf of any other person I have due authority to do so, and that such person will also be bound accordingly and be deemed to have given the confirmations, warranties and undertakings contained herein; and
   (f) I agree that this Application Form shall be construed in accordance with and governed by the laws of England and Wales.

4  I hereby declare that I have read, understood and agreed to these terms and conditions and in this Application Form and have taken all the appropriate professional advice which I consider necessary before submitting my application and that I am aware of the special risks involved in participating in an investment of this nature, and I understand that my application is made upon the terms this Application Form.

The information contained in this summary is confidential and remains the property of Firexo Group Limited. The circulation of this information without prior permission of the promoters is prohibited

B:10

**STATEMENT FOR A SELF-CERTIFIED SOPHISTICATED INVESTOR**

I declare that I am a self-certified sophisticated investor for the purposes of the Financial Services and Markets Act (Financial Promotion) Order 2005.

**I understand that this means:**

1. I can receive financial promotions that may not have been approved by a person authorised by the Financial Conduct Authority;
2. The content of such financial promotions may not conform to rules issued by the Financial Conduct Authority;
3. By signing this statement I may lose significant rights;
4. I may have no right to complain to either of the following
4.1 the Financial Conduct Authority; or
4.2 the Financial Ombudsman Scheme; and
5. I may have no right to seek compensation from the Financial Services Compensation Scheme.

**I am a self-certified sophisticated investor because at least one of the following applies:**

1. I am a member of a network or syndicate of business angels and have been so for at least the last six months prior to the date below;
2. I have made more than one investment in an unlisted company in the two years prior to the date below;
3. I am working, or have worked in the two years prior to the date below, in a professional capacity in the private equity sector, or in the provision of finance for small and medium enterprises; or
4. I am currently, or have been in the two years prior to the date below, a director of a company with an annual turnover of at least £1 million.

**I accept that I can lose my property and other assets from making investment decisions based on financial promotions.**

I am aware that it is open to me to seek advice from someone who specialises in advising on investments.

Name: Scot A. Smith

Signature: [signed]

Date: 23 June 2020

B:10

B:11

I am aware that it is open to me to seek advice from someone who specialises in advising on investments.

Name: Scot Smith

Signature: [signature]

Date: 23 June 2020

B:11