# Exhibit 02

(B: 12)

| STOCK TRANSFER FORM | | | |
|---|---|---|---|
| | Consideration Money: £200,000 | | Certificate lodged with the Registrar (For completion by the Registrar/Stock Exchange) |
| | Full name of Undertaking | FIREXO GROUP LIMITED (11085973) | |
| | Description of Security | Ordinary Shares with a nominal value of £0.00125 each | |
| | Number or amount of Shares, Stock or other security and, in figures column only, number and denomination of units, if any. | Words<br><br>One thousand six hundred | Figures<br><br>1,600 |
| | Name(s) of registered holder(s) should be given in full: the address should be given where there is only one holder.<br><br>If the transfer is not made by the registered holder(s) insert also the name(s) and capacity (e.g., Executor(s)) of the person(s) making the transfer. | In the name(s) of<br><br>David Breith<br>The Hill<br>Penn Road<br>Beaconsfield<br>Buckinghamshire<br>HP9 2TS | |
| | (Delete words in italics except for stock exchange transactions) | I/We hereby transfer the above security out of the name(s) aforesaid to the person(s) named below *or to the several persons named in Parts 2 of Brokers Transfer Forms relating to the above security*:<br>Signature(s) of transferor(s):<br><br>1............ [signature] ............<br><br>David Breith | Stamp of Selling Broker(s) or, for transactions which are not stock exchange transactions, of Agent(s), if any, acting for the Transferor(s). |
| | A body corporate should execute this transfer under its common seal or otherwise in accordance with applicable statutory requirements. | | |
| | Date 29th JUNE 2020 | | |
| | Full name(s) and full postal address(es) (including County or, if applicable, Postal District number) of the person(s) to whom the security is transferred.<br><br>Please state title, if any, or whether Mr., Mrs. or Miss.<br><br>Please complete in typewriting or in Block Capitals. | Mr Scot Smith<br><br>1296 Monaghan Rd<br>PO Box 947<br>Kelleys Island<br>Ohio<br>43438<br>USA | |
| | I/We request that such entries be made in the register as are necessary to give effect to this transfer. | | |
| | Stamp of Buying Broker(s) (if any). | | Stamp or name and address of person lodging this form (if other than the Buying Broker(s)). |

B:12