# Exhibit 03

(C: 1)

| Certificate No | Class | No of Shares |
|---|---|---|
| 303 | £0.00125 Ordinary Shares | 164 |

# FIREXO GROUP LIMITED

Registered in England and Wales with Company Number 11085973
Incorporated under the Companies Act

This is to certify that

**Scot Smith**

of 1296 Monaghan Rd, PO Box 947, Kelleys Island, Ohio, 43438, USA

is the registered holder of one hundred and sixty four (164) fully paid ordinary share of £0.00125 each in the above-named Company, subject to the Articles of Association of the said Company

*This Certificate was authorised by:*

_____
DAVID BREITH, DIRECTOR

_____
GARETH BALDWIN, DIRECTOR

Executed by the said Company on 12th September 2019

Registered Office: Coyle White Devine, Boughton Business Park, Bell Lane, Amersham, HP6 6FA

NOTE: No transfer of any of the above mentioned shares can be registered until this Certificate has been deposited at the Company's Registered Office

C:1