# Exhibit 10

(E: 3-4)

4 November 2021

Scot Smith
1296 Monaghan Rd
PO Box 947
Kelleys Island
Ohio
43438
USA

**By email only**

Dear Mr Smith,

**Firexo Group Limited (the Company) – Drag Along Notice**

1      **Proposed Offer**

1.1    We refer to the current articles of association of the Company adopted on 3 September 2021 (the **Articles**). The definitions used in the Articles shall apply in this notice, unless stated otherwise.

1.2    We confirm that we, being the holders of 75% or more of the issued share capital of the Company, wish to transfer all of our Shares in the Company to Firexo Corporation, a Delaware incorporated company (the Proposed Buyer), as part of a group reorganisation (the Share Exchange) with a view to an initial public offering on the NASDAQ market in the USA.

2      **Drag Along Notice**

2.1    In accordance with article 27 of the Articles, we, being the Selling Shareholders, hereby provide notice to you, as a Called Shareholder, that you are required to transfer the Called Shares held by you in the capital of the Company, being:

**2,964 ordinary share(s) of £0.00125**

to the Proposed Buyer on the Completion Date in exchange for an equal number of Exchange Shares offered by the Proposed Buyer. Your shareholding in the Proposed Buyer will, immediately following completion of the Share Exchange, represent the same proportion of the issued share capital of the Proposed Buyer as your Called Shares represent of the current issued share capital of the Company.

In accordance with Article 27.2:

(a)    Your Called Shares are to be transferred to Firexo Corporation.

(b)    the total consideration to be paid by the Proposed Buyer shall be 1 share of common stock of $0.0017125 each in the Proposed Buyer for every 1 ordinary share of £0.00125 held in the capital of the Company (**Exchange Shares**); and

(c)    the proposed date for transfer of your Called Shares is expected to be 5 November 2021. You are required to execute and deliver to the Company on or before the Completion Date (i) the attached share exchange agreement, and (ii) the attached stock transfer form for your Called Shares together with the relevant share certificate(s) (or a suitable indemnity for any lost share

certificates). If you have lost your share certificate you should immediately request a form of indemnity from the Company.

2.2 For the avoidance of doubt, we confirm that:

2.2.1 in accordance with article 27(2)(c) of the Articles, we hereby confirm that the amount to be paid to you will be in the same form (cash, shares or otherwise), and on at least as favourable terms as shall be received in respect of the Sellers' Shares; and

2.2.2 in accordance with the provisions of article 27(8) of the Articles, and in our capacity as Selling Shareholders, if you fail to execute (where required) and deliver the documents specified in paragraph (c) above to the Company by the Completion Date, you shall be deemed to have irrevocably appointed any person nominated by us, as Selling Shareholders, to be your agent, to execute, in your name and on your behalf, any stock transfer form and all other documents required pursuant to Article 27.6 of the Articles.

Yours faithfully

………………………………………

**David Breith as a Selling Shareholder**

………………………………………

**Peter Coyle as a Selling Shareholder and also an Attorney for the following Selling Shareholders**

| | | | | | |
|---|---|---|---|---|---|
| Stuart Alexander | James Couser | Stephen Goodman | Chris Letheren | Stephen Rein | Andrea Thornton |
| Michael Antoniou | Theresa Cowley | Benjamin Harris | Annabelle Madzia | David Scott | Mark Thornton |
| Renate Antoniou | Martyne Coyle | Victoria Harris | Valerie Maylor | Barry Sheahan | Michael Van Klink |
| Veronica Antoniou | Christopher Coyle | Gary Hearn | Alan Arthur Maylor | Ellouise Sheahan | Lee Adam Wanstall |
| Gareth Baldwin | Zak Holland | Lamont Hector | Kieron McKay | Peter Sheahan | Linda Wanstall |
| Thomas Baldwin | Aidan Peter Coyle | Lilly Henry | Matthew McNab | Jacob Sheahan | Tracey Waspe |
| Deena Baldwin | Orla Kathleen Coyle | Millie Henry | John McNab | Kaleb Sheahan | Yvonne Wheable |
| Francis Binnington | Patrick Coyle | Michael Henry | Toni-Anne Miles | Niamh Sheahan | John Wheable |
| Yvonne Binnington | Antony Day | Grant Henry | Charlie Collett | Diana Simmonds | John F Wheable |
| Daniel Bowden | Rosemary Dempers | Hayley Henry | Connor Moran | Wendy South | Donna Wheable |
| Neil Bowerman | Richard Dempers | Barry Hodson | Anna Naylor | Peter Spargo | Jack Callum Wheable |
| Claire Breith | Rachel Dempers | Donna Hodson | Ian Dennis Noble | Winand Staring | Millie May Wheable |
| Georgia Hargreaves | Michael Dexter | Jessica Holt | Karen Nunn | Erika Stratford | Rocky Whiting |
| Jack William Breith | Mark Elberfield | Julian Holt | Louise O'Dell | Alan Sunderland | Hollie Whiting |
| Michael David Breith | Jacqueline Etherington | Mark Hoppenbrouwers | Robert Parish | Will Tame | Lee Jonathon Wingfield |
| Ashley David Rees | Terence Etherington | Paul Alan How | Richard Pavry | Charlotte Terry | Katharine Winstanley |
| Vincent Brooks | Neil David Flynn | Jakpon Limited | Brian John Pidsley | Michael Thornton | Michael Winstanley |
| Colin Bernard Brown | Janet Gardner | Ian Leech | Angela Pidsley | Emma Redman | Christopher John Wise |
| Amin Choudhury | Rosie Gardner | Peter Letheren | Emma Redman | Robert Redman | Summer Ann Wanstall |
| Daphne Letheren | David Gardner | Jonathan Walters | | | |