# Exhibit 12

(E: 19-20)

| STOCK TRANSFER FORM | | | | |
|---|---|---|---|---|
| | Consideration Money: The issue by the transferee of 2,964 Ordinary stock of $0.0017125 each in the Transferee | | Certificate lodged with the Registrar | |
| | | | (For completion by the Registrar/Stock Exchange) | |
| | Full name of Undertaking | Firexo Group Limited (11085973) | | |
| | Description of Security | Ordinary Shares with a nominal value of £0.00125 each | | |
| | Number or amount of Shares, Stock or other security and, in figures column only, number and denomination of units, if any. | Words<br>Two thousand nine hundred and sixty four | | Figures<br>2,964 |
| | Name(s) of registered holder(s) should be given in full: the address should be given where there is only one holder.<br><br>If the transfer is not made by the registered holder(s) insert also the name(s) and capacity (e.g., Executor(s)) of the person(s) making the transfer. | In the name(s) of<br><br>Scot Smith    *Peter Cayle as Attorney*<br>1296 Monaghan Rd<br>PO Box 947<br>Kelleys Island<br>Ohio<br>43438, USA | | |
| | (Delete words in italics except for stock exchange transactions) | I/We hereby transfer the above security out of the name(s) aforesaid to the person(s) named below *or to the several persons named in Parts 2 of Brokers Transfer Forms relating to the above security:*<br>Signature(s) of transferor(s):<br><br>1. *[signature]* Attorney<br>2. ..........<br>3. ..........<br>4. .......... | | Stamp of Selling Broker(s) or, for transactions which are not stock exchange transactions, of Agent(s), if any, acting for the Transferor(s). |
| | A body corporate should execute this transfer under its common seal or otherwise in accordance with applicable statutory requirements. | | | |
| | Date | 5 November 2021 | | |
| | Full name(s) and full postal address(es) (including County or, if applicable, Postal District number) of the person(s) to whom the security is transferred.<br><br>Please state title, if any, or whether Mr., Mrs. or Miss.<br><br>Please complete in typewriting or in Block Capitals. | Firexo Corporation<br>Harvard Business Services Inc.<br>16192 Coastal Highway<br>Lewes, Delaware 19958<br>USA | | |
| | I/We request that such entries be made in the register as are necessary to give effect to this transfer. | | | |
| | Stamp of Buying Broker(s) (if any). | | Stamp or name and address of person lodging this form (if other than the Buying Broker(s)). | |

E:19

**CERTIFICATE 1: FORM OF CERTIFICATE REQUIRED WHERE TRANSFER IS EXEMPT FROM *AD VALOREM* STAMP DUTY AS BELOW THRESHOLD**

* Please delete as appropriate

I/We* certify that the transaction effected by this instrument does not form part of a larger transaction or series of transactions in respect of which the amount or value, or aggregate amount or value, of the consideration exceeds £1,000.

** Delete second sentence if certificate is given by transferor

I/We* confirm that I/we * have been duly authorised by the transferor to sign this certificate and that the facts of the transaction are within my/our * knowledge. **

Signature(s)

*Description: ("Transferor", "Solicitor", etc.)

Date

**CERTIFICATE 2: FORM OF CERTIFICATE REQUIRED WHERE TRANSFER IS OTHERWISE EXEMPT OR THE CONSIDERATION GIVEN IS NOT CHARGEABLE CONSIDERATION**

*Please delete as appropriate

I/We* certify that this instrument is otherwise exempt from *ad valorem* stamp duty without a claim for relief being made or that no chargeable consideration is given for the transfer for the purposes of stamp duty.

** Delete second sentence if certificate is given by transferor

~~I/We* confirm that I/we* have been duly authorised by the transferor to sign this certificate and that the facts of the transaction are within my/our* knowledge.~~ **

Signature(s) [signature]

*Description: ("Transferor", "Solicitor", etc.)

Attorney

Date 5 November 2021

**NOTES**

(1) If one of the above certificates has been completed, or if the consideration for the transfer is nil (in which case you must write "nil" in the consideration box on the front of the form), this transfer does not need to be submitted to the Stamp Office but should be sent directly to the Company or its Registrars.

(2) If neither of the above certificates has been completed, and the consideration for the transfer is not nil, this transfer must be submitted to the Stamp Office and duly stamped.

E:20