# Exhibit 13

(E: 21-22)



I/we............................................................................................

for value received.................................................... paid to me/us by

..............................................................
(transferee)

..............................................................
..............................................................
(address)

hereby sell, assign and transfer to the transferee

.......... **SHARES**
FULLY PAID AND NON-ASSESSABLE SHARES

of the Common Stock of
**FIREXO CORPORATION**

represented by the within Certificate, to hold unto the transferee, his or her executors, administrators, and assigns, subject to the several conditions on which I/we held the same at the time of the execution of this assignment; and the transferee, by acceptance of this assignment, agrees to take those shares subject to those conditions.

Signed the ........................... day of ............................. 20........ .

..............................................................
(Signature(s) of transferor(s))

Witness to the signature(s) of the transferor(s):

..............................................................
(Signature of witness)

..............................................................
(Address)

\* The shares of stock represented by this certificate have not been registered under the Securities Act of 1933, as amended (the "Act"), or any state securities laws and may not be offered, sold, transferred, pledged, assigned or hypothecated in the absence of an effective registration of these shares under the Act and applicable state securities laws unless in the opinion of the corporation's counsel such registration is not required.

\*\* The shares of stock represented by this certificate are subject to restrictions upon transfer and may not be sold, transferred, pledged, assigned, hypothecated or otherwise disposed of except in accordance with and subject to all of the terms and conditions of a certain stock option agreement, if such an agreement has been executed, between this corporation and the registered holder of this certificate. The corporation shall furnish a copy of such agreement to the registered holder of this certificate upon written request and without charge.

E:22