# **Exhibit 15**

(16 pages)

| | |
|---|---|
| **From:** | Dave Breith <dave.breith@firexo.com> |
| **Sent:** | Tuesday, April 12, 2022 4:46 PM |
| **To:** | Dave Breith |
| **Subject:** | Firexo Investor Update - Quarter 1 2022 |
| **Attachments:** | Firexo Investor Update Q1 2022.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear All,

My apologies it has been some time since my last update.

I am very pleased to share Quarter 1 - 2022 Investor Update.

Kindest Regards

**Dave Breith |** Group CEO
**| M:** +44 7970 556642          **| T:** +44 207 9896111
**| E:** dave.breith@firexo.com    **| W:** firexo.com



 

The content of this message is confidential, so if you have received it by mistake, please inform us by reply email and then delete the message, without sharing it with others. The integrity and security of this email cannot be guaranteed over the internet.  Accordingly, the sender will not be held liable for any damage caused by the message.  Finally, any opinions expressed in this email are opinions of the writer and NOT the company, so the company does not accept any legal liability for damage caused by its content.

1



All fires, fast

# Investor Update
## Q1 2022

Presented by Dave Breith

firexo

All fires, fast

## Contents

- CEO Update
- IPO & Investment
- Shareholder Information
- Future of Firexo
- General Company Update
- Next Steps
- Distribution Plan
- European Update
- New Product Launches
- Personal Note





# CEO Update

Dear All,

Firstly, please accept my sincere apologies that an investor update has not been sent for some time, I fully appreciate that you all have been anxious to hear from me about the Company and its progress.

Firstly, there have been many reasons for the delay, but the main reason is advice received from our US attorneys to be 'sparing' in any 'price sensitive' information we shared whilst our proposed IPO was being reviewed by both NASDAQ and the Securities Exchange Commission.

Please be assured that all at Firexo continue to work tirelessly for the company we are flat out driving the company forwards.

Please see below our Quarter 1, 2022 update. Once again, please accept my apologies for the delay.

Kindest regards and thank you for your continued support.

Dave Breith



All fires, **fast**



## Intended IPO Update and New Investment

As you are all aware we considered and embarked on an intended IPO that was first shared with you in our November 2020 Investor Update. Having considered this at the time we decided to proceed with the opportunity earlier than anticipated, you may recall this was originally in our plans for 2023.

Market volatility and valuation unpredictability amongst a host of other reasons have caused us to put the IPO on hold. With rising interest rate expectations and further uncertainty caused by the COVID and the war in Ukraine, we are fortunate to announce that Firexo Corporation (the US company in which you all own shares following the share exchange agreements dated 5 November 2021) has secured investment from other private sources as an alternative, so access to US capital markets to fund our business plan, is no longer necessary at this time.

We will now continue to execute our business plan with this new private investment, we can adopt a get ready and be nimble approach, with options to either (a) proceed with the IPO at a future date in more favourable conditions for us all, or (b) generate enough profits that access to additional funds through any public stock exchange becomes unnecessary and overtime pay dividend payments to our shareholders.

firexo

All fires, **fast.**

## Intended IPO Update and New Investment cont.

With all the work we put into preserving EIS relief for our eligible shareholders, the Board has decided to preserve the new corporate structure which places Firexo Corporation in Delaware at the top of the Firexo group of companies and the ultimate parent.

HMRC advised us that EIS would be preserved on certain conditions being met and, right now, our legal team is in the process of addressing those conditions to HMRC's satisfaction so anyone that has invested in Firexo can be assured that your EIS remains in the same situation on the investment you have made.

There is a second reason for retaining the new corporate structure. By keeping Firexo Corporation at the top of the Firexo group of companies, any potential future IPO on the NASDAQ or other exchange that we may consider becomes more straightforward. As the lion's share of work has already been done in this respect, this will be prove advantageous to our speed and cost to an exchange is likely to be significantly less.



