# **Exhibit 16**

(2 pages)

**DWF Law LLP**
20 Fenchurch Street London EC3M 3AG DX 584 London
T 0333 320 2220  F 0333 320 4440  www.dwf.law



| | | |
|---|---|---|
| Ms Vicky Choudhury<br>Coyle White Devine Solicitors<br>Boughton Business Park<br>Bell Lane<br>Amersham<br>Bucks<br>HP6 6FA<br><br>**By Courier** | Your Ref:<br><br>Our Ref:<br><br><br>Date:<br>Please ask for:<br>Ext:<br>Direct Dial:<br>E-mail:<br>Direct Fax: | PJC/sc/FIR004.001<br><br>17569/2037414/1<br>*Please quote this when replying*<br><br>5 May 2022<br>Joshua Fineman<br>495213<br>+44 20 7220 5213<br>Joshua.Fineman@dwf.law |

Dear Mesdames

**Our Client    -    Mr Scot Smith**

1. As you are aware, we act for Mr Scot Smith.

2. We refer to the Q1 Investor Update circulated by Mr Breith on 12 April 2022 (the "**Investor Update**"), and in particular the request set out in that update that our client provide you with his current share certificate in respect of Firexo Corporation.

3. Please find enclosed Mr Smith's share certificate as requested. Please acknowledge safe receipt.

4. The provision of Mr Smith's share certificate should not be taken as any admission on his part as to the appropriateness of the transfer of his shares from Firexo Group Limited to Firexo Corporation, nor the conduct of the other shareholders of the company in both (i) the adoption of amended Articles of Association to incorporate the Drag Along rights which were relied on to effect that transfer; and (ii) the decision to effect the transfer itself.

5. The provision of Mr Smith's share certificate is also without prejudice to his position as to (i) the appropriateness of the further process which was undertaken in respect of the splitting of shares in Firexo Corporation as descripted in the Investor Update; and (ii) the current management's approach to Firexo's capital requirements generally, and in particular the apparent decision to abandon an IPO for now and the new investment that has been obtained.

6. All of our client's rights as to the matters set out above and as to his interest in Firexo is reserved generally.

DWF Law LLP is a limited liability partnership registered in England and Wales with registered number OC423384
DWF Law LLP is authorised and regulated by the Solicitors Regulation Authority (SRA) as an Alternative Business Structure
The rules of the SRA are available at www.sra.org.uk/handbook/
The term 'Partner' is used to refer to a Member of DWF Law LLP or an employee or consultant with equivalent standing and qualifications
A list of Members of DWF Law LLP and of Non-Members who are designated as Partners is open to inspection at its registered office located at
1 Scott Place, 2 Hardman Street, Manchester, M3 3AA

DWF Law LLP is listed on the Financial Services Register as an Exempt Professional Firm, able to carry out certain insurance mediation activities

(regulated by the Solicitors Regulation Authority)

