# **Exhibit 01**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Firexo, Inc. | ) | Case No.: 3:21-CV-02336 |
| Plaintiff, | ) ) ) | Judge Jack Zouhary |
| vs. | ) ) | |
| Firexo Group Limited, | ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF PETER COYLE

I, Peter Coyle, declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters set forth below.

2. I am currently the General Counsel for Firexo Group Limited ("Group").

3. In August 2019, Group and Scot Smith ("Smith") executed a Shareholder's Agreement (the "JVA").

4. Both Group and Smith are sophisticated parties.

5. The JVA is the only agreement Group ever entered regarding the distribution of its products in the United States.

6. Smith has asserted counterclaims based on his rights under the JVA in litigation pending in the United Kingdom.

7. Smith has not argued in the United Kingdom litigation that the JVA's forum selection clause was obtained by fraud, duress, or other unconscionable means.

8. Smith is the majority shareholder of Inc.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 12th day of August 2022.

PETER COYLE
General Counsel, Firexo Group Limited

1