IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Scot Smith, | Case Nos. 3:21 CV 2266 |
| | 3:21 CV 2336 |
|       Plaintiff, | |
| | <u>O R D E R</u> |
|   -vs- | |
| | JUDGE JACK ZOUHARY |
| Firexo Group Limited, | |
|       Defendant, | |
|   -and- | |
| Firexo, Inc., | |
|       Plaintiff, | |
|   -vs- | |
| Firexo Group Limited, | |
|       Defendant. | |

Record Zoom Conference held December 29, 2022.  Counsel present: Aaron Bernay (21 CV 2266) and Paul Belazis (21 CV 2336) for Plaintiffs; Jason Blake for Defendant.  (Court Reporter: Stacey Kiprotich.)

Oral argument heard on the pending Motion to Dismiss (Doc. 16 in Case No. 21 CV 2336).  This matter is taken under advisement.  See transcript for details.

IT IS SO ORDERED.

      <u>   s/ *Jack Zouhary*   </u>
      JACK ZOUHARY
      U. S. DISTRICT JUDGE

December 29, 2022