IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Firexo, Inc.,                                               Case No. 3:21 CV 2336

              Plaintiff,                           <u>JUDGMENT ENTRY</u>

         -vs-                                   JUDGE JACK ZOUHARY

Firexo Group Limited,

              Defendant.

For the reasons described in the accompanying Order (Doc. 19), the Motion to Dismiss for Lack of Jurisdiction (Doc. 16) is granted. This case is extinguished.

IT IS SO ORDERED.

                                                               s/ *Jack Zouhary*
                                                           JACK ZOUHARY
                                                           U. S. DISTRICT JUDGE

                                                           January 26, 2023