IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO,
WESTERN DIVISION

| | | |
|---|---|---|
| Firexo, Inc. | * | Case No.:    3:21 CV 02336 |
| Plaintiff-Appellant,<br>vs. | * | **NOTICE OF APPEAL** |
| | * | Paul T. Belazis (0030356) |
| Firexo Group Limited | | **Malone, Ault & Farell** |
| | * | 7654 W. Bancroft Street |
| .        Defendant-Appellee. | | Toledo, Ohio 43617 |
| | * | Telephone - (419) 843-1333 |
| | | Telecopier - (419) 843-3888 |
| | * | belazis@maf-law.com |
| | | Counsel for Plaintiff-Appellant |
| | * | |

******************************

Notice is hereby given that Plaintiff-Appellant, Firexo, Inc, appeals to the

United States Court of Appeals for the Sixth Circuit from the Order Granting

Motion to Dismiss (Doc 19) and related Judgment Entry granting defendant's

Motion to Dismiss for Lack of Jurisdiction (Doc 20) entered in this case on

January 26, 2023.

Respectfully submitted,

/s/ Paul T. Belazis

Paul T. Belazis

## **CERTIFICATE OF SERVICE**

This is to certify that the forgoing Notice of Appeal was served on all counsel of record by operation of the Court CM/ECF system this 1st day of February 2023.

/s/ Paul T. Belazis
_____
Paul T. Belazis