UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-3085

_____

Filed: May 06, 2024

FIREXO, INC.

      Plaintiff - Appellant                           3:21-cv-02336-JZ

v.

FIREXO GROUP LIMITED

      Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 04/12/2024 the mandate for this case hereby issues today. Reversed and Remanded.

COSTS: None