# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **FIREXO, INC.,** | : CASE NO. 3:21-CV-2336 |
| **Plaintiff,** | : |
| | : JUDGE JACK ZOUHARY |
| v. | : |
| | : |
| **FIREXO GROUP LIMITED,** | : |
| | : |
| **Defendant.** | : |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.4(b), Calfee, Halter & Griswold LLP and Jason J. Blake, John F. Fisher, and Gretchen L. Whaling (collectively, "Calfee") respectfully moves the Court for leave to withdraw as counsel for Defendant Firexo Group Limited ("FGL"). Good cause exists for this Motion because, despite best efforts, fundamental differences have arisen between Calfee and FGL that require Calfee to move for leave to withdraw as counsel for FGL, consistent with Ohio Rule of Professional Conduct 1.16.

Calfee is taking the necessary steps to ensure that FGL will not be prejudiced by the withdraw. All parties and FGL have been informed via writing regarding Calfee's intent to withdraw. This request is not being made for the purpose of delaying the litigation, and Calfee will cooperate with FGL and its new counsel to ensure a prompt and smooth transition.

For the reasons set forth above, Calfee requests that the Court grant Calfee leave to withdraw as counsel of record in this matter. A proposed Order is filed herewith.

    Respectfully submitted,

    */s/ Jason J. Blake*
    Jason J. Blake (0087692) (Trial Counsel)
    John F. Fisher (0085455)
    Gretchen L. Whaling (0096780)
    CALFEE, HALTER & GRISWOLD LLP
    1200 Huntington Center

                                                                           41 S. High Street
Columbus, Ohio 43215
P: (614) 621-1500
F: (614) 621-0010
jblake@calfee.com
jfisher@calfee.com
gwhaling@calfee.com

*Attorneys for Defendant*

4894-8833-2007, v.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 19, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. A copy of the foregoing was also served via electronic mail upon Defendant.

                                                          */s/ Jason J. Blake*
                                                          Jason J. Blake

4894-8833-2007, v.1