IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO,
WESTERN DIVISION

| | | |
|---|---|---|
| Firexo, Inc. | * | Case No.:  3:21-CV-02336 |
|    Plaintiff, | * | Judge Jack Zouhary |
| vs. | | |
| | * | **MOTION TO VACATE CASE MANAGEMENT ORDER, WITH** |
| Firexo Group Limited | * | **REQUEST FOR STATUS CONFERENCE** |
| .   Defendant | | |
| | * | |
| | | Paul T. Belazis (0030356) |
| | * | **Malone, Ault & Farell** |
| | | 7654 W. Bancroft Street |
| | * | Toledo, Ohio  43617 |
| | | Telephone  - (419) 843-1333 |
| | * | Telecopier - (419) 843-3888 |
| | | Malone@maf-law.com |
| | * | Belazis@maf-law.com |
| | | |
| | | Joseph P. Dawson (0003354) |
| | | 7779 South Branch |
| | | Monclova, OH 43542 |
| | | Telephone: (419) 266-1808 |
| | | jpwdawson655@gmail.com |
| | | |
| | | Counsel for Plaintiff |

*****************************

    Plaintiff, through counsel, moves this Court to vacate the case management order. Defense counsel has withdrawn, and counsel's successor will need time to assume the defense. Accordingly, Plaintiff moves this court to vacate the case management order to allow for this transition.

    Plaintiff further requests that a status conference be held to ascertain Defendant's timeline for identifying new counsel.

1

        Respectfully submitted,

        /s/ Paul T. Belazis

        Paul T. Belazis
        Joseph P. Dawson
        Counsel for Plaintiff Firexo, Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the forgoing was served on all counsel of record by operation of the Court's electronic filing system this 3rd day of October 2024. Further, a copy was served on Defendant, via email to Peter Coyle, Esq., Defendant's British General Counsel, at peter.coyle@firexo.com.

        **/s/** Paul T. Belazis

        Paul T. Belazis
        Counsel for Plaintiff Firexo, Inc.