IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Firexo, Inc., | Case No. 3:21 CV 2336 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Firexo Group Limited, | |
| Defendant, | |

This Court received two emails from Dave Breith (copies attached).  Defendant has been without legal counsel for two months.  While this Court believes this is sufficient time to bring a new lawyer on board (see Doc. 31), this Court will grant Defendant an extension until **November 29, 2024** to have legal counsel enter an appearance.

In the interim, this Court grants the Motion to Vacate the Case Management Order (Doc. 32) and denies without prejudice and subject to refiling the Motion for Leave to Amend the Complaint (Doc. 33).  The request to amend can be addressed once new counsel enters an appearance.  If new counsel does not enter an appearance by the end of the month, this Court will promptly address with Plaintiff's counsel along with the Motion for Leave.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

November 20, 2024