| | |
|---|---|
| **From:** | Dave Breith |
| **To:** | OHNDml_Chambers of Judge Zouhary; |
| **Subject:** | FW: Activity in Case 3:21-cv-02336-JZ Firexo, Inc. v. Firexo Group Limited Motion to amend complaint AND 1) Scot Smith and (2) Rafax Invest AB -v- (1) Firexo Group Limited and (2) David Breith - Claim No: BL-2021-001194 - AS SERVED |
| **Date:** | Monday, November 18, 2024 9:14:56 AM |
| **Attachments:** | image001.png |

**CAUTION - EXTERNAL:**




**Dave Breith** | Group CEO
| M: +44 7970556642      | T: +44 207 9896111
| E: dave.breith@firexo.com   | W: firexo.com

     

The content of this message is confidential, so if you have received it by mistake, please inform us by reply email and then delete the message, without sharing it with others. The integrity and security of this email cannot be guaranteed over the internet.  Accordingly, the sender will not be held liable for any damage caused by the message.  Finally, any opinions expressed in this email are opinions of the writer and NOT the company, so the company does not accept any legal liability for damage caused by its content.

**From:** Dave Breith <dave.breith@firexo.com>
**Sent:** 18 November 2024 22:11
**To:** Joshua Fineman <Joshua.Fineman@dwf.law>
**Cc:** Melena Wilkinson <Melena.Wilkinson@dwf.law>; Chris Gee <Chris.Gee@dwf.law>; belazis@maf-law.com; jpwdawson655@gmail.com
**Subject:** Activity in Case 3:21-cv-02336-JZ Firexo, Inc. v. Firexo Group Limited Motion to amend complaint AND 1) Scot Smith and (2) Rafax Invest AB -v- (1) Firexo Group Limited and (2) David Breith - Claim No: BL-2021-001194 - AS SERVED

Date:    18/11/2024
Ref:     DB/18/11/24/2

Dear DWF,

I would like to note case no. 3:21-CV-02336 regarding actions of your client, I would also like to note that previous correspondence has confirmed that Joshua Fineman is the **lead attorney**

regards all litigation in the US and the UK (as one).

It should be noted of recent actions regards litigation in the US feeding the US court system misinformation of the UK law and process of the Voluntary Creditors Liquidation, of which you are **fully aware**.

Joshua Fineman / DWF should have as a matter of law an obligation to hold up the law, and not twist it to suit your purpose.

The information in the recent motion to include Firexo Corporation is not only untrue as a matter of fact and law, but serves as evidence that Joshua Fineman / DWF further seek opportunism in their approach to litigation and twisting facts as it suits.

It is deceptive and unlawful in any jurisdiction.

At the same time let us remind ourselves of CASE NO. 3:21-CV-02266-JZ, whereby you will be aware as **lead attorney** that this case states that your clients shares are worthless, but in another jurisdiction apparently, they are worth $66m, cannot be both at the same time.

On the 5th November the Judge Jack Zouhary in the US court system held an update call, and on the 7th November there was a creditor meeting in the UK whereby any of you clients did not object, you could of, and should of within the UK system done this, but instead are trying your arm in another jurisdiction.

This is extreme prejudice to Firexo and me personally, it is unjust and unlawful to both the UK and US legal systems, it also places your clients in a very precarious position of which one would assume are working upon your advice.

You should consider the motion to include in the US, and its immediate withdrawal as this action is potentially not just unlawful but potentially fraudulent behavior misleading the UK court system of the CVL process and trying to intervene with law.

Yours sincerely,

**Dave Breith |** Group CEO
| M: +44 7970556642      | T: +44 207 9896111
| E: dave.breith@firexo.com    | W: firexo.com

 

     

The content of this message is confidential, so if you have received it by mistake, please inform us by reply email and then delete the message, without sharing it with others. The integrity and security of this email cannot be guaranteed over the internet. Accordingly, the sender will not be held liable for any damage caused by the message. Finally, any opinions expressed in this email are opinions of the writer and NOT the company, so the company does not accept any legal liability for damage caused by its content.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.