IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Firexo, Inc.,                                    Case No. 3:21 CV 2336

                    Plaintiff,                   O R D E R

          -vs-                                   JUDGE JACK ZOUHARY

Firexo Group Limited,

                    Defendant,


        Plaintiff filed a Motion to add Firexo Corporation as a party defendant (Doc. 33) which this

Court previously denied without prejudice (Doc. 35).  Counsel for the current Defendant Firexo

Group Limited has withdrawn (Doc. 31).  Despite encouragement by this Court for new counsel to

enter an appearance, it has been over two months with no entry of appearance (*see* Docs. 34, 35).

Correspondence from Dave Breith, Group CEO, acknowledges the need for counsel, but to no avail.

        In light of the foregoing, Plaintiff may refile a Motion to add the new party defendant.

When granted, service will then need to be obtained upon that new Defendant at which time defense

counsel for that Defendant may make any arguments as to the propriety of the new Defendant

remaining in the case.  Plaintiff may now proceed with any appropriate motions against the current

Defendant.

        IT IS SO ORDERED.

                                                    s/ *Jack Zouhary*
                                                 JACK ZOUHARY
                                                 U. S. DISTRICT JUDGE

                                                 December 3, 2024