# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| FIREXO INC., <br><br> Plaintiff, <br><br> v. <br><br> FIREXO GROUP LIMITED, <br><br> Defendant. | Case № 3:21-CV-02336 <br><br> Judge Jack Zouhary <br><br> **Hearing Requested** |

## FIREXO INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST FIREXO GROUP LIMITED

Under Fed. R. Civ. P. 55(b)(2), Plaintiff Firexo Inc. ("Firexo") respectfully moves this Court for a judgment by default against Defendant Firexo Group Limited ("FGL") on all Firexo's claims for relief. *See* Pl.'s First Am. Compl. ¶¶ 65–67 (Doc 9).

### STATEMENT OF FACTS

1. Firexo is a Florida corporation with its principal place of business in Ohio. FGL is an English limited company, with its principal place of business in the United Kingdom.

2. On October 29, 2021, Firexo filed a Complaint against FGL in Ohio state court. FGL removed the case to this Court on December 13, 2021 (Doc. 1).

3. On March 2, 2022, Firexo filed its First Amended Complaint (Doc. 9) against FGL. FGL filed its Answer on March 31, 2022 (Doc. 11).

4. The Case Management Order (Doc. 29) was entered on June 7, 2024.

5. On September 19, 2024, all counsel for Firexo Group Limited (FGL) made a motion for leave to withdraw as counsel (Doc. 31) based on "fundamental difference between Calfee and FGL that require Calfee to move for leave …

consistent with Ohio Rule of Professional Conduct 1.16." (Doc. 31 at ¶1). The court granted Calfee's motion on September 20, 2024 via minute order (Doc. 32).

6. Since September 20, 2024, FGL has been unrepresented. As such, FGL is unable to defend itself.

7. This Court ordered FGL to obtain replacement counsel twice (Docs. 34 and 35). FGL failed to obtain counsel.

8. On December 3, 2024, this Court entered an order (Doc. 36) recognizing that over two months have passed since FGL's prior counsel withdrew and that FGL had not obtain new counsel despite this Court giving FGL multiple opportunities to do so. As such, this Court noted that Firexo "may now proceed with any appropriate motions against the current Defendant." (Doc. 36 ¶ 2).

9. Accordingly, on December 4, 2024, Firexo entered a motion for entry of default against FGL (Doc. 37). On December 16, 2024, the Clerk of Court entered default against FGL (Doc. 38).

10. Firexo Inc. now seeks damages arising out of:

    10.1 FGL's breach of the oral contract for exclusive distribution of FGL's products in the United States, including but not limited to breach of the duty of good faith;

    10.2 FGL's misrepresentations, fraud in the inducement and knowing or negligent misrepresentation aimed at inducing and continuing a business and contractual relationship with Firexo.

11. Firexo requests a hearing to present evidence in support to establish the damages arising out of its claims of relief.

12. In support of its motion, Firexo relies on its memorandum of law, which accompanies this motion.

## CONCLUSION

**WHEREFORE**, Firexo Inc. respectfully moves this Court to grant this motion and render a default judgment against Firexo Group Limited for the damages proven at a hearing, plus costs and interest.

Respectfully submitted,

*/S/ Paul T. Belazis*

Paul T. Belazis (0030356)
Malone, Ault & Farrell
7654 W. Bancroft Street
Toledo, Ohio 43617
(419) 843–1333 tel
(419) 843–3888 fax
*belazis@maf-law.com*

Joseph P. Dawson (0003354)
7779 South Branch
Monclova, Ohio 43542
(419) 266–1808 tel
*jpwdawson655@gmail.com*

*Counsel for Firexo, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025 a copy of this motion was served on counsel of record for all parties through the Court's CM/ECF system, on Firexo Group Limited by ordinary U.S. mail at its registered address, 6th Floor, 2 London Wall Place, London, England, EC2Y 5AU, and on Harry Sanders, the appointed Liquidator for Firexo Group Limited, by email at Harry.Sanders@mha.co.uk.

*/S/ Paul Belazis*

Paul Belazis (0030356)

Malone, Ault & Farrell

7654 W. Bancroft Street

Toledo, Ohio 43617

(419) 843–1333 tel

(419) 843–3888 fax

*belazis@maf-law.com*


Joseph P. Dawson (0003354)

7779 South Branch

Monclova, Ohio 43542

(419) 266–1808 tel

*jpwdawson655@gmail.com*


*Counsel for Firexo, Inc.*