IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO,
WESTERN DIVISION

| | | |
|---|---|---|
| Firexo, Inc., | * | Case No.: 3:21-CV-02336 |
| Plaintiff, | * | Judge Jack Zouhary |
| vs. | | |
| | * | **CERTIFICATE OF SERVICE** |
| Firexo Group Limited, | | |
| | * | Paul T. Belazis (0030356) |
| Defendant. | | **Malone, Ault & Farell** |
| | * | 7654 W. Bancroft Street |
| | | Toledo, Ohio 43617 |
| | * | Telephone - (419) 843-1333 |
| | | Telecopier - (419) 843-3888 |
| | * | Malone@maf-law.com |
| | | Belazis@maf-law.com |
| | * | |
| | | Joseph P. Dawson (0003354) |
| | * | 7779 South Branch |
| | | Monclova, OH 43542 |
| | * | Telephone: (419) 266-1808 |
| | | jpwdawson655@gmail.com |
| | * | |
| | | Counsel for Plaintiff |
| | * | |

_____

This is to certify that on March 24, 2025 a copy of Plaintiff's Proposed Findings of Fact and Conclusions of Law was served on counsel of record for all parties through the Court's CM/ECF system, and on Harry Sanders, the appointed Liquidator for Firexo Group Limited, by email at Harry.Sanders@mha.co.uk.

                                                                   /s/ Paul T. Belazis
                                                                   Paul T. Belazis (0030365)
                                                                   Malone, Ault & Farell
                                                                   7654 W. Bancroft Street
                                                                   Toledo, Ohio 43617
                                                                   (419) 843–1333 tel.
                                                                   (419) 843–3888 fax
                                                                   *belazis@maf-law.com*
                                                                   Counsel for Firexo, Inc.