# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| FIREXO INC., <br><br> Plaintiff, <br><br> v. <br><br> FIREXO GROUP LIMITED, <br><br> Defendant. | Case № 3:21-CV-02336 <br><br> Judge Jack Zouhary <br><br> **MOTION FOR AN AWARD OF ATTORNEYS FEES AND COST** <br><br> Paul T. Belazis (0030356) <br> Malone, Ault & Farell <br> 7654 W. Bancroft St <br> Toledo, Ohio 43617 <br> Telephone- (419) 843-1333 <br> Telecopier – (419) 843-3888 <br> belazis@maf-law.com <br><br> Joseph P. Dawson (0003354) <br> 7779 South Branch <br> Monclova, Ohio 43542 <br> Telephone: (419) 266-1808 <br> jpwdawson655@gmail.com <br><br> Counsel for Plaintiff |

Pursuant to the Court's May 14, 2025 entry of Default Judgment granting compensatory and punitive damages (Doc. 51) and O.R.C. § 2315.21, plaintiff respectfully moves for an award of attorney fees and costs. Paid invoices reflecting time and expense of counsel for Firexo, Inc, as well as invoices reflecting time and expense of plaintiff's expert witnesses are attached to Exhibit A, which is the Declaration of Paul T. Belazis.  The Declaration confirms that all invoices were paid in full. Payment is also reflected on the face of the invoices and related summaries and time and expense.

Plaintiff respectfully submits that the fees and costs reflected in attached Exhibits A are reasonable based on the experience and qualifications of counsel and their expert witnesses and that the services performed were reasonable in connection with the representation of Firexo, Inc in this litigation. Plaintiff also notes that some of the attorney hours reflected on the attached invoices were discounted as a courtesy to the client at the time of billing and that other entries of attorney time show no charge for hours billed.

For all the forgoing reasons, plaintiff respectfully moves for an award of $149,729.03 for attorney fees and $7,065 for expert witness fees.

Respectfully submitted,

/s/ Paul T. Belazis

Paul T. Belazis

CERTIFICATE OF SERVICE

This is to certify that on May 30, 2025 a copy of Plaintiff's Motion for Award of Attorney Fees and Costs was served on counsel of record for all parties through the Court's CM/ECF system, and on Harry Sanders, the appointed Liquidator for Firexo Group Limited, by email at Harry.Sanders@mha.co.uk.

/s/ Paul T. Belazis
Paul T. Belazis (0030365)
Malone, Ault & Farell
7654 W. Bancroft Street
Toledo, Ohio 43617
(419) 843–1333 tel.
(419) 843–3888 fax
belazis@maf-law.com
Counsel for Firexo, Inc.