**EXHIBIT A**

**Exhibit A**

Declaration of Paul T. Belazis

I am counsel for plaintiff Firexo, Inc. in *Firexo, Inc. v. Firexo Group Limited*, Case No.
3:21-cv-02336.  The attached invoices, marked as Attachment 1, reflect time and expense for
legal services provided to Firexo, Inc. by myself and by co-counsel, Joseph P. Dawson and
Richard R. Malone, totaling $149,721.03. All invoices were paid in full by Firexo, Inc.   The
attached summaries marked as Attachment 2 reflects time and expense incurred by Firexo's two
retained expert witnesses, David Long and Nathanial Lee, in connection with this litigation.  The
fees of both experts, totaling $7,065, were paid in full.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge and belief.

Paul T Bel

Paul T. Belazis

**ATTACHMENT 1**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

Date:      Statement #:

10/26/2021     31940



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6/24/2021 | PTB | Review documents regarding Firexo, Inc and dispute with Firexo Group; telephone conference with Mike Gorman; prepare draft letter to Peter Coyle; attention to emails regarding same. | 3.75 | 250.00 | 937.50 |
| 6/25/2021 | PTB | Review, revise and finalize letter to Coyle; transmit same; telephone conference with Mike Gorman. | 0.75 | 250.00 | 187.50 |
| 6/29/2021 | RRM | Review file materials regarding equipment testing and corporate issues relating to defective products and claims associated with same; review email from Paul Belazis. | 0.75 | 300.00 | 225.00 |
| 6/30/2021 | RRM | Review file materials regarding equipment testing and corporate issues relating to defective products and claims associated with same. | 1.25 | 300.00 | 375.00 |
| 7/2/2021 | RRM | Review and reply to email from Paul Belazis regarding phone conference schedule; telephone conference with Paul Belazis and Michael Gorman regarding strategy and claim issues. | 0.75 | 300.00 | 225.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

Date:          Statement #:

10/26/2021        31940



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:    Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 7/8/2021 | RRM | Review email from Paul Belazis and Michael John Gorman. | 0.25 | 300.00 | 75.00 |
| 7/12/2021 | RRM | Telephone conference with Paul Belazis regarding phone conference schedule; review file regarding damage summary. | 0.5 | 300.00 | 150.00 |
| 7/21/2021 | RRM | Meeting with Paul Belazis regarding schedule for telephone conference; review e-mail from Peter Coyle regarding same. | 0.25 | 300.00 | 75.00 |
| 7/23/2021 | PTB | Review file; begin preparation of complaint. | 1 | 250.00 | 250.00 |
| 7/25/2021 | PTB | Continue preparation of draft complaint. | 0.5 | 250.00 | 125.00 |
| 7/26/2021 | PTB | Continue complaint preparation; finalize draft; transmit to Dick Malone. | 1.25 | 250.00 | 312.50 |
| 7/27/2021 | RRM | Meeting with Paul Belazis regarding phone conference and claim issues. | 0.25 | 300.00 | 75.00 |
| 7/27/2021 | PTB | Telephone conference with Mike Gorman; conference with Dick Malone; email Coyle to confirm telephone conference. | 0.5 | 250.00 | 125.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

Date:      Statement #:

10/26/2021     31940



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 7/29/2021 | RRM | Meeting with Paul Belazis regarding conference call issues; conference call with Paul Belazis and Peter Coyle regarding claims and solutions. | 1 | 300.00 | 300.00 |
| 7/29/2021 | PTB | Conference with Dick Malone; telephone conference with Michael; telephone conference with Peter Coyle; review shareholder agreement and FGL testing report. | 1.75 | 250.00 | 437.50 |
| 8/9/2021 | RRM | Meeting with Paul Belazis; telephone conference with Paul Belazis and Michael Gorman regarding claim issues and damage elements. | 0.5 | 300.00 | 150.00 |
| 8/16/2021 | RRM | Telephone conference with Paul Belazis, Michael Gorman, Scott Smith and John Moscon regarding claim issues and damage issues. | 1 | 300.00 | 300.00 |
| 8/16/2021 | PTB | Conference with Dick Malone; telephone conference with Michael; Scot and John; prepare for same. | 0.7 | 250.00 | 175.00 |
| 8/20/2021 | PTB | Review notes of telephone conference with Scot and John; revise complaint. | 0.7 | 250.00 | 175.00 |

## Total

## Payments/Credits

## Balance Due

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 10/26/2021 | 31940 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/23/2021 | PTB | Continue preparation of revisions to complaint; lengthy telephone conference with John; review file documents. | 2.5 | 250.00 | 625.00 |
| 8/24/2021 | PTB | Review notes and documents in file; make further revisions to complaint. | 2 | 250.00 | 500.00 |
| 8/25/2021 | PTB | Continue preparation of revisions to complaint. | 1 | 250.00 | 250.00 |
| 8/26/2021 | PTB | Review draft; telephone conferences with Michael and Scot. | 0.8 | 250.00 | 200.00 |
| 10/5/2021 | RRM | Review and revise complaint. | 0.5 | 300.00 | 150.00 |
| 10/6/2021 | RRM | Review and revise complaint; draft and send email with revised complaint to Paul Belazis. | 0.5 | 300.00 | 150.00 |
| 10/8/2021 | PTB | Telephone conference with Dick; prepare demand letter; review emails & correspondence to Coyle; review future damage calculation provided by Michael; telephone conference with Michael; review and revise demand letter; prepare and send email to Coyle with demand letter. | 1.5 | 250.00 | 375.00 |

| | |
|---|---|
| **Total** | $6,925.00 |
| **Payments/Credits** | -$6,925.00 |
| **Balance Due** | $0.00 |

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 1/7/2022 | 32737 |



**Client:**

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/5/2021 | RRM | Review and revise complaint. | 0.5 | 300.00 | 150.00 |
| 10/6/2021 | RRM | Review and revise complaint; draft and send email with revised complaint to Paul Belazis. | 0.5 | 300.00 | 150.00 |
| 10/8/2021 | RRM | Meeting with Paul Belazis regarding complaint and settlement issues; review and reply to email from Paul Belazis regarding same. | 0.5 | 300.00 | 150.00 |
| 10/11/2021 | PTB | Prepare demand letter to Coyle; telephone conference with Michael regarding same; review, revise and transmit letter with attachments; review lost future profit calculation received from Michael; include data to date in demand letter; email Coyle regarding same; telephone conference with Dick Malone; transmit copies to Dick. | 1.5 | 200.00 | 300.00 |
| 10/15/2021 | RRM | Review email from Michael Gorman and Paul Belazis regarding settlement issues. | 0.25 | 300.00 | 75.00 |
| 10/20/2021 | RRM | Review email from Peter Coyle; draft and send email to Paul Belazis regarding corporate approvals of proposed litigation. | 0.5 | 300.00 | 150.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 1/7/2022 | 32737 |

**PAID 05/31/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/2021 | RRM | Review email from Paul Belazis regarding Scot Smith employment agreement; review employment agreement; review email from Paul Belazis regarding emails relating to board meeting schedule and cancellation issues; review issue regarding necessity for board approval of lawsuit against Firexo group as a vendor. | 1.25 | 300.00 | 375.00 |
| 10/25/2021 | PTB | Review stockholder's agreement; conference with Dick Malone; telephone conference with Michael Gorman; review employment agreement. | 0.75 | 200.00 | 150.00 |
| 10/26/2021 | RRM | Attention to corporation authority to file suit; review shareholder agreement and employment agreement regarding board meeting procedures and requirements. | 0.5 | 300.00 | 150.00 |
| 10/27/2021 | RRM | Review board meeting and procedure issues with Paul Belazis regarding authority to file suit. | 0.5 | 300.00 | 150.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 1/7/2022 | 32737 |

**PAID**
**05/31/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH 43452

**Matter:** Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/2021 | PTB | Research regarding Florida and Ohio corporation law pertaining to board approval of issues; email Dick Malone re same; Telephone conference with Dick regarding same; attention to email from Dick; telephone conference with Mike Gorman. | 1.25 | 200.00 | 250.00 |
| 10/28/2021 | PTB | Finalize complaint; telephone conference with Ottawa County Court; research civil rules regarding service in a foreign country; telephone conference with Michael. | 1.5 | 200.00 | 300.00 |
| 10/29/2021 | PTB | Prepare complaint materials for filing; telephone conferences with clerk of courts; telephone conference with Michael Gorman; research regarding service of process in a foreign country, including ORCP and Hague Convention. | 2.5 | 200.00 | 500.00 |
| 11/1/2021 | RRM | Meeting with Paul Belazis regarding service of process issues; review email from Paul Belazis to Peter Coyle. | 0.25 | 300.00 | 75.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 1/7/2022 | 32737 |

**PAID**
**05/31/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/29/2021 | RRM | Review and reply to email from Peter Coyle regarding website issues; meeting with Paul Belazis regarding same. | 0.25 | 300.00 | 75.00 |
| 12/6/2021 | RRM | Review email exchange between Peter Coyle and Paul Belazis regarding Michael Gorman status as board member; meeting with Paul Belazis. | 0.25 | 300.00 | 75.00 |
| 12/13/2021 | RRM | Telephone conference with Jake Blake regarding service issues and answer date; review email from Jake Blake and Martin Hunt regarding case filings and removal filings; review various case filings. | 0.75 | 300.00 | 225.00 |
| 12/14/2021 | RRM | Review and reply to email from Paul Belazis and Jake Blake regarding service issues and extension of response date. | 0.5 | 300.00 | 150.00 |
| 12/16/2021 | RRM | Meeting with Paul Belazis regarding case issues; service issues and scheduling conference. | 0.5 | 300.00 | 150.00 |

**Total**

**Payments/Credits**

**Balance Due**

Page 4

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 1/7/2022 | 32737 |

**PAID 05/31/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/16/2021 | PTB | Prepare waiver of service and transmit to Jake Blake; review Rule 4 of Federal Rules regarding waiver of service; conferences with Dick Malone; telephone conference with Aaron Bernay; review Notice of Removal; attention to complaint for rescission filed in by federal court by Aaron; attention to email from court regarding status conference and related call in information. | 4 | 200.00 | 800.00 |
| 12/17/2021 | RRM | Review email from Donna English regarding franchise documents. | 0.25 | 300.00 | 75.00 |
| 12/24/2021 | PTB | Email exchanges with Aaron. | 0.3 | 200.00 | 60.00 |
| 12/27/2021 | PTB | Telephone conference with Aaron Bernay; email exchanges with Aaron; telephone conferences with our counsel and Scot to schedule date for telephone conference; email all counsel with confirmation. | 0.85 | 200.00 | 170.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|-------|--------------|
| 1/7/2022 | 32737 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 12/29/2021 | RRM | Review email from Paul Belazis regarding phone conference; review client materials in preparation for phone conference. | 0.5 | 300.00 | 150.00 |
| 12/30/2021 | PTB | Prepare for telephone conference with client and counsel; review case management provisions of civil and local rules; review Zouhary order regarding expectations for initial status conference; review both complaints filed on behalf of Scot/Firexo; review notes from client interviews; prepare outline of issues to be discussed during phone conference; lengthy telephone conference with Scot, Mike, Josh, Aaron and Dick. | 2.1 | 200.00 | 420.00 |
| 12/30/2021 | RRM | Telephone conference regarding case strategy and upcoming case management call with Judge Zouhary. | 0.75 | 300.00 | 225.00 |
| 10/29/2021 | | Ottawa County Clerk of Court - filing fees  ($350.00) | | 350.00 | 350.00 |

| | |
|---|---|
| **Total** | $5,850.00 |
| **Payments/Credits** | -$5,850.00 |
| **Balance Due** | $0.00 |

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 3/8/2022 | 33266 |

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1/5/2022 | PTB | Continue review of documents in preparation for status conference with Judge Zouhary; Attend same; telephone conference with Michael; telephone conference with Aaron. | 2.5 | 200.00 | 500.00 |
| 1/5/2022 | PTB | Review counterclaim pleadings filed in UK court; review witness statements. | 1.1 | 200.00 | 220.00 |
| 1/7/2022 | RRM | Review and reply to email from Michael Gorman regarding access to sharefile materials; attention to sign up and access arrangements. | 0.25 | 300.00 | 75.00 |
| 1/21/2022 | RRM | Review email and correspondence from Jake Blake regarding case issues. | 0.25 | 300.00 | 75.00 |
| 1/23/2022 | PTB | Review letter to  Blake re intended Motion to Dismiss; legal research re same, including economic loss rule. | 2.5 | 200.00 | 500.00 |
| 1/25/2022 | PTB | Continue legal research regarding economic loss rule, including damage to reputation and good will as an exception to economic loss rule; review JVA; review complaint. | 2.2 | 200.00 | 440.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

Date:          Statement #:

3/8/2022        33266

**PAID**
**05/31/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:    Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 1/26/2022 | PTB | Prepare for Zoom conference with clients and Aaron; review research notes;Begin preparation of letter to Blake. | 1.4 | 200.00 | 280.00 |
| 1/28/2022 | PTB | Continue preparation, review and revision of letter to Blake. | 2 | 200.00 | 400.00 |
| 1/30/2022 | PTB | Continue preparation and revision of letter to Blake. | 1.5 | 200.00 | 300.00 |
| 1/31/2022 | RRM | Review correspondence from Jake Blake regarding claim issues. | 0.5 | 300.00 | 150.00 |
| 1/31/2022 | PTB | Revise letter to Blake; review case law re economic loss rule; telephone conference Michael; telephone conference with Michael and Scot; review defense and Counterclaim; review decision in UK court. | 3.25 | 200.00 | 650.00 |
| 2/1/2022 | RRM | Review email from Sara VanDromme, Jake Blake and Aaron Bernay regarding scheduling and conference issues; review Jake Blake case analysis. | 0.4 | 300.00 | 120.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

