IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FIREXO INC., <br><br> Plaintiff, <br><br> v. <br><br> FIREXO GROUP LIMITED, <br><br> Defendant. | Case № 3:21-CV-02336 <br><br> Judge Jack Zouhary <br><br> **Motion for Leave to Exceed Page Limitation** |

_____

Plaintiff Firexo, Inc. respectfully moves the Court for leave to exceed the 20-page limitation established by local rule with respect to length of dispositive motions. In support of this motion, Plaintiff respectfully states that the 29-page supporting memorandum addresses two separate requests under separate rules: Rule 25(c) (substitution of parties) and Rule 66 (appointment of a receiver). These separate requests for under the federal rules have been included in a single motion as they are interrelated and account for the length of the memorandum. A copy of the proposed motion with its exhibits is attached.

Accordingly, Plaintiff respectfully moves for an order permitting the filing of the attached 30-page memorandum in support of motion.

Respectfully submitted,

/s/ Paul T. Belazis

Paul T. Belazis (0030356)
Malone, Ault and Farell
7654 W. Bancroft Street
Toledo, Ohio 43617
Telephone: 419 843-1333
belazis@maf-law.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 6, 2025 a copy of this motion was served on counsel of record for all parties through the Court's CM/ECF system; on unrepresented defendant Firexo Group Limited via email to its Liquidator, Harry Sanders, at harry.sanders@mha.co.uk.

    */s/ Paul T. Belazis*
    Paul T. Belazis