All fires, **fast.**

## Shareholder Certificates

You will recall that the transfer of your shares from Firexo Group Limited to Firexo Corporation was affected by Share Exchange Agreements dated 5 November 2021 and made between Firexo Group Limited, Firexo Corporation and all of us, as shareholders.

Shortly after the share exchange, you received a communication dated 24 November 2021 which explained that each individual share in Firexo Group Limited was being 'split' into one hundred shares in Firexo Corporation. This was done to create a 'market-friendly' adjustment to our share price on admission to NASDAQ, without prejudicing the total value of the investments we all made as 'private' shareholders.

We now have a Transfer Agent retained in the US to deal with the management of the shares we all hold in Firexo Corporation. This company will maintain Firexo Corporation's share register going forward and deal with the administration of all share transfers, whether those occur now as a privately owned company or after any IPO which would take us 'public.'

All fires, **fast**...



## Shareholder Certificates - continued...

**THIS IS VERY IMPORTANT** - In order to issue your new share certificates, reflecting the 1:100 share split, Our transfer agent has requested the <u>RETURN</u> of our existing certificates. These are the certificates you hold in the name of Firexo Corporation, NOT any certificates which might still be in your possession for Firexo Group Limited.

Can I therefore request that you post your current Firexo Corporation share certificates to <u>VICKY CHOUDHURY</u> at our registered office, namely <u>COYLE WHITE DEVINE, BOUGHTON BUSINESS PARK, BELL LANE, AMERSHAM, BUCKS, HP7 9DH.</u> Vicky needs these certificates by FRIDAY 29TH APRIL 2022 at the latest please. Vicky will then liaise with V-Stock with a view to having all of the new share certificates delivered to you by the end of May.

Failure for you to do so will mean we are unable to send you a new share certificate and may cause you complications later, so I ask you to do this with some urgency for your own benefit.

Thank you very much for your cooperation within this important process.



All fires, fast

## Building on our foundations...

Since the inception of Firexo I have been the driver, the mechanic, the ticket conductor as well as many roles, however as we grow the business needs additional skills and resource in the various areas of the business.

As such we are growing the team and will continue to do so. We have now employed a full time COO, Natalia Misko to oversee of all Marketing, Operations, and I.T. We are developing the structure of our finance department and plan to hire a head of finance by the end of the month. Further roles high on our agenda are a finance controller, increasing our admin support and hiring a Global Sales manager. We are also seeking to recruit a head of sales for Europe.

People is not the only area of the business we are expanding, and I will elaborate further during this update.

I would love to continue to do everything as I enjoy it, but as we grow it is becoming increasingly unrealistic. My time becomes thinner and thinner and I simply cannot keep up with the workload (sending out investor updates is just one example)!, Now is the time to build the staffing structure that is needed to support the next phase of further growth and I am delighted that our new investment has given us the opportunity to do this.

All fires, fast



# General Company Update

Global shipping problems and supply chain issues continue to disrupt businesses around the world, and we are no different. Container prices are high and the conflict between Russia and Ukraine further complicates the situation.

That said, we continue to get supply and our sales are increasing month-to-month. Halfords in the UK has joined many other retailers on a National Roll-out and our 2 Litre Extinguisher is now fourth best seller on Amazon in the UK!

We have four 40ft containers landing in the UK in the middle of April, one container landing in around the same time in Ireland, pallets of our Sachets in South Africa and many more into Europe.

Much of our stock going into Europe will also be blank and generic, this puts us in a strong position to manage stock swings between European markets and continue to meet our growing orders. Whilst we still have dedicated stock labelled with the appropriate language, the blank stock acts as a buffer, so if a country is selling more than others or anticipated, we can label the product and box, accordingly, mitigating out of stock risk. This approach also hugely reduces our cashflow output.

Despite China announcing some of its biggest city-wide lockdowns since the Covid outbreak began more than two years ago, we are fortunate that our factory and our new factories have been not severely affected. Any lock downs we have seen or are seeing are for a few days only, there will clearly be a knock-on effect with back log etc. but nothing we cannot navigate.