**PAID**
**05/31/2022**

# Statement

| Date: | Statement #: |
|---|---|
| 3/8/2022 | 33266 |

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2/1/2022 | PTB | Attention to corrected draft of Blake letter received from Aaron; review Aaron's draft Letter to Blake; review prior emails and documents re timeline. | 1.25 | 200.00 | 250.00 |
| 2/2/2022 | RRM | Review and revise correspondence from Tom Merritt to Paul Belazis; telephone conference with Paul regarding same. | 1 | 300.00 | 300.00 |
| 2/2/2022 | PTB | Attend Zoom conference with Mike, Scot and Aaron; review caselaw re economic loss; attention to documents in support of fraud and misrepresentation claims. | 3.5 | 200.00 | 700.00 |
| 2/3/2022 | RRM | Telephone conference with Paul T. Belazis; review and revise correspondence relating to dismissal motions and case management conference issues. | 0.75 | 300.00 | 225.00 |
| 2/3/2022 | PTB | Continue review of caselaw; telephone conference with Mike, Josh and Aaron; revise letter to Blake. | 4.75 | 200.00 | 950.00 |

**Total**

**Payments/Credits**

**Balance Due**

Page 3

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 3/8/2022 | 33266 |

**PAID**
**05/31/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:    Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2/4/2022 | RRM | Meeting with Paul T. Belazis in preparation for phone conference; participate in pre-case management phone conference with Paul T. Belazis, Jake Blake and Aaron Bernay; review summary email to the court regarding same. | 1 | 300.00 | 300.00 |
| 2/4/2022 | PTB | Prepare for telephone conference with Blake; conference with Dick Malone regarding same; review Defense and Counterclaim; review exchanged letters; telephone conference with Mike; attend telephone conference with Blake, Aaron and Dick. | 1.7 | 200.00 | 340.00 |
| 2/7/2022 | RRM | Review email exchanges between Jake Blake, Aaron Bernay and Paul T. Belazis regarding case management conference schedule. | 0.25 | 300.00 | 75.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

**PAID**
**05/31/2022**

# Statement

| Date: | Statement #: |
|---|---|
| 3/8/2022 | 33266 |

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2/9/2022 | RRM | Meeting with Paul T. Belazis in preparation for case management conference; attend case management conference with Judge Zouhary, Paul Belazis, Jake Blake, Aaron Bernay, Peter Coyle and others. | 1 | 300.00 | 300.00 |
| 2/9/2022 | PTB | Prepare for conference with Court; attend same; telephone conference with Aaron and Mike post conference. | 2 | 200.00 | 400.00 |
| 2/18/2022 | PTB | Review documents regarding early and subsequent representations by FGL in preparation of amended complaint; telephone conference with Mike. | 2.75 | 200.00 | 550.00 |
| 2/20/2022 | PTB | Continue review of documents related to misrepresentation claims; telephone conference with Mike. | 1.75 | 200.00 | 350.00 |
| 2/25/2022 | PTB | Telephone conference with Michael; telephone conference with Michael and Scot; telephone conference with Josh from Firexo; attention to issues to be discussed during phone conferences; review complaint. | 1.5 | 200.00 | 300.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|-------|--------------|
| 3/8/2022 | 33266 |

**PAID 05/31/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 2/26/2022 | PTB | Review email with attachments from Josh; response to same; prepare further revisions to amended complaint; transmit to Mike, Scot and Dick. | 0.75 | 200.00 | 150.00 |
| 2/27/2022 | RRM | Review revised complaint; draft and send email to Paul T. Belazis regarding same. | 0.5 | 300.00 | 150.00 |
| 2/28/2022 | RRM | Review and revise amended complaint and forward revisions to Paul T. Belazis. | 0.5 | 300.00 | 150.00 |
| 3/2/2022 | PTB | Finalize and file amended complaint. | 0.5 | 200.00 | 100.00 |

| | |
|---|---|
| **Total** | $9,300.00 |
| **Payments/Credits** | -$9,300.00 |
| **Balance Due** | $0.00 |

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 4/13/2022 | 33491 |

**PAID**
**05/16/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/7/2022 | RRM | Review email from Paul Belazis and Jake Blake regarding video conference attendance; reply to Sarah Van Dromme regarding Richard Malone attendance at video conference in 3/9/2022. | 0.25 | 300.00 | 75.00 |
| 3/8/2022 | PTB | Continue review of extensive email cache received from Michael for use as exhibits and in response to Firexo responses to upcoming discovery obligations. | 2.5 | 250.00 | 625.00 |
| 3/9/2022 | RRM | Attend case conference with Paul Belazis, Judge Zouhary, Aaron Bernay, Jake Blake and Joshua Fineman; attend post case conference meeting with Paul Belazis, Aaron Bernay, Michael Gorman and Joshua Fineman. | 1 | 300.00 | 300.00 |
| 3/9/2022 | PTB | Prepare for and attend status conference; review documents related to English proceedings; attention to IPO formula and profitability issues; telephone conference with Aaron, Dick, Joshua and Michael following status conference. | 3 | 250.00 | 750.00 |

| | |
|---|---|
| **Total** | $1,750.00 |
| **Payments/Credits** | -$1,750.00 |
| **Balance Due** | $0.00 |

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 7/22/2022 | 34370 |

**PAID**
**08/26/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 4/4/2022 | PTB | Review answer to complaint; continue review of emails documenting parties' agreement and course of conduct. | 3 | 250.00 | 750.00 |
| 5/24/2022 | PTB | Telephone conference with Mike and Aaron. | 0.5 | 250.00 | 125.00 |
| 6/2/2022 | PTB | Attention to stipulations from FGL. | 0.4 | 250.00 | 100.00 |
| 6/6/2022 | PTB | Telephone conference with Aaron regarding stipulation and case strategy issues. | 0.5 | 250.00 | 125.00 |
| 6/9/2022 | PTB | Telephone conference with Mike and Aaron; prepare for same; review stipulations. | 0.85 | 250.00 | 212.50 |
| 6/13/2022 | PTB | Review transcript of UK hearing. | 0.5 | 250.00 | 125.00 |
| 6/14/2022 | PTB | Continue review of UK hearing transcript. | 1 | 250.00 | 250.00 |
| 6/16/2022 | PTB | Telephone conference with Aaron; telephone conference with Aaron and Joshua; telephone conference with Aaron, Jake Blake and David Bules. | 1.75 | 250.00 | 437.50 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 7/22/2022 | 34370 |

**PAID**
**08/26/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6/21/2022 | PTB | Attention to revised stipulations; attention to Fileshare UK documents received from Mike; telephone conference with Aaron; attention to emails; conference with Dick Malone. | 1.75 | 250.00 | 437.50 |
| 6/22/2022 | PTB | Review draft of joint status report prepared by FGL; telephone conference with Aaron regarding same. | 0.45 | 250.00 | 112.50 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 7/22/2022 | 34370 |

**PAID**
**08/26/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH 43452

Matter: Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6/23/2022 | PTB | Attention to FGL draft of joint Status Report; legal research regarding statute of frauds, use of email exchanges to document terms of oral contract, application of statutes of frauds to fraud claims, and applicability of UCC vs. common law contract principles to assess potential generically stated defense referenced by FGL in draft status report; telephone conference with Aaron; review and make further revisions to revised draft of Joint Status Report received from Aaron; continue review of email correspondence between Inc and FGL documenting terms of contract and course of conduct. | 4 | 250.00 | 1,000.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

Date:      Statement #:

7/22/2022     34370



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 6/24/2022 | PTB | Further review of revised status report; prepare additional revisions and forward to Aaron; telephone conference with Aaron regarding same; continue review of email communications between Inc and FGL, especially as may be related to an statute of frauds and other oral contract defenses. | 3.5 | 250.00 | 875.00 |
| 6/27/2022 | PTB | Telephone conference with Aaron and Joshua; telephone conference with Aaron; review revised Joint Status Report from Aaron; prepare additional suggested changes and email to Aaron for inclusion; attention to email to Jake Blake and Aaron Bules. | 2.2 | 250.00 | 550.00 |
| 6/28/2022 | PTB | Attention to draft revised stipulation by Aaron; call to Aaron; review our changes to draft report; prepare for zoom call with all counsel; attend zoom call with all counsel; telephone conference with Aaron after call with all counsel. | 2.5 | 250.00 | 625.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 7/22/2022 | 34370 |

PAID
08/26/2022

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH 43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6/29/2022 | PTB | Attention to FGL Answer to Amended Complaint; attention to amended complaint; attention to FGL proposed revisions to Joint Status Report; prepare additional revisions; telephone conference with Aaron; transmit revisions; telephone conference with Aaron and Mike. | 1.7 | 250.00 | 425.00 |

| | |
|---|---|
| **Total** | $6,150.00 |
| **Payments/Credits** | -$6,150.00 |
| **Balance Due** | $0.00 |

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 9/19/2022 | 34710 |

**PAID**
**10/26/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter: Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/11/2022 | PTB | Telephone conference with Judge Zouhary and counsel; follow up phone conference with Aaron. | 1 | 250.00 | 250.00 |
| 7/20/2022 | PTB | Research regarding enforcement of forum selection clause against non-party. | 2.7 | 250.00 | 675.00 |
| 7/21/2022 | PTB | Telephone conference with Mike regarding forum selection clause and distribution agreement; Attention to emails to Scot with distribution agreement and JVA; review distribution agreement; continue review of caselaw regarding enforcement against non signatory third party. | 1.5 | 250.00 | 375.00 |
| 7/22/2022 | PTB | Review law review article from Mike regarding enforcement of forum selection clause against third party non-signatory. | 0.85 | 250.00 | 212.50 |
| 7/24/2022 | PTB | Continue review of federal caselaw regarding forum selection and third parties. | 0.5 | 250.00 | 125.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

**Statement**

| Date: | Statement #: |
|---|---|
| 9/19/2022 | 34710 |

PAID
10/26/2022

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:    Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/25/2022 | PTB | Continue legal research and case law review regarding enforcement against non-signatory; Review state of Ohio caselaw regarding same; attention to email from Joshua with his analysis based on English law. | 1.5 | 250.00 | 375.00 |
| 7/26/2022 | PTB | Legal research regarding enforcement of choice of law provision by federal and Ohio judicial authorities. | 3.75 | 250.00 | 937.50 |
| 7/27/2022 | PTB | Review treatise material from Joshua regarding applicable English law. | 1 | 250.00 | 250.00 |
| 7/29/2022 | PTB | Telephone conference with Mike, Aaron and Joshua; continue review of case law regarding enforcement against third party. | 3.5 | 250.00 | 875.00 |
| 7/31/2022 | PTB | Continue review of caselaw and prepare outline of argument for briefing. | 2 | 250.00 | 500.00 |
| 8/3/2022 | PTB | Review caselaw regarding Joint Venture Agreement; review comments from Joshua Fineman; further research regarding enforcement of choice of law provision; prepare, review and revise brief. | 4 | 250.00 | 1,000.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

Date:        Statement #:

9/19/2022        34710

PAID
10/26/2022

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/4/2022 | PTB | Review and revise brief. | 2 | 250.00 | 500.00 |
| 8/5/2022 | PTB | Further legal research. | 3 | 250.00 | 750.00 |
| 8/6/2022 | PTB | Continue review of caselaw; review and revise brief; continue preparation of same. | 5 | 250.00 | 1,250.00 |
| 8/7/2022 | PTB | Continue review of caselaw and revision of brief. | 1.5 | 250.00 | 375.00 |
| 8/8/2022 | PTB | Continue review of caselaw and revision of brief; telephone conference with Mike; review and revise Joint Statement. | 4.5 | 250.00 | 1,125.00 |
| 8/9/2022 | RRM | Telephone conference with Paul Belazis; meeting with Paul Belazis regarding joint statement revisions and corporate authorization issues. | 0.25 | 300.00 | 75.00 |
| 8/9/2022 | PTB | Continue review and revision of Joint Statement; telephone conference with Mike regarding same; conference with Dick Malone regarding same; continue review and revision of Brief. | 1.5 | 250.00 | 375.00 |
| 8/10/2022 | PTB | Prepare affidavit for Scot's review and signature; revise brief; continue review of cases regarding same. | 3.5 | 250.00 | 875.00 |

# Total

## Payments/Credits

## Balance Due

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 9/19/2022 | 34710 |

**PAID**
**10/26/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/11/2022 | PTB | Review caselaw cited in brief. | 2 | 250.00 | 500.00 |
| 8/12/2022 | RRM | Review court entry regarding motion to dismiss filing; meeting with Paul T. Belazis regarding same. | 0.25 | 300.00 | 75.00 |
| 8/12/2022 | PTB | Review and revise Scot's affidavit; transmit to Aaron and Mike. | 0.75 | 250.00 | 187.50 |
| 8/13/2022 | PTB | Continue review and revision of affidavit; attention to English law material received from Joshua; review same. | 2 | 250.00 | 500.00 |
| 8/14/2022 | PTB | Review and make further revisions to affidavit; review and revise brief; attention to English law and inclusion of applicable law in brief; prepare section of brief pertaining to English law. | 5 | 250.00 | 1,250.00 |
| 8/15/2022 | RRM | Meeting with Paul T. Belazis regarding motion and reply filings. | 0.25 | 300.00 | 75.00 |
| 8/15/2022 | MEP | Office conference with Paul Belazis regarding Firexo case | 0.25 | 250.00 | 62.50 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 9/19/2022 | 34710 |

**PAID**
**10/26/2022**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/15/2022 | PTB | Review, revise and finalize brief; prepare pinpoint cites; review UK authority; email exchanges with Joshua; attention to finalizing exhibits to brief; additional legal research regarding standard for review of venue challenge. | 6 | 250.00 | 1,500.00 |
| 8/16/2022 | RRM | Attention to review of motion to dismiss and response to same. | 0.25 | 300.00 | 75.00 |
| 8/22/2022 | RRM | Review motion and response regarding jurisdiction issues. | 0.75 | 300.00 | 225.00 |
| 9/6/2022 | PTB | Courtesy Reduction | | -2,500.00 | -2,500.00 |

| | |
|---|---|
| **Total** | $12,850.00 |
| **Payments/Credits** | -$12,850.00 |
| **Balance Due** | $0.00 |