All fires, **fast**



## Next Steps

The new private investment gives the Company the funding not only to meet operating needs but to pursue substantial and exciting growth opportunities by taking Firexo into other markets, expanding our product folio faster and to build more logistical structure.

Since the UK decided to leave the EU, it has not been easy for what is an international Company to try and operate in Europe. Customs clearance has been made harder, additional paperwork takes a lot of our admin time and costs have risen.

All of the above, coupled with inflation, fuel cost increases and rising supply chain costs means that it is an exciting time to build more within the EU as we strive to drive increased sales throughout Europe.

Introducing Firexo SP Zoo

All fires, **fast**.



# New European Distribution Hub

We are in the process of setting up a European Distribution Hub that will support all countries in Europe with our products from a centralised location.

We are due to sign contracts on this over the coming weeks and move in days later. Our new proposed location boasts over 20,000 + square feet of space with twelve metre roof height as well as offices, staff facilities, meeting rooms and a strategy planning rooms. We also intend to have a demo suite to showcase our product range. This will operate from our new subsidiary to the Firexo companies, Firexo SP Zo o based in Poland.

The new distribution hub will be based in Wroclaw. It will likely create around twenty new jobs within Firexo across multiple competencies including warehouse operations, marketing, I.T. finance, admin, and customer experience personnel.

We have already ordered eighteen 40ft HC containers that will be landing in the new facility over the coming months consisting of our existing products as well as new products ranges that will be launching as well.

Extremely exciting times ahead.



## European Update

With our new distribution hub in Poland, we are in a strong position to access many marketplaces like Amazon, Ebay, Allegro etc. These marketplaces and our own ecommerce represent a large opportunity for the Company, and we will be targeting a lot of our efforts and focus during 2022 in this area.

Marketplaces in Europe offer us great opportunity. They represent access to large sales volumes and the new distribution hub makes us uniquely position to distribute from our location in Poland to anywhere in the EU.

At the same time, we continue to add growth via retailers and service providers. Our new sales head, once appointed, will be responsible for driving this faster where we have had remarkable success in the UK with B&Q, Screwfix, Costco, Maplin and Halfords joining our growing customers with national roll out, as well as online e-tailers.

# Exciting NEW Product Launches

We hope to start sales of our vehicle plumbed-in systems and our wheeled extinguishers towards the end of the year when our testing is complete.

We are at the end of Motorsport Handheld product range and awaiting certification, we are anticipating ordering our first Motorsport Handheld Extinguishers during the coming weeks which will then be on sale middle of 2022.

Keep an eye out for Motorsport UK events like BTTC, Superbike and other televised events as you may see the Firexo Motorbike used as a fast response vehicle!

We have ordered and are expecting multiple containers for our new product launches over the coming months which include, Stainless Steel Extinguishers, Transport Brackets, Extinguisher Stands, Refill Kits, Parts Kits, our signage converted into various languages and our first order for Smoke, Heat, and CO alarms have also been placed.

A new product being brought to the Firexo range will be a small aerosol extinguisher, named the "Firexo Mini." It is a 150ml can with a lower price-point, this will help Firexo access a different demographic where a lower price is important. We have large expectations for this product and are genuinely excited to bring this product to market within the coming months.

We continue to discuss opportunities with various global partners and hope to start more strategic discussions with fx73 during the course of the year.





Once again, I apologise for not being able to update you sooner but as you can see, we have been extremely busy and no one more so than myself.

I will move to provide a quarterly update for shareholders from now on and aim to have the next one with you by early July.

I once again and very sincerely thank all of our shareholders for their continued support.

I would also like to offer our thoughts and best wishes to our all that are innocent affected by the war in Ukraine.

Kindest regards,
Dave Breith, CEO

All fires, fast.

# Now is the time to innovate.

## Firexo

### Tackling fires in a way the world has never seen before.