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

**Statement**

| Date: | Statement #: |
|---|---|
| 1/6/2023 | 35884 |

PAID
04/28/2023

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/26/2022 | PTB | Review briefing of parties regarding Motion to Dismiss; begin review of cited caselaw and related analysis of cases as applied here; prepare summaries; prepare for hearing/oral argument on Motion to Dismiss. | 3 | 250.00 | 750.00 |
| 12/27/2022 | PTB | Continue review of case law from briefing for Motion to Dismiss; review caselaw cited by FGL in its Motion to Dismiss; attention to research regarding oral contracts, including research from Mike Gorman; review FGL's Meet and Confer letter, Joint Statement of facts and Joint Status Report; attention to docket and orders issued to date regarding pleadings; Prepare brief summaries of case holdings; continue preparation for Hearing with Judge Zouhary. | 7 | 250.00 | 1,750.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 1/6/2023 | 35884 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/28/2022 | PTB | Continue review of case material, briefs and summaries; continue preparation of argument summaries; review emails regarding FGL distributor option vs. investor option; received by Scot from FG; review additional caselaw from Mike regarding oral contracts; continue preparation for hearing. | 4.5 | 250.00 | 1,125.00 |
| 12/29/2022 | PTB | Prepare for hearing; review all notes and summaries; attend hearing with Judge Zouhary. | 3 | 250.00 | 750.00 |

| | |
|---|---|
| **Total** | $4,375.00 |
| **Payments/Credits** | -$4,375.00 |
| **Balance Due** | $0.00 |

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 3/14/2023 | 36439 |

PAID
03/28/2023

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1/27/2023 | PTB | Attention to Zouhary decision dismissing complaint on jurisdictional grounds. | 0.4 | 250.00 | 100.00 |
| 2/1/2023 | PTB | Review federal appellate rules; prepare Notice of Appeal; file same; prepare case opening forms; attention to 6th circuit web site regarding forms and local rules. | 1.5 | 250.00 | 375.00 |
| 2/3/2023 | MEP | Review Court's decision on Motion to Dismiss. | 0.25 | 250.00 | 62.50 |
| 2/3/2023 | PTB | Prepare and file transcript request form; prepare and file notice of appearance; Prepare and file Civil Appeal Statement of Parties and issues. | 1.25 | 250.00 | 312.50 |
| 2/7/2023 | PTB | Telephone conference with court reporter; prepare and file transcript request form in 6th Circuit confirming that transcript has been ordered in the district court. | 0.4 | 250.00 | 100.00 |
| 2/14/2023 | PTB | Attention to emails from 6th circuit mediator with instructions regarding mediation process and setting mediation date. | 0.2 | 250.00 | 50.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 3/14/2023 | 36439 |

PAID
03/28/2023

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:    Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2/15/2023 | PTB | Review and revise Mediation Summary; email exchanges with Mike Gorman; forward finalized summary to 6th circuit; review correspondence from Circuit regarding same. | 1 | 250.00 | 250.00 |
| 2/21/2023 | PTB | Email exchanges with Mike Gorman regarding mediation; attention to email from mediator with invoice for transcript; attention to court reporting filing in district court. | 0.5 | 250.00 | 125.00 |
| 2/22/2023 | PTB | Attention to briefing letter from circuit and scheduling for session with mediator. | 0.4 | 250.00 | 100.00 |
| 2/23/2023 | PTB | Attention to communication from mediator regarding her discussion with FGL and their stated considerations for a mediation addressing global issues; transmit same to clients; prepare email to Joshua and Aaron regarding status of mediation discussions and scheduling of an initial mediation session; email exchanges with client regarding scope of mediation. | 0.65 | 250.00 | 162.50 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Statement

Date:      Statement #:

3/14/2023      36439



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:    Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2/24/2023 | PTB | Prepare for and attend zoom conference with 6th Circuit mediator. | 1.25 | 250.00 | 312.50 |
| 2/28/2023 | PTB | Review JVA; telephone conference with Mike Gorman; prepare for follow up call with 6th Circuit mediator. | 0.75 | 250.00 | 187.50 |

| | |
|---|---|
| **Total** | $2,137.50 |
| **Payments/Credits** | -$2,137.50 |
| **Balance Due** | $0.00 |

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 4/24/2023 | 36682 |

**PAID**
**05/08/2023**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:    Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/2/2023 | PTB | Zoom with mediator and Jake; telephone conference with Michael; telephone conference with Aaron; attention to email communications regarding mediation. | 1 | 250.00 | 250.00 |
| 3/7/2023 | PTB | Attention to email from Jake Blake; telephone conference with Michael; attention to Sunshine weblink. | 0.4 | 250.00 | 100.00 |
| 3/8/2023 | PTB | Prepare for and attend zoom conference to prepare  for Mediation; telephone conference with Jake Blake; telephone conference with Mike Gorman. | 1.25 | 250.00 | 312.50 |
| 3/13/2023 | PTB | Review draft mediation statement and make revisions; review Fineman draft and prepare further revisions; transmit to Mike and others. | 1 | 250.00 | 250.00 |
| 3/15/2023 | PTB | Prepare for an attend zoom conference with Firexo counsel and others; attention to revised Mediation Statement. | 1.3 | 250.00 | 325.00 |
| 3/20/2023 | PTB | Attention to submission of Statement to mediator. | 0.35 | 250.00 | 87.50 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 4/24/2023 | 36682 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/22/2023 | PTB | Review draft statement of the case for opening brief;  prepare editorial suggestions with redline; prepare email to Mike Gorman with additional comments; Review Motion to Dismiss briefing; calls to mediator. | 2 | 250.00 | 500.00 |
| 3/23/2023 | PTB | Email exchanges with mediator, client and co-counsel regarding mediation arrangements. | 0.3 | 250.00 | 75.00 |
| 3/24/2023 | PTB | Telephone conference with Mike; Review summary of argument; attention to mediation issues. | 0.75 | 250.00 | 187.50 |
| 3/27/2023 | PTB | Round trip travel to Columbus; attend mediation. | 8 | 250.00 | 2,000.00 |
| 3/28/2023 | PTB | Review draft of opening appellate brief. | 2.75 | 250.00 | 687.50 |
| 3/29/2023 | PTB | Continue review of appellate brief; review JVA; review case law. | 3 | 250.00 | 750.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 4/24/2023 | 36682 |

**PAID**
**05/08/2023**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/30/2023 | PTB | Continue review of brief; continue review of case law and district court briefing; Email exchanges with Aaron; telephone conference with Aaron; telephone conference with Mike. | 2.75 | 250.00 | 687.50 |
| 3/31/2023 | PTB | Prepare Motion to Extend Time; telephone conference with court; telephone conference with Mike; review drafts; review Smith Declaration. | 2.5 | 250.00 | 625.00 |
| 4/1/2023 | PTB | Continue review and revision of brief; further review of case law; review district court decision and order; prepare redline revisions; transmit to Mike. | 4.5 | 250.00 | 1,125.00 |
| 4/4/2023 | PTB | Final review of opening brief with suggested redline changes; email Mike regarding same. | 0.75 | 250.00 | 187.50 |
| 4/5/2023 | PTB | Attention to addendum to brief; review applicable 6th circuit rules; telephone conference with court; telephone conference with Mike regarding same; attention to online access to UK Citations. | 0.75 | 250.00 | 187.50 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 4/24/2023 | 36682 |

**PAID**
**05/08/2023**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 4/6/2023 | PTB | Brief review of opening brief and appendix; review Sixth Circuit rule regarding appendix; file Opening Brief with Sixth Circuit. | 0.4 | 250.00 | 100.00 |

| | | |
|---|---|---|
| **Total** | | $8,437.50 |
| **Payments/Credits** | | -$8,437.50 |
| **Balance Due** | | $0.00 |

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 8/1/2023 | 37375 |

**PAID 10/19/2023**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6/19/2023 | PTB | Review draft of Reply Brief; prepare revisions to same. | 1.2 | 250.00 | 300.00 |
| 6/20/2023 | PTB | Review second draft; telephone conference with Mike. | 0.5 | 250.00 | 125.00 |
| 6/21/2023 | PTB | Review and make further revisions to drafts; review caselaw cited; review FGL brief; prepare further revisions. | 5 | 250.00 | 1,250.00 |
| 6/22/2023 | PTB | Final review and revision of Reply Brief; transmit to Mike; review final draft; telephone conference with Mike; file brief with court. | 2.5 | 250.00 | 625.00 |

| | |
|---|---|
| **Total** | $2,300.00 |
| **Payments/Credits** | -$2,300.00 |
| **Balance Due** | $0.00 |

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| | |
|---|---|
| Date: | Statement #: |
| 12/11/2023 | 38384 |

**PAID**
**01/08/2024**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/22/2023 | PTB | Prepare and file argument acknowledgement in sixth circuit. | 0.5 | 250.00 | 125.00 |
| 8/28/2023 | PTB | Prepare draft letter to Firexo Holdings; review and revise same; transmit to Mike. | 0.5 | 250.00 | 125.00 |
| 9/12/2023 | PTB | Review, revise, finalize and transmit letter to Firexo Holdings. | 0.5 | 250.00 | 125.00 |
| 10/14/2023 | PTB | Review Appellants and Appellee's briefs; begin review of cited cases. | 2 | 250.00 | 500.00 |
| 10/15/2023 | PTB | Continue review of briefs and cited cases in preparation for oral argument. | 4 | 250.00 | 1,000.00 |
| 10/16/2023 | PTB | Continue preparation for oral argument; continue review of caselaw, briefs, district court order, JVA, and affidavits; prepare summaries; telephone conference with Mike. | 7.15 | 250.00 | 1,787.50 |
| 10/17/2023 | PTB | Continue preparation for oral argument; travel to Dayton in advance of argument. | 9 | 250.00 | 2,250.00 |
| 10/18/2023 | PTB | Continue argument preparation; attend oral argument; return to Toledo. | 7 | 250.00 | 1,750.00 |
| 9/12/2023 | | Postage and Copies  ($8.53) | | 8.53 | 8.53 |

**Total**  $7,671.03

**Payments/Credits**  -$7,671.03

**Balance Due**  $0.00

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 7/9/2024 | 40162 |

PAID
10/23/2024

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 5/30/2024 | PTB | Telephone conference with Jake; revise and file parties proposed schedule. | 0.5 | 250.00 | 125.00 |
| 6/5/2024 | PTB | Review email communications with FGL regarding product failures. | 2 | 250.00 | 500.00 |
| 6/6/2024 | PTB | Continue review of emails regarding product failures, UL and damages. | 1.4 | 250.00 | 350.00 |
| 6/7/2024 | JPD | Review case management order with attention to related deadlines. | 0.2 | 250.00 | 50.00 |
| 6/7/2024 | PTB | Continue review and preparation of email summaries. | 1 | 250.00 | 250.00 |
| 6/7/2024 | PTB | Review emails and document attachments from key document file; continue preparation of summary. | 1.5 | 250.00 | 375.00 |
| 6/10/2024 | JPD | Completion and filing of notice of appearance. | 0.35 | 250.00 | 87.50 |
| 6/10/2024 | JPD | Review flash drive of forwarded emails from M. Gorman, including downloading/organizing attached documents and brochures. | 3.25 | 250.00 | 812.50 |
| 6/11/2024 | PTB | Continue review and preparation of email summary. | 0.75 | 250.00 | 187.50 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

Date:          Statement #:

7/9/2024       40162

**PAID**
**10/23/2024**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 6/12/2024 | PTB | Research regarding EN# certification in Europe and UK; research regarding CNPP in France; begin preparation of discovery request. | 1.25 | 250.00 | 312.50 |
| 6/13/2024 | PTB | Preparation of RFP to FGL; research FM certification; attention to district court's standard protective order; telephone conference with Joe Dawson. | 2.5 | 250.00 | 625.00 |
| 6/13/2024 | JPD | Conference with P. Belazis regarding possible use of expert witnesses. | 0.8 | 250.00 | 200.00 |
| 6/14/2024 | JPD | Phone conference with former co-counsel in fire loss cases regarding experts. | 0.2 | 250.00 | 50.00 |
| 6/17/2024 | JPD | Research contact info for Nate Lee, forensic fire loss expert. | 0.2 | 250.00 | 50.00 |
| 6/17/2024 | JPD | Subsequent phone conference with N. Lee regarding possible use. | 0.2 | 250.00 | 50.00 |
| 6/17/2024 | JPD | Review documents for use in further communication with Lee. | 0.3 | 250.00 | 75.00 |
| 6/17/2024 | JPD | Draft proposed email to Lee with attachment for review by P. Belazis. | 0.35 | 250.00 | 87.50 |

# Total

## Payments/Credits

## Balance Due

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 7/9/2024 | 40162 |

**PAID**
**10/23/2024**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:    Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6/18/2024 | PTB | Prepare for and attend telephone conference with Mike and Joe. | 0.9 | 250.00 | 225.00 |
| 6/18/2024 | JPD | Completion of email to N. Lee regarding forensic expert regarding UL/FM. | 0.25 | 250.00 | 62.50 |
| 6/18/2024 | JPD | Conference call with P. Belazis and M. Gorman regarding background documents and expert witnesses. | 0.6 | 250.00 | 150.00 |
| 6/18/2024 | JPD | Emails to litigation counsel regarding local economic experts. | 0.25 | 250.00 | 62.50 |
| 6/18/2024 | JPD | Subsequent emails with N. Lee regarding his initial evaluation, retention details and CV. | 0.2 | 250.00 | 50.00 |
| 6/18/2024 | JPD | Email with P. Belazis regarding confirming use of N. Lee and requesting authority  from client for retention. | 0.1 | 250.00 | 25.00 |
| 6/18/2024 | JPD | Email with N. Lee advising of impending recommendation for retention. | 0.1 | 250.00 | 25.00 |
| 6/18/2024 | JPD | Initial research regarding recommended forensic economist, D. Long, with concurrence by P. Belazis. | 0.1 | 250.00 | 25.00 |
| 6/19/2024 | PTB | Continue preparation of RFP. | 1 | 250.00 | 250.00 |
| 6/20/2024 | PTB | Review and revise RFP. | 0.75 | 250.00 | 187.50 |

## Total

## Payments/Credits

## Balance Due

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 7/9/2024 | 40162 |

**PAID**
**10/23/2024**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6/26/2024 | PTB | Review emails and documents; review and revise RFP and Interrogatories. | 2.5 | 250.00 | 625.00 |
| 6/27/2024 | JPD | Initial phone call with D. Long regarding possible retention. | 0.1 | 250.00 | 25.00 |
| 6/28/2024 | JPD | Email to D. Long presenting case context for possible retention. | 0.1 | 250.00 | 25.00 |
| 6/29/2024 | PTB | Finalize and transmit draft RFP to Joe. | 0.5 | 250.00 | 125.00 |

| | |
|---|---|
| **Total** | $6,050.00 |
| **Payments/Credits** | -$6,050.00 |
| **Balance Due** | $0.00 |

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 9/10/2024 | 40700 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:    Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/1/2024 | JPD | Begin review of witness statements in the UK litigation. | 0.7 | 250.00 | 175.00 |
| 7/1/2024 | JPD | Review and further revision of draft discovery to FGL. | 0.9 | 250.00 | 225.00 |
| 7/2/2024 | PTB | Telephone conference with Joe Dawson; prepare for and attend PC with Joe and Mike Gorman; second PC with Joe. | 1.3 | 250.00 | 325.00 |
| 7/2/2024 | JPD | Initial phone conference with P. Belazis regarding discovery draft and topics for discussion with M. Gorman. | 0.4 | 250.00 | 100.00 |
| 7/2/2024 | JPD | Subsequent phone conference with M. Gorman and P. Belazis regarding issues of standards compliance, FGL individuals for depositions, and amending complaint regarding impact of Fla. Distributor. | 0.9 | 250.00 | 225.00 |
| 7/2/2024 | JPD | Review of current amended complaint regarding further need to amend. | 0.2 | 250.00 | 50.00 |
| 7/2/2024 | JPD | Further review of MES metallurgical study regarding product components. | 0.2 | 250.00 | 50.00 |
| 7/2/2024 | JPD | Text with possible economic expert regarding further discussions for retention. | 0.1 | 250.00 | 25.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 9/10/2024 | 40700 |

**PAID**
**10/23/2024**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/2/2024 | JPD | Review ShareFile documents regarding email chain about product recall, product brochure with timelines, spreadsheet of economic  historical data and projections, and UK payment demand. | 0.7 | 250.00 | 175.00 |
| 7/3/2024 | PTB | Zoom conference with Mike and Joshua Fineman. | 0.6 | 250.00 | 150.00 |
| 7/3/2024 | PTB | Initial review of defendant's discovery responses in Smith v. FGL. | 0.2 | 250.00 | 50.00 |
| 7/3/2024 | PTB | Zoom meeting with P. Belazis, M. Gorman and J. Fineman regarding possible use of UK discovery, related issues. | 0.6 | 250.00 | 150.00 |
| 7/3/2024 | JPD | Email with David Long, forensic economist regarding possible retention. | 0.1 | 250.00 | 25.00 |
| 7/6/2024 | PTB | Review UK document bundle and Coyle sworn statement. | 0.7 | 250.00 | 175.00 |
| 7/8/2024 | PTB | Research regarding Jim Mergenthaler; research regarding flourosurfactants; email Joe regarding same. | 0.7 | 250.00 | 175.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 9/10/2024 | 40700 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter**:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/8/2024 | JPD | Email with David Long, forensic economist regarding his retention requirements. | 0.1 | 250.00 | 25.00 |
| 7/8/2024 | JPD | Emails with P. Belazis re FGL's Florida distributor, J. Mergenthaler, and role in current issues. | 0.2 | 250.00 | 50.00 |
| 7/8/2024 | JPD | Review of 136 p. product brochure purportedly presented by Breith in Port Clinton in 2019, with notes regarding same; emails with P. Belazis regarding FGL's representations regarding products use and environmental impact. | 0.8 | 250.00 | 200.00 |
| 7/9/2024 | PTB | Revise discovery request to FGL; further research regarding flourosurfactants, including Scientific and NIH papers; telephone conferences with Joe; telephone conference with Mike Gorman. | 1.25 | 250.00 | 312.50 |
| 7/9/2024 | JPD | Draft proposed email for presentation of proposed experts, Lee & Long, with attachments. | 0.4 | 250.00 | 100.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 9/10/2024 | 40700 |

**PAID**
**10/23/2024**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:    Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/9/2024 | JPD | Review file and begin draft of possible players/witnesses. | 0.9 | 250.00 | 225.00 |
| 7/9/2024 | JPD | Email and subsequent phone call with P. Belazis regarding product brochure language and issues of timing and authentication. | 0.2 | 250.00 | 50.00 |
| 7/10/2024 | PTB | Prepare for PC with Mike and Scot; attention to expert witness selection and email exchanges with Joe; telephone conference with Scot, Mike and Joe. | 1 | 250.00 | 250.00 |
| 7/10/2024 | JPD | Subsequent email to M. Gorman presenting proposed experts, Lee & Long, with their respective CVs, along with list of players/witnesses. | 0.1 | 250.00 | 25.00 |
| 7/10/2024 | JPD | Conference call with P. Belazis, M. Gorman and S. Smith regarding background facts regarding distribution start-up, subsequent product failures, and brochures reflecting FGL representations. | 0.9 | 250.00 | 225.00 |
| 7/11/2024 | PTB | Further review and revisions to discovery request. | 1 | 250.00 | 250.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 9/10/2024 | 40700 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/15/2024 | PTB | PC with Joe Dawson; attention to Dawson revisions to RFP; review, revise and finalize RFP; review emails from Sharefile. | 2.2 | 250.00 | 550.00 |
| 7/15/2024 | JPD | Further drafting of discovery requests and selection of proposed exhibits. | 1.4 | 250.00 | 350.00 |
| 7/16/2024 | JPD | Emails with P. Belazis regarding service of discovery on FGL's attorney. | 0.1 | 250.00 | 25.00 |
| 7/17/2024 | JPD | Emails to N. Lee and D. Long regarding proceeding with retention and EINs. | 0.1 | 250.00 | 25.00 |
| 7/30/2024 | JPD | Meeting with/ P. Belazis and IT tech regarding acquisition of workable download of Firexo Inc. emails. | 0.7 | 250.00 | 175.00 |
| 7/31/2024 | PTB | Telephone conference with Mike regarding expert witnesses and Sharefile issues. | 0.2 | 250.00 | 50.00 |
| 7/31/2024 | JPD | Phone call with M. Gorman and P. Belazis regarding expert witness retention requirements and further action to be taken. | 0.2 | 250.00 | 50.00 |
| 7/31/2024 | JPD | Marshal experts' retention requirements and email to M. Gorman presenting same, with respective W-9s attached. | 0.2 | 250.00 | 50.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 9/10/2024 | 40700 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/1/2024 | PTB | Attention to Sharefile folder. | 1 | 250.00 | 250.00 |
| 8/5/2024 | PTB | Sharefile email review for Scot, Joshua and John Mascon. | 1.5 | 250.00 | 375.00 |
| 8/6/2024 | JPD | Begin review of S. Smith 2021emails (Oct. 2021). | 0.4 | 250.00 | 100.00 |
| 8/6/2024 | PTB | Continue review of Sharefile emails with copies and separation into subject matter files where appropriate. | 1.5 | 250.00 | 375.00 |
| 8/7/2024 | PTB | Telephone conferences with Joe and John Marcone; continue review of Franek emails to 1/7/21. | 2.5 | 250.00 | 625.00 |
| 8/7/2024 | JPD | Emails to potential experts requesting ACH info for payment. | 0.1 | 250.00 | 25.00 |
| 8/7/2024 | JPD | Prepare  for phone call with J. Moscon. | 1.2 | 250.00 | 300.00 |
| 8/7/2024 | JPD | Phone conference with J. Moscon and P. Belazis. | 1.1 | 250.00 | 275.00 |
| 8/8/2024 | PTB | Continue review of emails to 1/8/21. | 0.75 | 250.00 | 187.50 |
| 8/8/2024 | JPD | Phone conference with P. Belazis regarding Moscon information. | 0.2 | 250.00 | 50.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 9/10/2024 | 40700 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH 43452

**Matter:** Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/9/2024 | PTB | Continue email review to 1/9/21; review and revise draft email to Josh Franik; telephone conferences with Joe; finalize and transmit draft Franek email. | 1.5 | 250.00 | 375.00 |
| 8/12/2024 | PTB | Continue review of emails to 1/19/21; telephone conference with Joe. | 0.75 | 250.00 | 187.50 |
| 8/12/2024 | JPD | Further review of S. Smith emails (10/19/20 -1/6/21). | 2.3 | 250.00 | 575.00 |
| 8/13/2024 | JPD | Continue review of S. Smith 2021 emails (1/6 - 1/11). | 0.6 | 250.00 | 150.00 |
| 8/14/2024 | PTB | Continue email review to 1/29/21; telephone conference with Joe. | 1.45 | 250.00 | 362.50 |
| 8/14/2024 | JPD | Continue review of S. Smith 2021 emails (1/12 - 1/25). | 0.9 | 250.00 | 225.00 |
| 8/14/2024 | JPD | Phone conference with P. Belazis regarding Smith emails. | 0.4 | 250.00 | 100.00 |
| 8/15/2024 | PTB | Telephone conference with Joe; Continue review of emails to 2/11/21. | 3 | 0.00 | 0.00 |
| 8/15/2024 | JPD | Phone conference with P. Belazis regarding Jim Berberian. | 0.2 | 250.00 | 50.00 |
| 8/16/2024 | PTB | Continue review of emails to 2/15/21. | 0.5 | 250.00 | 125.00 |
| 8/17/2024 | PTB | Continue review of emails to 2/28/21. | 1.5 | 250.00 | 375.00 |
| 8/19/2024 | PTB | Continue review of emails to 3/17/21. | 2 | 250.00 | 500.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 9/10/2024 | 40700 |

PAID
10/23/2024

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:    Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/19/2024 | JPD | Continue review of S. Smith 2021 emails (1/25 - 2/14). | 1.7 | 250.00 | 425.00 |
| 8/21/2024 | PTB | Attention to emails to 3/18/21. | 0.7 | 250.00 | 175.00 |
| 8/26/2024 | PTB | Telephone conferences with Joe. | 0.55 | 250.00 | 137.50 |
| 8/26/2024 | JPD | Phone conference with P. Belazis regarding exchange of email reviews of S. Smith and J. Franek. | 0.6 | 250.00 | 150.00 |
| 8/26/2024 | JPD | Review file regarding issue of exclusivity of US distribution. | 0.4 | 250.00 | 100.00 |
| 8/26/2024 | JPD | Review file regarding product testing history. | 0.6 | 250.00 | 150.00 |
| 8/26/2024 | JPD | Email with P. Belazis regarding exclusivity issue and potential use of MES regarding product testing history. | 0.2 | 250.00 | 50.00 |
| 8/27/2024 | JPD | Email with P. Belazis and S. Smith regarding potential use of MES as expert witnesses. | 0.2 | 250.00 | 50.00 |
| 8/27/2024 | JPD | Phone call regarding MES regarding same. | 0.1 | 250.00 | 25.00 |
| 8/28/2024 | PTB | Telephone conference with Joe; continue review of emails to 4/7/21. | 1 | 250.00 | 250.00 |
| 8/28/2024 | JPD | Phone call with Dan Stolk of MES regarding possible use as expert witness. | 0.2 | 250.00 | 50.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 9/10/2024 | 40700 |

**PAID 10/23/2024**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/28/2024 | JPD | Phone conference with P. Belazis regarding expert witnesses. | 0.2 | 250.00 | 50.00 |
| 8/29/2024 | PTB | Telephone conference with Mike and Joe; attention to JVA termination letter; attention to JVA and potential issues/arguments by FGL related to termination of distributorship; telephone conference with Joe regarding same. | 1 | 250.00 | 250.00 |
| 8/29/2024 | JPD | Phone conference with P. Belazis and M. Gorman regarding expert witnesses and current limitations of MES. | 0.6 | 250.00 | 150.00 |

| | |
|---|---|
| **Total** | $12,662.50 |
| **Payments/Credits** | -$12,662.50 |
| **Balance Due** | $0.00 |

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

Date:       Statement #:

12/16/2024      41712



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 9/4/2024 | JPD | Email with M. Gorman regarding Stefan's confirmation of corrosion from Chinese suppliers/manufacturers. | 0.1 | 250.00 | 25.00 |
| 9/4/2024 | JPD | Email with M. Gorman regarding proposed requests for admission, with initial review of same. | 0.2 | 250.00 | 50.00 |
| 9/4/2024 | JPD | Further drafting of proposed requests for admission. | 0.6 | 250.00 | 150.00 |
| 9/5/2024 | PTB | Continue review of Franik emails to 4/22/21. | 0.7 | 250.00 | 175.00 |
| 9/5/2024 | JPD | Review file and draft proposed email to Dan Stolk at MES regarding possible retention. | 0.4 | 250.00 | 100.00 |
| 9/5/2024 | JPD | Email to Dan Stolk regarding possible retention. | 0.1 | 250.00 | 25.00 |
| 9/5/2024 | JPD | Completion of revisions to proposed protective order. | 0.3 | 250.00 | 75.00 |
| 9/6/2024 | PTB | Continue review to 5/5/21; review draft Requests for Admission. | 0.85 | 250.00 | 212.50 |
| 9/9/2024 | JPD | Email to M. Gorman of proposed protective order. | 0.1 | 250.00 | 25.00 |
| 9/13/2024 | JPD | Email from M. Gorman approving draft stipulated protective order. | 0.1 | 250.00 | 25.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 12/16/2024 | 41712 |

**PAID 01/22/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 9/15/2024 | JPD | Email to J. Blake presenting proposed stipulated protective order. | 0.1 | 250.00 | 25.00 |
| 9/15/2024 | JPD | Further drafting of proposed requests for admission. | 0.3 | 250.00 | 75.00 |
| 9/16/2024 | JPD | Email confirming conference with Stefan Rahmqvist for 10/3. | 0.1 | 250.00 | 25.00 |
| 9/17/2024 | PTB | Attention to email from Jake Blake regarding withdrawal; forward to client; telephone conferences with Mike and Joe regarding same. | 0.4 | 250.00 | 100.00 |
| 9/19/2024 | PTB | Attention to Motion to Withdraw received from Jake Blake; transmit to client; email exchange with Joe regarding same. | 0.2 | 250.00 | 50.00 |
| 9/20/2024 | PTB | Attention to court's order granting motion to withdraw; transmit same to client. | 0.2 | 250.00 | 50.00 |
| 10/2/2024 | JPD | Phone conference with P. Belazis regarding upcoming conference with S. Rahmqvist and obtaining court's stay of deadlines given FGI's loss of counsel. | 0.2 | 250.00 | 50.00 |
| 10/2/2024 | JPD | Begin draft of outline for discussion with S. Rahmqvist. | 0.7 | 250.00 | 175.00 |

# Total

## Payments/Credits

## Balance Due

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 12/16/2024 | 41712 |

**PAID**
**01/22/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/2/2024 | JPD | Begin review of draft of second amended complaint. | 0.6 | 250.00 | 150.00 |
| 10/2/2024 | JPD | Begin draft of motion to stay the CMO/ request status conference. | 0.3 | 250.00 | 75.00 |
| 10/3/2024 | PTB | Telephone conference with Joe regarding issues pertaining to upcoming zoom conference; Prepare for interview with Stephan via zoom; attention to Dawson notes regarding same; attend Zoom conference; telephone conference with Joe regarding same; attention to motion to vacate case management order; revise and file same; attention to email address for Peter Coyle; transmit copy of motion to Coyle. | 2 | 250.00 | 500.00 |
| 10/3/2024 | JPD | Conference with P. Belazis regarding issue of service of motion on FGL. | 0.1 | 250.00 | 25.00 |
| 10/3/2024 | JPD | Conference with S. Rahmqvist, Belazis and Gorman regarding Nordic issues with FGL and further action to be taken. | 0.9 | 250.00 | 225.00 |
| 10/11/2024 | JPD | Email with P. Belazis and M. Gorman re issue of effect of a party's abandonment of representation and possible default. | 0.1 | 250.00 | 25.00 |

# Total

# Payments/Credits

# Balance Due

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742



# Statement

| Date: | Statement #: |
|---|---|
| 12/16/2024 | 41712 |

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/16/2024 | PTB | Telephone conference with Joe. | 0.25 | 250.00 | 62.50 |
| 10/16/2024 | JPD | Emails with M. Gorman and P. Belazis regarding Breith's email of 10/16 to shareholders advising of FGL's intent to liquidate. | 0.2 | 250.00 | 50.00 |
| 10/17/2024 | PTB | Telephone conferences with Joe and Mike. | 0.6 | 250.00 | 150.00 |
| 10/17/2024 | JPD | Phone conference with P. Belazis and M. Gorman regarding FGL's defense abandonment. | 0.3 | 250.00 | 75.00 |
| 10/18/2024 | PTB | Telephone conferences with Mike and Joe; zoom conference with Nordics, Scot and Mike. | 1.5 | 250.00 | 375.00 |
| 10/18/2024 | JPD | Phone conference with Belazis, Gorman and J. Fineman regarding FGL and liquidation. | 0.9 | 250.00 | 225.00 |
| 10/18/2024 | JPD | Phone conferences with P. Belazis regarding further action to be taken. | 0.3 | 250.00 | 75.00 |
| 10/18/2024 | JPD | Phone conference with P. Belazis and M. Gorman regarding preparation for upcoming phone conference regarding FGL's intention to liquidate. | 0.4 | 250.00 | 100.00 |

## Total

### Payments/Credits

### Balance Due

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 12/16/2024 | 41712 |

**PAID**
**01/22/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/21/2024 | PTB | Legal research related to adding Firexo Corp as a defendant; phone call with Joe and Mike. | 1 | 250.00 | 250.00 |
| 10/21/2024 | JPD | Phone conference with P. Belazis and M. Gorman regarding elements of successor liability. | 0.3 | 250.00 | 75.00 |
| 10/21/2024 | JPD | Further research regarding required vs permissive joinder vs substitution/amendment. | 0.7 | 250.00 | 175.00 |
| 10/22/2024 | PTB | Zoom conference with Joe and Mike; telephone conference with Joe re Motion to Add Corp as a defendant; telephone conference with Joe and Mike. | 0.8 | 250.00 | 200.00 |
| 10/22/2024 | JPD | Phone conference with P. Belazis and M. Gorman regarding issues of joinder and/or complaint amendment. | 0.7 | 250.00 | 175.00 |
| 10/22/2024 | JPD | Subsequent email with both regarding supporting language in Civ. R. 15. | 0.1 | 250.00 | 25.00 |
| 10/23/2024 | PTB | Legal research regarding joinder of alter ego. | 0.75 | 250.00 | 187.50 |
| 10/24/2024 | JPD | Email from J. Fineman regarding greater details on liquidation status. | 0.1 | 250.00 | 25.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 12/16/2024 | 41712 |

**PAID**
**01/22/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/24/2024 | JPD | Review emailed draft of motion to join/amend from M. Gorman. | 0.2 | 250.00 | 50.00 |
| 10/25/2024 | PTB | Telephone conference with Joe and Mike; zoom conference with Nordics, Scot and Mike. | 0.5 | 250.00 | 125.00 |
| 10/25/2024 | JPD | Zoom conference with P. Belazis and M. Gorman regarding fraudulent transfer/piercing the veil. | 0.3 | 250.00 | 75.00 |
| 10/25/2024 | JPD | Review forwarded caselaw from M. Gorman regarding same. | 0.2 | 250.00 | 50.00 |
| 10/26/2024 | PTB | Continue legal research regarding amendment to join alter ego and or substitute real party In interest. | 1.25 | 250.00 | 312.50 |
| 10/27/2024 | PTB | Online research regarding Firexo corporations in UK, shareholders, officers, and dates of share transfers for multiple related Firexo entities; prepare revisions to draft second amended complaint. | 3 | 250.00 | 750.00 |
| 10/27/2024 | JPD | Further drafting of successor allegations for 2nd amended complaint including alter ego allegations. | 1.7 | 250.00 | 425.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 12/16/2024 | 41712 |

PAID
01/22/2025

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/2024 | PTB | Telephone conferences with Joe and Mike regarding amended complaint and briefing; Further online research regarding Firexo corporations; review caselaw provided by Mike; further review and revision of revised amended complaint draft from Joe; telephone conference with Mike; Review second draft of motion to amend. | 1.5 | 250.00 | 375.00 |
| 10/28/2024 | JPD | Review/revise latest draft of motion to join/amend. | 0.2 | 250.00 | 50.00 |
| 10/28/2024 | JPD | Further drafting of successor allegations to support motion, incorporating latest allegations presented in draft of motion. | 0.3 | 250.00 | 75.00 |
| 10/29/2024 | PTB | Review draft motion; review draft amended complaint; revise complaint. | 3.5 | 250.00 | 875.00 |
| 10/29/2024 | JPD | Phone conferences with P. Belazis and M. Gorman regarding completion of motion to join/amend with exhibits. | 0.3 | 250.00 | 75.00 |
| 10/29/2024 | JPD | Completion of proposed 2nd amended complaint as exhibit. | 0.6 | 250.00 | 150.00 |
| 10/29/2024 | JPD | Review of proposed final version of motion to join/amend with exhibits. | 0.2 | 250.00 | 50.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 12/16/2024 | 41712 |

**PAID 01/22/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/30/2024 | PTB | Review final version of motions; file same with court; email to Breith. | 1.25 | 250.00 | 312.50 |
| 10/31/2024 | PTB | Telephone conferences with Joe and Mike regarding status conference strategy. | 0.4 | 250.00 | 100.00 |
| 10/31/2024 | JPD | Emails with experts Lee and Long regarding standing down pending resolution of FGL's ongoing role. | 0.2 | 250.00 | 50.00 |
| 11/1/2024 | PTB | Attention to email from court regarding Breith attendance; prepare email objecting with stated grounds; telephone conferences with Joe and Mike regarding same; attention to courts response. | 0.75 | 250.00 | 187.50 |
| 11/1/2024 | JPD | Email notice from Court regarding phone conference for 11/5 w/ Breith. | 0.1 | 250.00 | 25.00 |
| 11/1/2024 | JPD | Emails w/ P. Belazis and M. Gorman regarding objecting to Breith's participation. Email from Court noting objection and proceeding | 0.2 | 250.00 | 50.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 12/16/2024 | 41712 |

**PAID 01/22/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/4/2024 | PTB | Telephone conferences with Joe regarding status conference issues; telephone conference with Mike regarding same; review circular and investor update re Corp; review motion to amend regarding piercing corporate veil; research regarding rule 25 joinder. | 1.2 | 250.00 | 300.00 |
| 11/4/2024 | JPD | Email from Court confirming time for conference on 11/5. | 0.1 | 250.00 | 25.00 |
| 11/4/2024 | JPD | Phone conference with P. Belazis regarding upcoming court conference . | 0.3 | 250.00 | 75.00 |
| 11/4/2024 | JPD | Email from M. Gorman regarding Breith misrepresentations in 2022 regarding FGL shares. | 0.2 | 250.00 | 50.00 |
| 11/5/2024 | PTB | Prepare for and attend status conference; telephone conferences with Mike and Joe; Review documents from Breith regarding Firexo Corp and related share transfers; Attention to emails from Joshua and Mike regarding liquidation and any related bankruptcy filing in U.S. courts. | 1.5 | 250.00 | 375.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 12/16/2024 | 41712 |

**PAID 01/22/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/5/2024 | JPD | Email from M. Gorman providing confirmation of FGL's liquidation. | 0.1 | 250.00 | 25.00 |
| 11/5/2024 | JPD | Subsequent emails w/ M. Gorman, J. Fineman & P. Belazis regarding UK liquidation and issues regarding application in US litigation. | 0.2 | 250.00 | 50.00 |
| 11/5/2024 | JPD | Phone conference with Judge Zouhary, P. Belazis & D. Breith regarding FGL's status and extension of time to obtain new counsel. | 0.3 | 250.00 | 75.00 |
| 11/6/2024 | PTB | Telephone conferences with Joe re liquidation issues with FLG; telephone conferences with Mike regarding same; attention to scheduling email. | 0.4 | 250.00 | 100.00 |
| 11/6/2024 | JPD | Phone conference with P. Belazis regarding upcoming conference call with Firexo Inc. principals. | 0.2 | 250.00 | 50.00 |
| 11/6/2024 | JPD | Email from Court regarding entry giving FGL to 11/19 for attorney retention. | 0.1 | 250.00 | 25.00 |
| 11/7/2024 | PTB | Attention to zoom conference with Joshua; attend same; telephone conferences with Joe and Mike; review FGL summary of debts and liabilities. | 0.9 | 250.00 | 225.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 12/16/2024 | 41712 |

PAID
01/22/2025

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/7/2024 | JPD | Phone conference with P. Belazis, M. Gorman and J. Fineman regarding Fineman's report on UK liquidation of FGL. | 0.7 | 250.00 | 175.00 |
| 11/8/2024 | PTB | Telephone conferences with Scot and John Mascon; telephone conference with Joe regarding same; review Mascon calculations of loss. | 0.9 | 250.00 | 225.00 |
| 11/8/2024 | JPD | Phone conference with P. Belazis, M. Gorman, J. Mascon and S. Smith regarding economic loss analysis of Oct. 2022 and projections. | 0.8 | 250.00 | 200.00 |
| 11/10/2024 | PTB | Attention to emails from Breith; telephone conferences with Mike and Joe; prepare and transmit email to Breith. | 0.9 | 250.00 | 225.00 |
| 11/11/2024 | JPD | Phone call with attorney specialist in creditor bankruptcy rights regarding potential Chpt. 15 proceedings and impact between Corp and FGL. | 0.3 | 250.00 | 75.00 |
| 11/11/2024 | JPD | Phone call with P. Belazis regarding same. | 0.2 | 250.00 | 50.00 |

### Total

### Payments/Credits

### Balance Due

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|---|---|
| 12/16/2024 | 41712 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/2024 | JPD | Email from J. Fineman with his letter to FGL's liquidators - brief review of same. | 0.2 | 250.00 | 50.00 |
| 11/18/2024 | JPD | Emails from Breith regarding his demands for contacts, disclosures. | 0.2 | 250.00 | 50.00 |
| 11/18/2024 | JPD | Collaborate on reply email to Breith regarding order to retain counsel. | 0.1 | 250.00 | 25.00 |
| 11/19/2024 | PTB | Telephone conferences with Mike and Joe; attention to emails from Breith; email Mike regarding same. | 0.45 | 250.00 | 112.50 |
| 11/19/2024 | JPD | Phone conference with P. Belazis and M. Gorman regarding further action to be taken in light of court's entry allowing FGL more time. | 0.3 | 250.00 | 75.00 |
| 11/20/2024 | PTB | Attention to order from Zouhary; email exchanges with Mike and Joe; attention to emails from Breith. | 0.4 | 250.00 | 100.00 |
| 11/20/2024 | JPD | Review court's entry vacating CMO, mot. to and & grtg FGL more time. | 1 | 250.00 | 250.00 |
| 11/21/2024 | PTB | Telephone conference with Mike and Joe. | 0.5 | 250.00 | 125.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Statement

| Date: | Statement #: |
|-------|--------------|
| 12/16/2024 | 41712 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 11/21/2024 | JPD | Phone conference with P. Belazis and M. Gorman re further action to be taken in light of court's entry allowing FGL another extension. | 0.5 | 250.00 | 125.00 |
| 11/25/2024 | PTB | Review Notice to Liquidators from UK case; review amended complaint; begin prep of Firexo Inc notice to liquidators. | 0.7 | 250.00 | 175.00 |
| 11/26/2024 | PTB | Continue preparation of notice to liquidators of Firexo Inc claim as creditor; transmit to Joe and Mike. | 3 | 250.00 | 750.00 |
| 11/27/2024 | PTB | Revise Notice to Liquidator; transmit same to Mike and Joe. | 1 | 250.00 | 250.00 |
| 11/27/2024 | JPD | Initial review of P. Belazis' drafts of claim presentation to FGL's UK liquidators. | 0.2 | 250.00 | 50.00 |

| | |
|---|---|
| **Total** | $13,262.50 |
| **Payments/Credits** | -$13,262.50 |
| **Balance Due** | $0.00 |

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|-------|-----------|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 12/2/2024 | PTB | Telephone conference with Joe and Mike. | 0.4 | 250.00 | 100.00 |
| 12/2/2024 | JPD | Phone call with P. Belazis and M. Gorman regarding status of default and further action to be taken. | 0.4 | 250.00 | 100.00 |
| 12/3/2024 | PTB | Telephone conferences with Joe and Mike regarding Motion strategy; review email and Caselaw from Mike. | 1.25 | 250.00 | 312.50 |
| 12/3/2024 | JPD | Phone calls with P. Belazis regarding issue of default vs. complaint amendment. | 0.6 | 250.00 | 150.00 |
| 12/4/2024 | PTB | Review Motion for Default and proposed order; revise same; attention to emails from Blake; telephone conferences with Mike and Joe regarding same; prepare and send email to Judges chambers regarding plan for filing motion; review FRCP rule 55; Prepare documents for filing and file online; attention to service of process; review and revise letter to liquidators regarding Inc's claim; transmit same to Sanders. | 5.5 | 250.00 | 1,375.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**PAID**
**04/21/2025**

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/6/2024 | JPD | Review email and attached form from liquidator regarding proof of loss. | 0.2 | 250.00 | 50.00 |
| 12/6/2024 | JPD | Phone call with P. Belazis regarding same. | 0.1 | 250.00 | 25.00 |
| 12/6/2024 | JPD | Emails with P. Belazis and M. Gorman regarding proposed completion of proof of loss. | 0.1 | 250.00 | 25.00 |
| 12/16/2024 | JPD | Review entry of default; subsequent Zoom conference with P. Belazis and M. Gorman regarding further action to be taken. | 0.1 | 250.00 | 25.00 |
| 12/17/2024 | PTB | Zoom conference with Mike, Joe, Scot, John; file review; telephone conferences with Joe. | 0.7 | 250.00 | 175.00 |
| 12/17/2024 | JPD | Phone call with P. Belazis regarding review of demand calculations regarding liquidated damages, with related emails of prior demands. | 0.4 | 250.00 | 100.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|-------|-----------|
| 4/4/2025 | 42494 |

**PAID 04/21/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH 43452

Matter: Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 12/17/2024 | JPD | Subsequent email with M. Gorman regarding documents reflecting recall subsequent Zoom conference with P. Belazis, M. Gorman, and S. Smith regarding further action for damages reconstruction. | 0.2 | 250.00 | 50.00 |
| 12/18/2024 | PTB | Telephone conferences with Joe; Mike; attention to financial summaries. | 0.65 | 250.00 | 162.50 |
| 12/18/2024 | JPD | Phone calls with P. Belazis. | 0.3 | 250.00 | 75.00 |
| 12/19/2024 | PTB | Telephone conference with Joe regarding strategic issues; review file documents. | 0.5 | 250.00 | 125.00 |
| 12/19/2024 | JPD | Phone calls with P. Belazis. | 0.2 | 250.00 | 50.00 |
| 12/23/2024 | PTB | Review emails and related documents in preparation for damages hearing and identification of additional exhibit for use at damages hearing. | 2.5 | 250.00 | 625.00 |
| 12/23/2024 | JPD | Further review of Firexo emails for supporting documents regarding recall. | 0.7 | 250.00 | 175.00 |
| 12/23/2024 | JPD | Email to P. Belazis regarding production of located docs. | 0.1 | 250.00 | 25.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|-------|------------|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 12/30/2024 | PTB | Continue review of electronic files for potential exhibits to be used at damages hearing. | 4 | 250.00 | 1,000.00 |
| 12/30/2024 | JPD | Emails with P. Belazis and M. Gorman regarding Moscon's May 2021 email to Breith. | 0.1 | 250.00 | 25.00 |
| 12/30/2024 | JPD | Review file for selection of documents for presentation to Moscon to assist in reconstructing historical losses to future estimates. | 0.9 | 250.00 | 225.00 |
| 12/30/2024 | JPD | Draft proposed email to Moscon presenting request for review of same. | 0.2 | 250.00 | 50.00 |
| 1/2/2025 | PTB | Continue review of electronic files; telephone conference with Joe regarding damages issues; attention to emails from John Mascon and Scot regarding same. | 2.5 | 250.00 | 625.00 |
| 1/2/2025 | JPD | Phone calls & emails with P. Belazis regarding issue of separating JV losses from Distribution losses. | 0.4 | 250.00 | 100.00 |
| 1/3/2025 | PTB | Continue review of electronic files; email copies to Joe. | 2 | 250.00 | 500.00 |
| 1/4/2025 | PTB | Complete review of electronic email files; telephone conference with Joe. | 0.75 | 250.00 | 187.50 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |

**PAID**
**04/21/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:    Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1/4/2025 | JPD | Review of FGL's 2019 forecasts for analysis of enterprise values. | 0.7 | 250.00 | 175.00 |
| 1/4/2025 | JPD | Phone call with P. Belazis regarding analysis of FGL's 2019 forecasts. | 0.4 | 250.00 | 100.00 |
| 1/5/2025 | JPD | Further review of Franek emails and location of 2020 operations spreadsheets. | 0.7 | 250.00 | 175.00 |
| 1/6/2025 | PTB | Prepare emails to Scot and Stefan; telephone conference with Joe regarding same and related issues. | 0.5 | 250.00 | 125.00 |
| 1/6/2025 | JPD | Review email from J. Moscon regarding further explanation of October 2021 economic analyses, with attached related memo. | 0.2 | 250.00 | 50.00 |
| 1/6/2025 | JPD | Draft proposed email to Moscon regarding sources of market understanding. | 0.1 | 250.00 | 25.00 |
| 1/6/2025 | JPD | Review file and prepare draft email to D. Long, economist regarding case status and specific inquiry into FGL's own economic forecasts. | 0.8 | 250.00 | 200.00 |
| 1/9/2025 | PTB | Prepare for and attend zoom conference with Stefan, Joe and Mike. | 1 | 250.00 | 250.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1/9/2025 | JPD | Phone call with P. Belazis regarding Josh Franek's Firexo data. | 0.2 | 250.00 | 50.00 |
| 1/9/2025 | JPD | Zoom conference with P. Belazis, M. Gorman & Stefan Rahmqvist. | 0.9 | 250.00 | 225.00 |
| 1/9/2025 | JPD | Subsequent call with D. Long regarding review of FGL's 2019 projections. | 0.2 | 250.00 | 50.00 |
| 1/9/2025 | JPD | Emails with P. Belazis and J. Moscon regarding Moscon's projection ratios and market studies used for same. | 0.2 | 250.00 | 50.00 |
| 1/14/2025 | JPD | Phone call with P. Belazis regarding prep for call regarding draft motion for default judgment. | 0.2 | 250.00 | 50.00 |
| 1/14/2025 | JPD | Zoom conference with P. Belazis and M. Gorman regarding case status. | 0.4 | 250.00 | 100.00 |
| 1/15/2025 | PTB | Prepare email to Franek; telephone conference with Joe regarding same; telephone conferences with Mike; legal research regarding U.C.C. issues; review draft motion for default judgment. | 0.9 | 250.00 | 225.00 |
| 1/15/2025 | JPD | Phone call with P. Belazis regarding inquiries to J. Franek. | 0.2 | 250.00 | 50.00 |
| 1/15/2025 | JPD | Email from M. Gorman with draft motion for default judgment. | 0.1 | 250.00 | 25.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |

**PAID**
**04/21/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1/15/2025 | JPD | Further review of draft motion for default judgment. | 0.4 | 250.00 | 100.00 |
| 1/20/2025 | PTB | Review and revise draft Motion for Default Judgment from Mike; prepare proposed revisions; prepare amended complaint for same; transmit to Joe for review; continue review of UCC provisions regarding sale of goods. | 2.25 | 250.00 | 562.50 |
| 1/21/2025 | JPD | Phone call with P. Belazis. | 0.2 | 250.00 | 50.00 |
| 1/21/2025 | JPD | Email to J. Moscon with FGL 2019 brochure with projections for his further comment. | 0.2 | 250.00 | 50.00 |
| 1/22/2025 | JPD | Review draft motion and prep for Zoom. | 0.4 | 250.00 | 100.00 |
| 1/22/2025 | JPD | Phone calls with P. Belazis. | 0.3 | 250.00 | 75.00 |
| 1/22/2025 | JPD | Zoom conference with P. Belazis and M. Gorman regarding subsequent phone call with P. Belazis and D. Ahner regarding Ahner's recollection on bookkeeping. | 0.6 | 250.00 | 150.00 |
| 1/23/2025 | JPD | Preparation for phone call with D. Long. | 0.4 | 250.00 | 100.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1/23/2025 | JPD | Phone call with P. Belazis and D. Long (forensic economist) regarding case background and his issues for consideration. | 0.7 | 250.00 | 175.00 |
| 1/23/2025 | JPD | Phone call with P. Belazis regarding further action for D. Long case analysis. | 0.2 | 250.00 | 50.00 |
| 1/23/2025 | JPD | Emails with J. Moscon regarding FGL 2019 projections. | 0.2 | 250.00 | 50.00 |
| 1/23/2025 | JPD | Subsequent emails with D. Long regarding FGL's startup valuations. | 0.2 | 250.00 | 50.00 |
| 1/26/2025 | JPD | Create summary of 2019 purchase orders & actual sales through mid-2021 to modify Moscon's model to reflect sales without UL approval. | 1.4 | 250.00 | 350.00 |
| 1/27/2025 | PTB | Telephone conferences with Michelle Klement; telephone conferences with Joe; attention to tax returns; attention to P&L statements; attention to emails from Michelle and Scot; attention to file support security from Michelle with documents attached. | 1.5 | 250.00 | 375.00 |
| 1/27/2025 | JPD | Review Firexo financial's in prep for call with Klement. | 0.9 | 250.00 | 225.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|-------|------------|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 1/27/2025 | JPD | Phone calls with P. Belazis and M. Klement regarding Firexo P&L statements and returns. | 0.3 | 250.00 | 75.00 |
| 1/28/2025 | PTB | Telephone conferences with Joe regarding damages calculations; telephone conference with Mike regarding damages and motion filing; review damages calculations and related email from Joe. | 1 | 250.00 | 250.00 |
| 1/28/2025 | JPD | Phone calls with P. Belazis regarding email to J. Moscon presenting summaries and adjusted sales model for his further review. | 0.5 | 250.00 | 125.00 |
| 1/29/2025 | PTB | Review and revise draft motion for default from Mike; continue review of documents for use as damages hearing exhibits. | 1 | 250.00 | 250.00 |
| 1/29/2025 | JPD | Final review of proposed motion for default judgment, with addition of cites back to the allegations in the amended complaint. | 0.6 | 250.00 | 150.00 |
| 1/29/2025 | JPD | Email to P. Belazis with same. | 0.1 | 250.00 | 25.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1/30/2025 | PTB | Zoom conference with John Mascon, Mike and Joe; telephone conferences with Joe regarding same. | 0.75 | 250.00 | 187.50 |
| 1/30/2025 | JPD | Zoom conference with P. Belazis, M. Gorman and J. Moscon regarding review of 2021 documents and establishment of sales without UL. | 0.7 | 250.00 | 175.00 |
| 1/30/2025 | JPD | Study of Franek's 2020 documents with recovery of spreadsheet reflecting charges for cost of UL review. | 0.4 | 250.00 | 100.00 |
| 1/30/2025 | JPD | Email to P. Belazis with same. | 0.1 | 250.00 | 25.00 |
| 1/31/2025 | PTB | Final review and preparation of Motion for Default for filing; file same with Court; attention to service on liquidator and others by email. | 1.75 | 250.00 | 437.50 |
| 2/3/2025 | JPD | Review J. Franek's spreadsheets regarding stock levels and sales in 2020 & 2021. | 0.7 | 250.00 | 175.00 |
| 2/3/2025 | JPD | Draft summary of stock inventories and sales to review actual sales in sales projections for 2022 and beyond. | 0.6 | 250.00 | 150.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |

**PAID**
**04/21/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2/4/2025 | JPD | Review Moscon projections regarding UL approval, with study of inventory spreadsheets for updated actual sales summary. | 0.8 | 250.00 | 200.00 |
| 2/4/2025 | JPD | Emails and phone call with P. Belazis regarding same. | 0.3 | 250.00 | 75.00 |
| 2/4/2025 | JPD | Emails and phone call with P. Belazis regarding presentation of inventory summary and revised actual sales summary/projection using same. | 0.4 | 250.00 | 100.00 |
| 2/4/2025 | JPD | Email from Court regarding assignment of damages hearing for Feb. 26, with related phone call with P. Belazis regarding same and conference for 2/5. | 0.3 | 250.00 | 75.00 |
| 2/4/2025 | JPD | Review emailed tax returns for updated for 2020 and 2021. | 0.8 | 250.00 | 200.00 |
| 2/4/2025 | JPD | Attempt reconciliation of inventory numbers/spreadsheet projection to tax return data for gross sales. | 0.4 | 250.00 | 100.00 |
| 2/4/2025 | JPD | Email to J. Moscon re recollection of source for 2020 and 2021 actual sales data, with related projection and summary attached. | 0.2 | 250.00 | 50.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |

**PAID**
**04/21/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2/5/2025 | PTB | Conference with Joe regarding review damages evidence and related documents;Email court regarding trial date. | 2.15 | 250.00 | 537.50 |
| 2/5/2025 | JPD | Meeting with P. Belazis review background data and projections for further estimation of damages. | 1.9 | 250.00 | 475.00 |
| 2/5/2025 | JPD | Phone conference with M. Gorman and P. Belazis regarding same. | 0.3 | 250.00 | 75.00 |
| 2/5/2025 | JPD | Email from J. Moscon with Firexo Order Summary with review of same. | 0.3 | 250.00 | 75.00 |
| 2/5/2025 | JPD | Review J. Franek's 2020 Account Transactions spreadsheet to confirm sales. | 0.4 | 250.00 | 100.00 |
| 2/5/2025 | JPD | Draft comparison of Account Transaction figure to sales projection. | 0.3 | 250.00 | 75.00 |
| 2/5/2025 | JPD | Draft estimation of liquidated damages using 2020-2023 tax returns. | 0.9 | 250.00 | 225.00 |
| 2/5/2025 | JPD | Phone conference with P. Belazis regarding same. | 0.2 | 250.00 | 50.00 |
| 2/5/2025 | JPD | Further study of Franek's Inventory Management spreadsheet regarding sales orders. | 0.6 | 250.00 | 150.00 |

# Total

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2/6/2025 | PTB | Attention to follow up email to Sarah at judge's chambers; telephone conferences with Joe and Mike; zoom conference with John Mascon, Mike and Joe. | 1.5 | 250.00 | 375.00 |
| 2/6/2025 | JPD | Preparation for Zoom with J. Moscon. | 0.4 | 250.00 | 100.00 |
| 2/6/2025 | JPD | Attend Zoom conference. with Belazis, Moscon and Gorman regarding reconciliation of estimates to hard data. | 0.8 | 250.00 | 200.00 |
| 2/6/2025 | JPD | Subsequent conference with Belazis and Gorman regarding further action. | 0.2 | 250.00 | 50.00 |
| 2/6/2025 | JPD | Additional review of P&L statements and returns. | 0.7 | 250.00 | 175.00 |
| 2/6/2025 | JPD | Review Franek's mbox emails from 2021 through 2024. | 4.2 | 250.00 | 1,050.00 |
| 2/6/2025 | JPD | Email to P. Belazis regarding documents from Franek to Marnie, with same attached. | 0.1 | 250.00 | 25.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2/7/2025 | PTB | Telephone conferences with Joe regarding damages issues; review related documents; telephone conference with Marnie; telephone conference with Mike regarding same. | 1 | 250.00 | 250.00 |
| 2/7/2025 | JPD | Phone calls w/ P. Belazis regarding reconciliation of Moscon's two projections with known sales data. | 0.9 | 250.00 | 225.00 |
| 2/7/2025 | JPD | Marshall Moscon's emails regarding market data used in his projections, and regarding Moscon's reactions to Breith's 2019 projection. | 0.4 | 250.00 | 100.00 |
| 2/7/2025 | JPD | Email to P. Belazis regarding Moscon's emails, with same attached. | 0.2 | 250.00 | 50.00 |
| 2/7/2025 | JPD | Review Court's email assigning damages hearing for 3/12. | 0.1 | 250.00 | 25.00 |
| 2/11/2025 | JPD | Review emailed entry from court regarding hearing date applying to both motion for default judgment and damages. | 0.1 | 250.00 | 25.00 |
| 2/11/2025 | JPD | Subsequent email with Belazis and Gorman regarding further action. | 0.1 | 250.00 | 25.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2/11/2025 | JPD | Email with Gorman and Belazis regarding possible meeting with J. Franek. | 0.1 | 250.00 | 25.00 |
| 2/12/2025 | PTB | Telephone conference with Mike regarding Stefan and Josh; attend zoom with Stefan. | 0.5 | 250.00 | 125.00 |
| 2/12/2025 | JPD | Further drafting of summary of past damages. | 0.3 | 250.00 | 75.00 |
| 2/12/2025 | JPD | Email to D. Long presenting same as conceptual template. | 0.1 | 250.00 | 25.00 |
| 2/16/2025 | PTB | Review emails and attachments from Stefan; email Stefan regarding same. | 1 | 250.00 | 250.00 |
| 2/17/2025 | JPD | Emails with N. Lee, UL expert, regarding upcoming dates. | 0.2 | 250.00 | 50.00 |
| 2/17/2025 | JPD | Emails with D. Long, forensic economist expert, regarding upcoming dates. | 0.2 | 250.00 | 50.00 |
| 2/19/2025 | JPD | Prepare for meeting with Marnie to review returns/bookkeeping. | 0.6 | 250.00 | 150.00 |
| 2/19/2025 | JPD | Attend meeting with Marnie in Port Clinton. | 1.7 | 250.00 | 425.00 |
| 2/20/2025 | PTB | Review documents for use at hearing. Attend zoom with Joe, Mike and Josh Franek. | 4 | 250.00 | 1,000.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2/20/2025 | JPD | Phone conference with client's CPA regarding return reconciliation. | 0.2 | 250.00 | 50.00 |
| 2/20/2025 | JPD | Attend Zoom conference with Belazis, Gorman and Josh Franek. | 0.3 | 250.00 | 75.00 |
| 2/21/2025 | PTB | Continue review of documents and preparation of document cache for use as Exhibits at damages hearing; Conference with Joe regarding damages calculations and related documents. | 4.5 | 250.00 | 1,125.00 |
| 2/21/2025 | JPD | Conference with Belazis regarding return issues and damages presentation. | 0.7 | 250.00 | 175.00 |
| 2/22/2025 | PTB | Conference with Joe; phone conference with Dave Long and Joe regarding testimony as economics expert related to damages. | 0.7 | 250.00 | 175.00 |
| 2/22/2025 | JPD | Pre-conference meeting with Belazis in preparation for Long conference. | 0.4 | 250.00 | 100.00 |
| 2/22/2025 | JPD | Phone conference with D. Long, forensic economist, regarding preparation of damages estimates. | 0.3 | 250.00 | 75.00 |
| 2/22/2025 | JPD | Marshall documents for Long's review. | 0.8 | 250.00 | 200.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|-------|-----------|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 2/22/2025 | JPD | Emails with Long presenting documents, with summary. | 0.2 | 250.00 | 50.00 |
| 2/22/2025 | JPD | Email to N. Lee regarding upcoming dates. | 0.1 | 250.00 | 25.00 |
| 2/23/2025 | PTB | Review emails from Stefan; prepare for use as potential exhibits; prepare email to Court; telephone conference with Joe. | 5 | 250.00 | 1,250.00 |
| 2/23/2025 | JPD | Review documents in prep for draft of examination outline for Nate Lee,UL consultant, with initial draft of same. | 1.3 | 250.00 | 325.00 |
| 2/23/2025 | JPD | Review unexecuted protective order, with draft of proposed confidentiality agreement for retained experts. | 0.4 | 250.00 | 100.00 |
| 2/24/2025 | PTB | Prepare translations of emails from Stefan; conference with Joe and Michelle Klement. | 3 | 250.00 | 750.00 |
| 2/24/2025 | JPD | Prepare for meeting with M. Klement, client's CPA, regarding damages analysis. | 0.4 | 250.00 | 100.00 |
| 2/24/2025 | JPD | Attend meeting with Klement and Belazis regarding damages analysis. | 0.9 | 250.00 | 225.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|-------|-----------|
| 4/4/2025 | 42494 |



**Client:**

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 2/24/2025 | JPD | Post-meeting conference with Belazis regarding further action to be taken for upcoming hearing prep. | 0.4 | 250.00 | 100.00 |
| 2/24/2025 | JPD | Further selection of possible exhibits for hearing. | 0.3 | 250.00 | 75.00 |
| 2/25/2025 | PTB | Review documents for witness preparation; telephone conference with Joe; Prepare Franek declaration; prepare exhibits regarding same. | 5 | 250.00 | 1,250.00 |
| 2/25/2025 | JPD | Phone call with Belazis regarding upcoming conferences for witness prep. | 0.3 | 250.00 | 75.00 |
| 2/25/2025 | JPD | Further drafting of declaration for J. Franek. | 0.2 | 250.00 | 50.00 |
| 2/25/2025 | JPD | Review documents and emails in prep for conference with S. Smith, with draft of outline for prep. | 1.4 | 250.00 | 350.00 |
| 2/26/2025 | PTB | Zoom conference with Scot and Mike; prepare for same; continue document review and exhibit preparation. | 3 | 250.00 | 750.00 |
| 2/26/2025 | JPD | Phone conference with Belazis regarding prep for S. Smith conference. | 0.3 | 250.00 | 75.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2/26/2025 | JPD | Attend Zoom conference with Belazis, Gorman and Smith regarding background info for his upcoming testimony. | 0.9 | 250.00 | 225.00 |
| 2/26/2025 | JPD | Emails with P. Belazis re court's requirements for evidence at hearing. | 0.3 | 250.00 | 75.00 |
| 2/26/2025 | JPD | Review caselaw regarding burden of proof for punitive damages and lost profits. | 1.3 | 250.00 | 325.00 |
| 2/26/2025 | JPD | Begin review of documents for further analysis of potential lost profits. | 0.8 | 250.00 | 200.00 |
| 2/27/2025 | PTB | Conference with Joe for trial prep; continue review of records for exhibit preparation. | 4 | 250.00 | 1,000.00 |
| 2/27/2025 | JPD | Begin selection of possible exhibits for Moscon & Smith. | 1.3 | 250.00 | 325.00 |
| 2/28/2025 | PTB | Telephone conference with fire expert and Joe; telephone conference with John Mascon and Joe. | 1.8 | 250.00 | 450.00 |
| 2/28/2025 | JPD | Prepare for conference with N. Lee, UL consultant. | 0.6 | 250.00 | 150.00 |
| 2/28/2025 | JPD | Attend Zoom conference with Lee and Belazis to further plumb Lee's opinions. | 0.9 | 250.00 | 225.00 |

## Total

### Payments/Credits

### Balance Due

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |

**PAID**
**04/21/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH 43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2/28/2025 | JPD | Prepare for conference with J. Moscon regarding exhibits for damages. | 0.4 | 250.00 | 100.00 |
| 2/28/2025 | JPD | Attend Zoom conference with Moscon and Belazis re John's take on possible exhibits and his potential testimony. | 0.9 | 250.00 | 225.00 |
| 3/1/2025 | PTB | Review documents from Stefan; exhibit preparation; prepare for follow up Zoom with Stefan for trial prep; prepare exhibits to be used in Stefan's testimony and transmit to Stefan. | 6 | 250.00 | 1,500.00 |
| 3/2/2025 | PTB | Revise witness list and transmit to Joe; prepare exhibit list. | 2.5 | 250.00 | 625.00 |
| 3/2/2025 | JPD | Further review/revision of projected lost profits. | 0.7 | 250.00 | 175.00 |
| 3/2/2025 | JPD | Further selection of proposed exhibits. | 0.6 | 250.00 | 150.00 |
| 3/2/2025 | JPD | Selection of additional documents for consideration by D. Long regarding lost profits. | 0.3 | 250.00 | 75.00 |
| 3/2/2025 | JPD | Emails to D. Long presenting same and providing market context for Firexo. | 0.2 | 250.00 | 50.00 |
| 3/2/2025 | JPD | Review conference notes for N. Lee regarding NFPA and UL documents. | 0.2 | 250.00 | 50.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/2/2025 | JPD | Email to N. Lee regarding NFPA and UL documents. | 0.1 | 250.00 | 25.00 |
| 3/2/2025 | JPD | Further drafting of proposed hearing brief with witness list. | 0.6 | 250.00 | 150.00 |
| 3/3/2025 | PTB | Continue review and preparation of exhibits for Stefan; conference call with Joe and Dave Long. | 5 | 250.00 | 1,250.00 |
| 3/3/2025 | JPD | Email with N. Lee regarding production of NFPA standards. | 0.1 | 250.00 | 25.00 |
| 3/3/2025 | JPD | Subsequent review of website for US Fire Assoc. and related evidentiary rules for admission of same. | 0.6 | 250.00 | 150.00 |
| 3/3/2025 | JPD | Prepare for call with D. Long regarding damages analysis. | 0.3 | 250.00 | 75.00 |
| 3/3/2025 | JPD | Conference call with D. Long and Belazis regarding damages analysis. | 0.4 | 250.00 | 100.00 |
| 3/3/2025 | JPD | Create alternative lost profits projections with variations based on represented timing of UL approval and .3 gallon extinguisher. | 0.8 | 250.00 | 200.00 |
| 3/3/2025 | JPD | Email to P. Belazis presenting same. | 0.1 | 250.00 | 25.00 |
| 3/4/2025 | PTB | All day review and preparation of exhibits for Scot; conference with Joe. | 6 | 250.00 | 1,500.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |

**PAID**
**04/21/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/4/2025 | JPD | Email to P. Belazis presenting proposed email to client regarding projections alternatives, with same attached. | 0.2 | 250.00 | 50.00 |
| 3/4/2025 | JPD | Subsequent phone call with Belazis regarding presentation of same to D. Long. | 0.1 | 250.00 | 25.00 |
| 3/4/2025 | JPD | Email to D. Long presenting projections and requesting present values. | 0.1 | 250.00 | 25.00 |
| 3/4/2025 | JLD | Further marshalling of proposed exhibits segregated by witness. | 1.7 | 250.00 | 425.00 |
| 3/4/2025 | JPD | Further drafting of testimony outline for N. Lee regarding UL. | 0.7 | 250.00 | 175.00 |
| 3/5/2025 | PTB | Review and finalize exhibits for use in Scot's testimony; conference with Joe; prepare additional translations of Stefan's exhibits. | 3 | 250.00 | 750.00 |
| 3/5/2025 | JPD | Meeting with P. Belazis reviewing potential exhibits. | 0.8 | 250.00 | 200.00 |
| 3/5/2025 | JPD | Update caselaw regarding punitive damages. | 0.9 | 250.00 | 225.00 |
| 3/5/2025 | JPD | Further drafting of hearing brief to set out damages claims, and their different elements/burdens of proof. | 1.4 | 250.00 | 350.00 |

# Total

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |

**PAID**
**04/21/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:    Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/6/2025 | PTB | All day preparation of Exhibits.  N/C | 10 | 0.00 | 0.00 |
| 3/6/2025 | JPD | Further prep of exhibits for consolidation and presentation per court order. N/C | 4.1 | 0.00 | 0.00 |
| 3/7/2025 | | Continue preparation of exhibits and deliver electronic copies to court. N/C | 5 | 0.00 | 0.00 |
| 3/7/2025 | JPD | Completion of prep of exhibits per court order. N/C | 2.9 | 0.00 | 0.00 |
| 3/8/2025 | PTB | Telephone conference with Joe; attention to draft exhibits & witness exams; Prepare witness exam for Scot; review emails and exhibits regarding same. | 4 | 250.00 | 1,000.00 |
| 3/8/2025 | JPD | Further drafting of outline for S. Smith, with selection of additional exhibits for his review. | 1.4 | 250.00 | 350.00 |
| 3/8/2025 | JPD | Email to S. Smith presenting same. | 0.1 | 250.00 | 25.00 |
| 3/8/2025 | JPD | Email with N. Lee re his additional reference work for NFPA 10, with initial review of same. | 0.2 | 250.00 | 50.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |

**PAID**
**04/21/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/8/2025 | JPD | Emails with D. Long regarding further delineation of his present value estimates and review of FGL's 2019 projections. | 0.3 | 250.00 | 75.00 |
| 3/8/2025 | JPD | Further drafting of outline for J. Moscon, with selection of exhibits for his review. | 0.9 | 250.00 | 225.00 |
| 3/8/2025 | JPD | Email to J. Moscon presenting same. | 0.1 | 250.00 | 25.00 |
| 3/9/2025 | PTB | Complete and transmit outline of direct for Scot; prepare Stefan's direct; Review emails regarding same. | 5 | 250.00 | 1,250.00 |
| 3/9/2025 | JPD | Emails with J. Moscon regarding review of MES report, with presentation of same. | 0.1 | 250.00 | 25.00 |
| 3/9/2025 | JPD | Further drafting of outline for D. Long, with selection of exhibits for his review. | 0.8 | 250.00 | 200.00 |
| 3/9/2025 | JPD | Email to D. Long presenting same. | 0.1 | 250.00 | 25.00 |
| 3/9/2025 | JPD | Phone conference with P. Belazis regarding upcoming witness prep and further action to be taken. | 0.2 | 250.00 | 50.00 |
| 3/9/2025 | JPD | Further drafting of outline for N. Lee, with selection of exhibits for his review. | 0.7 | 250.00 | 175.00 |

# Total

## Payments/Credits

## Balance Due

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |

**PAID**
**04/21/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/9/2025 | JPD | Emails to N. Lee presenting same. | 0.1 | 250.00 | 25.00 |
| 3/9/2025 | JPD | Further drafting of outline for S. Smith for his review in prep for hearing. | 0.6 | 250.00 | 150.00 |
| 3/9/2025 | JPD | Email to S. Smith presenting same. | 0.1 | 250.00 | 25.00 |
| 3/9/2025 | JPD | Further drafting of outline for J. Moscon for his review in prep for hearing. | 0.6 | 250.00 | 150.00 |
| 3/9/2025 | JPD | Email to J. Moscon presenting same. | 0.1 | 250.00 | 25.00 |
| 3/9/2025 | JPD | Email from M. Gorman presenting draft bench memorandum, with initial review of same. | 0.1 | 250.00 | 25.00 |
| 3/9/2025 | JPD | Further drafting of bench memorandum. | 0.9 | 250.00 | 225.00 |
| 3/10/2025 | PTB | Prepare for hearing; continue preparation of examination and hearing exhibits for Scot's testimony; witness prep for Scot and Stefan; attend witness prep for Joe's witnesses. | 10 | 250.00 | 2,500.00 |
| 3/10/2025 | JPD | Zoom conference with S. Rahmqvist, Belazis and Gorman preparing Stefan's testimony. | 1.4 | 250.00 | 350.00 |
| 3/10/2025 | JPD | Prep for S. Smith's testimony conference. | 0.3 | 250.00 | 75.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell
7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

**Matter:**  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/10/2025 | JPD | Zoom conference with S. Smith, Belazis and Gorman preparing Scot's testimony. | 1.8 | 250.00 | 450.00 |
| 3/10/2025 | JPD | Prepare for D. Long's testimony conference. | 0.2 | 250.00 | 50.00 |
| 3/10/2025 | JPD | Emails with D. Long regarding revisions to his exhibits. | 0.2 | 250.00 | 50.00 |
| 3/10/2025 | JPD | Zoom conference with D. Long and Belazis preparing Dave's testimony. | 0.7 | 250.00 | 175.00 |
| 3/10/2025 | JPD | Prepare for N. Lee's testimony conference. | 0.2 | 250.00 | 50.00 |
| 3/10/2025 | JPD | Zoom conference with N. Lee and Belazis preparing Nate's testimony. | 0.4 | 250.00 | 100.00 |
| 3/10/2025 | JPD | Prepare for J. Moscon's testimony conference. | 0.3 | 250.00 | 75.00 |
| 3/10/2025 | JPD | Zoom conference with J. Moscon and Belazis preparing John's testimony. | 0.9 | 250.00 | 225.00 |
| 3/10/2025 | JPD | Begin draft of Plaintiff's damages summary. | 0.4 | 250.00 | 100.00 |
| 3/11/2025 | PTB | Continue review of exhibits and exam prep for Scot and Stefan. | 10 | 250.00 | 2,500.00 |
| 3/11/2025 | JPD | Completion of Exhibit binder for the Judge. N/C | 1.2 | 0.00 | 0.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |

**PAID**
**04/21/2025**

Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/11/2025 | JPD | Completion of exhibits for flash drive use at court. N/C | 0.9 | 0.00 | 0.00 |
| 3/11/2025 | JPD | Zoom conference with S. Rahmqvist and Belazis for final run-through of testimony prep. | 1.4 | 250.00 | 350.00 |
| 3/11/2025 | JPD | Conference with S. Smith and Belazis for final run-through of testimony prep. | 1.3 | 250.00 | 325.00 |
| 3/11/2025 | JPD | Prepare for review with D. Long of the latest version of his exhibits. | 0.3 | 250.00 | 75.00 |
| 3/11/2025 | JPD | Phone conference with D. Long regarding issue of inventory on loss carry-over. | 0.4 | 250.00 | 100.00 |
| 3/11/2025 | JPD | Review of Federal Rules of Evidence in prep for hearing. | 0.7 | 250.00 | 175.00 |
| 3/11/2025 | JPD | Final prep of witness examinations, opening and closing arguments regarding damages. | 3.9 | 250.00 | 975.00 |
| 3/12/2025 | PTB | Prepare for and attend damages hearing in federal court; review exhibits and make further revisions to witness exams for Scot and Stefan. | 4.5 | 250.00 | 1,125.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft

Toledo, OH 43617-1604

419-843-1333

Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|---|---|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:  Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/12/2025 | JPD | Attend hearing with presentation of witnesses and exhibits. | 4.1 | 250.00 | 1,025.00 |
| 3/17/2025 | PTB | Prepare draft of findings of fact and conclusions of law. | 2 | 250.00 | 500.00 |
| 3/18/2025 | PTB | Continue preparation of draft findings of fact and conclusions of law. | 1 | 250.00 | 250.00 |
| 3/19/2025 | PTB | Review and revise draft findings of fact and conclusions of law. | 1 | 250.00 | 250.00 |
| 3/22/2025 | JPD | Further drafting of proposed findings of fact and conclusions of law. | 1.9 | 250.00 | 475.00 |
| 3/23/2025 | PTB | Review and revise findings of fact and conclusions of law with revisions to draft received from Mike and Joe; prepare semi-final version for review and by Mike. | 2 | 250.00 | 500.00 |
| 3/24/2025 | PTB | Final review, revision and filing of findings of fact and conclusions of law; Telephone conferences with Mike and Joe regarding same. | 1.7 | 250.00 | 425.00 |
| 3/24/2025 | JPD | Reconfigure electronic arrangements of exhibits for filing under seal. N/C | 0.1 | 0.00 | 0.00 |
| 3/24/2025 | JPD | Phone calls with Court staff regarding same. N/C | 0.1 | 0.00 | 0.00 |

**Total**

**Payments/Credits**

**Balance Due**

Malone Ault & Farell

7654 W. Bancroft
Toledo, OH 43617-1604
419-843-1333
Tax I.D. No. 34-1686742

# Invoice

| Date: | Invoice #: |
|-------|-----------|
| 4/4/2025 | 42494 |



Client:

Firexo, Inc.
Attn: Michael Gordon
2435 East Gill Road
Port Clinton, OH  43452

Matter:   Breach Contract/Warranty Claims (B138-01)

| Date | Attorney | Description | Hours/Qty | Rate | Amount |
|------|----------|-------------|-----------|------|--------|
| 3/24/2025 | JPD | Filing of groups of exhibits under seal. | 0.1 | 250.00 | 25.00 |
| 3/25/2025 | JPD | Begin draft of bench memo re 2020 sales projections and market data. | 1.7 | 250.00 | 425.00 |
| 3/25/2025 | JPD | Begin draft of Moscon declaration in support of bench memo. | 0.8 | 250.00 | 200.00 |
| 3/26/2025 | PTB | Review and revise Mascon Declaration and Supplemental Memorandum addressing issues requested by court; transmit to Joe for review and filing. | 2 | 250.00 | 500.00 |
| 3/26/2025 | JPD | Further drafting with P. Belazis of bench memo. | 0.6 | 250.00 | 150.00 |
| 4/4/2025 | PTB | Courtesy Reduction | | -8,187.50 | -8,187.50 |

| | |
|---|---|
| **Total** | $50,000.00 |
| **Payments/Credits** | -$50,000.00 |
| **Balance Due** | $0.00 |

Page 29

**ATTACHMENT 2**

**Time and Expense of David Long**

**DF Long & Assocaties**
**8341 Metropolitan Blvd**
**Olmsted Falls, Ohio 44138**

**Invoice: thru March 28, 2025**

To:   **Mr. Joseph Dawson**
Re:   **Firexo project**
Date:  **3.28.2025**

| Date | | Description | Hrs | Rate | | Description |
|------|------|------------|-----|------|------|------------|
| 1.21.25 | Firexo | Litigation | 1.5 | $300.00 | $450.00 | Read through case and claims |
| 1.23.25 | Firexo | Litigation | 2.7 | $300.00 | $810.00 | Lit support call and review docs |
| 2.17.25 | Firexo | Litigation | 1.0 | $300.00 | $300.00 | Reply to attorneys |
| 3.8.2024 | Firexo | Litigation | 1.5 | $300.00 | $450.00 | Litigation support |
| 3.10.2025 | Firexo | Litigation | 4.0 | $300.00 | $1,200.00 | Support for attorney |
| 3.11.2025 | Firexo | Litigation | 4.0 | $300.00 | $1,200.00 | Prepare for court |
| 3.12.2025 | Firexo | Litigation | 2.5 | $300.00 | $750.00 | Court proceedings, travel and prep |

Retainer applied   -$5,000.00

Amount due   $160.00

If no additional time is to be incurred, DF Long will waive the small balance due on the account to $0 and close the file.

DF Long & Associates LLC

8341 Metropolitan Blvd
Olmsted Falls, OH 44138

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2025 | 1088 |

**PAID**

**Bill To**

Joseph P. Dawson
7779 South Branch
Monclova, OH 43542

| Description | Amount |
|-------------|--------|
| Firexo case - professional services rendered in relation to the FIREXO case, including analysis, court appearance and all expenses | 5,000.00 |
| Less retainer | -5,000.00 |

| It's been a pleasure working with you! | **Total** | $0.00 |
|---|---|---|

**ATTACHMENT 3**

**Time and Expense of Nathaniel Lee**



Forensics • Code Consulting • Fire Modeling

May 29, 2025

Dear Mr. Dawson,

The below chart details the account summary detailing the hours billed and total amount paid for Nathaniel Lee's work on the Firexo project. Please let me know if you need anything further from us and thank you for your business.

| 24042 - Firexo | | | | | |
|---|---|---|---|---|---|
| Date | Invoice | Description | Hours | Rate | Total |
| 3/5/2025 | 24042-01 | Review Documents & Photos | 1 | 295 | 295 |
| 3/5/2025 | 24042-01 | Client Contact | 1 | 295 | 295 |
| 4/3/2025 | 24042-02 | Review Documents & Photos | 3 | 295 | 885 |
| 4/3/2025 | 24042-02 | Review Documents & Photos | 1 | 295 | 295 |
| 4/3/2025 | 24042-02 | Client Contact | 0.5 | 295 | 147.5 |
| 4/3/2025 | 24042-02 | Trial or Deposition | 0.5 | 295 | 147.5 |
| | | | **12** | | **$2,065.00** |

Sincerely,

Lori Martin Lee
Lee Fire Protection
614-937-7317