# EXHIBIT 1.

**Email dated October 16,2024 from David Breith
to Firexo Corporation Shareholders**

**From:** Dave Breith <dave.breith@firexo.com>
**Date:** October 16, 2024 at 1:31:13 AM EDT
**To:** Dave Breith <dave.breith@firexo.com>
**Subject: Update**

Dear Shareholder,

I am sorry it has been such a long time since I reported to you.

I have some news I need to share about Firexo Group Limited ("FGL").  As you know FGL is the entity in which we all used to hold our shares prior to the Share Exchange Agreements with Firexo Corporation on 5 November 2021.  FGL has effectively been dormant since the share exchange.  During this period FGL's only function has been to defend legal proceedings brought by Firexo's former joint venture partners in the USA and Sweden; two sets of proceedings in Ohio and one High Court action in London.

This is not the forum to share details about the three legal cases; it suffices to say that the advice the business has received since day one (from two firms of solicitors and from two Kings Counsel) is that all of the claims will be defended successfully and Firexo should expect a very significant recovery of legal costs from the Claimants when the proceedings have concluded.  To put some context around this, the legal costs incurred by FGL in defending these proceedings to date are already north of £800,000.

The legal proceedings have been a huge cash drain for the business, but that drain on cash is about to accelerate.  FGL will have to pay our London based lawyers just under £230,000 to deal with FGL's documentary disclosure obligations between now and Christmas and, thereafter, another £1,100,000 to defend the High Court case all the way to trial in Q1 of 2026.  This litigation has put an intolerable strain on business cashflow – cash which could obviously be put to much better use for the benefit of us all.

In these circumstances, the board of Firexo Corporation (the ultimate Firexo holding entity which we all share) has decided to forfeit the expectation of a substantial recovery of legal costs at the conclusion of the litigation.  Instead, it has decided that the best interests of Firexo Corporation's shareholders (and the best interests of FGL creditors) are served by placing FGL into creditors voluntary liquidation.

**THIS DECISION DOES NOT IN ANY WAY AFFECT THE VALUE OF YOUR SHAREHOLDING IN FIREXO CORPORATION.  FIREXO CORPORATION'S BOARD WILL CONTINUE TO GIVE ITS ALL IN NAVIGATING THE BUSINESS TOWARDS A SUCCESSFUL EXIT FOR ALL OF US.**

I will update you further on this topic over the coming weeks, where I am able to, and I also plan to deliver a more substantial business update to you all in January 2025 or sooner if possible.

Yours faithfully

Dave Breith
CEO

# EXHIBIT 2.

**FGL's Outstanding Debts as Detailed in its
Statement of Affairs filed with Companies
House on November 15, 2024**

In accordance with Rules 6.2, 6.3 & 6.5 of the Insolvency (England & Wales) Rules 2016 and Sections 95 & 99 of the Insolvency Act 1986.

# LIQ02
## Notice of statement of affairs



**Companies House**

For further information, please refer to our guidance at www.gov.uk/companieshouse

## 1 Company details

| | |
|---|---|
| Company number | 1 1 0 8 5 9 7 3 |
| Company name in full | Firexo Group Limited |

→ **Filling in this form**
Please complete in typescript or in bold black capitals.

## 2 Liquidator's name

| | |
|---|---|
| Full forename(s) | Michael Colin John |
| Surname | Sanders |

## 3 Liquidator's address

| | |
|---|---|
| Building name/number | 6th Floor |
| Street | 2 London Wall Place |
| Post town | London |
| County/Region | |
| Postcode | E C 2 Y 5 A U |
| Country | |

## 4 Liquidator's name ❶

| | |
|---|---|
| Full forename(s) | David |
| Surname | Hudson |

❶ **Other liquidator**
Use this section to tell us about another liquidator.

## 5 Liquidator's address ❷

| | |
|---|---|
| Building name/number | FRP Advisory Trading Limited |
| Street | 110 Cannon Street |
| | London |
| Post town | |
| County/Region | |
| Postcode | E C 4 N 6 E U |
| Country | |

❷ **Other liquidator**
Use this section to tell us about another liquidator.

04/17 Version 1.0

# LIQ02
Notice of statement of affairs

| **6** | **Date of statement of affairs** |
|---|---|

Date  | 3 | 0 |  | 1 | 0 |  | 2 | 0 | 2 | 4 |

| **7** | **Statement of affairs** |
|---|---|

I attach:

☐ Statement of affairs by the liquidator under section 95(1A) of the Insolvency Act 1986

☑ Statement of affairs by a director under section 99(1) of the Insolvency Act 1986

☐ Statement of concurrence

| **8** | **Sign and date** |
|---|---|

Liquidator's signature

Signature

X　　M.S.　　　　　　　　X

Signature date | 1 | 2 |  | 1 | 1 |  | 2 | 0 | 2 | 4 |

# LIQ02
## Notice of statement of affairs

### 👤 Presenter information

You do not have to give any contact information, but if you do it will help Companies House if there is a query on the form. The contact information you give will be visible to searchers of the public record.

| | |
|---|---|
| Contact name | Harry Sanders |
| Company name | Macintyre Hudson LLP |
| | |
| Address | 6th Floor |
| | 2 London Wall Place |
| | |
| Post town | London |
| County/Region | |
| Postcode | E C 2 Y   5 A U |
| Country | |
| DX | |
| Telephone | 0207 429 4100 |

### ✔ Checklist

**We may return forms completed incorrectly or with information missing.**

**Please make sure you have remembered the following:**
- ☐ The company name and number match the information held on the public Register.
- ☐ You have attached the required documents.
- ☐ You have signed the form.

### ❗ Important information

**All information on this form will appear on the public record.**

### ✉ Where to send

**You may return this form to any Companies House address, however for expediency we advise you to return it to the address below:**

The Registrar of Companies, Companies House, Crown Way, Cardiff, Wales, CF14 3UZ.
DX 33050 Cardiff.

### ℹ Further information

For further information please see the guidance notes on the website at www.gov.uk/companieshouse or email enquiries@companieshouse.gov.uk

This form is available in an alternative format. Please visit the forms page on the website at www.gov.uk/companieshouse

## Statement of Affairs

Statement as to affairs of

Firexo Group Limited
Company Registered Number: 11085973

on the 30 October 2024, being a date not more than 14 days before the date of the resolution for winding up

---

## Statement of truth

I believe that the facts stated in this Statement of Affairs are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

Full Name    _DAVID  BREITH_

Signed       _[signature]_

Dated        _30 OCTOBER 2024_

Firexo Group Limited
Company Registered Number: 11085973
Statement Of Affairs as at 30 October 2024

A - Summary of Assets

| Assets | Book Value £ | Estimated to Realise £ |
|---|---|---|
| **Assets subject to fixed charge:** | | |
| Intellectual Property | 225,000.00 | 225,000.00 |
| HSBC UK Bank Plc | | (44,665.40) |
| Surplus c/d | | 180,334.60 |
| | | |
| **Assets subject to floating charge:** | | |
| | | |
| **Uncharged assets:** | | |
| Book Debts | 52,210.87 | NIL |
| VAT Refund | 28,184.20 | 28,184.20 |
| **Estimated total assets available for preferential creditors** | | 28,184.20 |

Signature _____  Date  30 OCTOBER 2024

Firexo Group Limited
Company Registered Number: 11085973
Statement Of Affairs as at 30 October 2024

## A1 - Summary of Liabilities

| | | Estimated to Realise £ |
|---|---:|---:|
| **Estimated total assets available for preferential creditors (Carried from Page A)** | | 28,184.20 |
| **Liabilities** | | |
| Preferential Creditors:- | | |
| **Estimated deficiency/surplus as regards preferential creditors** | | NIL |
| | | 28,184.20 |
| 2nd Preferential Creditors:- | | |
| **Estimated deficiency/surplus as regards 2nd preferential creditors** | | NIL |
| | | 28,184.20 |
| Debts secured by floating charges pre 15 September 2003 | | |
| Other Pre 15 September 2003 Floating Charge Creditors | | |
| | | NIL |
| | | 28,184.20 |
| Estimated prescribed part of net property where applicable (to carry forward) | | NIL |
| **Estimated total assets available for floating charge holders** | | 28,184.20 |
| Debts secured by floating charges post 14 September 2003 | | |
| **Estimated deficiency/surplus of assets after floating charges** | | NIL |
| | | 28,184.20 |
| Estimated prescribed part of net property where applicable (brought down) | | NIL |
| **Total assets available to unsecured creditors** | | 28,184.20 |
| **SURPLUS B/D** | | 180,334.60 |
| Unsecured non-preferential claims (excluding any shortfall to floating charge holders) | | |
| Trade Creditors | 727,614.11 | |
| American Express Services Europe Limited | 98,075.86 | |
| Intercompany | 1,656,712.65 | |
| | | 2,482,402.62 |
| **Estimated deficiency/surplus as regards non-preferential creditors (excluding any shortfall in respect of F.C's post 14 September 2003)** | | (2,273,883.82) |
| **Estimated deficiency/surplus as regards creditors** | | (2,273,883.82) |
| Issued and called up capital | | |
| Ordinary Shareholders | 77,033.00 | |
| | | 77,033.00 |
| **Estimated total deficiency/surplus as regards members** | | (2,350,916.82) |

Signature _____ Date 30 OCTOBER 2024

**FRP Advisory Trading Limited**
**Firexo Group Limited**
**Company Registered Number: 11085973**
**B - Company Creditors**

| Key | Name | Address | £ |
|-----|------|---------|---|
| CA00 | American Express Services Europe Limited | Dept 580, 1 John Street, Brighton, BN88 1NH | 98,075.86 |
| CC00 | Calfee, Halter & Griswold LLP | The Calfee Building, 1405 East Sixth Street, Cleveland, Ohio, 44114-1607 | 148,315.19 |
| CC01 | Chemours International Operations Sarl | Route Du Nant-d'Avril 150, 1217, Meyrin, Geneva, Switzerland | 292,923.99 |
| CC02 | Coyle White Devine Solicitors | Boughton Business Park, Bell Lane, Amersham, Bucks, HP6 6FA | 190,590.39 |
| CF00 | Firexo Corporation | 16192 Coastal Highway, Lewes, County Of Sussex, Delawar, 19958, United States | 1,656,712.65 |
| CH00 | HSBC UK Bank Plc | Card Services, PO Box 6001, Coventry, CV3 9FP | 44,665.40 |
| CI00 | IWG Management SP | Ul. Chmielna 73B /14, 00-801, Warsaw, Poland | 1.00 |
| CI01 | IWG Management (Sweden) AB | Gustav III:s Boulevard 34 169 73 , Solna, Sweden | 1.00 |
| CI02 | IWG GmbH | Kapellenweg 5 56729, Kapellenweg, Weischenbach, Rheinland-Pfalz | 1.00 |
| CI03 | IWG Management Service Romania SRL | Calea Dorobanti 32 C, Sectorul 1, Bucuresti | 1.00 |
| CM00 | Mishcon de Reya | Afirca House, 70 Kingsway, DX 37954, Kingsway, London, WC2B 6AH | 70,716.34 |
| CS00 | Sachets Limited | Unit 1, Unit 1 , Rugby Business Park, Gorse Street, Chadderton, Oldham, OL9 9FX | 19,357.20 |
| CS01 | Scot Smith & Rafax Invest AB (the claimants) | c/o DWF, 20 Fenchurch Street, London, EC3M 3AG | 1.00 |
| CU00 | UL GmbH Branch | Unit 1 & 2 Horizon, Kingsland Business Park, Wade Road, Basingstoke, Hampshire, RG24 8AH | 5,706.00 |

**14 Entries Totalling**

| | |
|---|---|
| | **2,527,068.02** |

Signature

Page 1 of 3

IPS SQL Ver. 2015.09

30 October 2024 12:15

**FRP Advisory Trading Limited**
**Firexo Group Limited**
**Company Registered Number: 11085973**
**C - Shareholders**

| Key | Name | Address | Type | Nominal Value | No. Of Shares | Called Up per share | Total Amt. Called Up |
|-----|------|---------|------|---------------|---------------|---------------------|----------------------|
| HF00 | Firexo Corporation | 16192 Coastal Highway, Lewes, County Of Sussex, Delaware 19958, United States | Ordinary | 1.00 | 77,033 | 1.00 | 77,033.00 |
| **1 Ordinary Entries Totalling** | | | | | 77,033 | | |

Signature

Page 1 of 1

IPS SQL Ver. 2010

30 October 2024 12:15

# EXHIBIT 3.

**Termination of Appointment for Peter Coyle as
a Director & Secretary of FGL**



**TM02**(ef)

| | |
|---|---|
| | **Termination of Appointment of Secretary or Corporate Secretary** |

Companies House

Company Name: **FIREXO GROUP LIMITED**
Company Number: **11085973**

Received for filing in Electronic Format on the: **28/08/2024**

XDAFQDW8

## Termination Details

Date of termination: **31/07/2024**

Name: **MR PETER JAMES COYLE**

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

**End of Electronically filed document for Company Number:**      **11085973**                **Page:      1**

# EXHIBIT 4.

**Confirmation & Notification Statements of:**
**Firexo Holdings Limited confirming transfer of**
**shares in Firexo Motorsports Limited and in**
**Firexo Limited from Firexo Holdings Limited to**
**Firexo Distribution Limited**

# Companies House

# PSC02(ef)

## Notice of Relevant Legal Entity (RLE) Person With Significant Control (PSC)

Company Name:  **FIREXO MOTORSPORT LIMITED**
Company Number:  **12841902**

Received for filing in Electronic Format on the: **02/07/2025**

XE5XVIRN

## RLE Details

Date of becoming a registrable RLE:  **23/06/2025**

Name:  **FIREXO DISTRIBUTION LIMITED**

Registered or Principal Office Address:
**COYLE WHITE DEVINE BOUGHTON BUSINESS PARK
BELL LANE
AMERSHAM
BUCKINGHAMSHIRE
UNITED KINGDOM
HP6 6FA**

Legal Form:  **PRIVATE LIMITED COMPANY**

Governing Law:  **COMPANIES ACT 2006**

Register:  **COMPANIES HOUSE**

Country/state of register:  **UNITED KINGDOM**

Registration Number:  **13617256**

## Nature of control

The relevant legal entity holds, directly or indirectly, 75% or more of the shares in the company.

The relevant legal entity has the right, directly or indirectly, to appoint or remove a majority of the board of directors of the company.

The relevant legal entity holds, directly or indirectly, 75% or more of the voting rights in the company.

**Electronically filed document for Company Number:** 12841902  **Page:** 1

**Register entry date**

Register entry date          **02/07/2025**

---

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

---

# Companies House

# PSC02(ef)

**Notice of Relevant Legal Entity (RLE)
Person With Significant Control (PSC)**

Company Name:     **FIREXO LIMITED**
Company Number:   **11984806**

XE5XVHPI

Received for filing in Electronic Format on the: **02/07/2025**

## RLE Details

Date of becoming a
registrable RLE:            **23/06/2025**

Name:                       **FIREXO DISTRIBUTION LIMITED**

Registered or Principal
Office Address:             **COYLE WHITE DEVINE BOUGHTON BUSINESS PARK
BELL LANE
AMERSHAM
BUCKINGHAMSHIRE
UNITED KINGDOM
HP6 6FA**

Legal Form:                 **PRIVATE LIMITED COMPANY**

Governing Law:              **COMPANIES ACT 2006**

Register:                   **COMPANIES HOUSE**

Country/state of register:  **UNITED KINGDOM**

Registration Number:        **13617256**

## Nature of control

The relevant legal entity holds, directly or indirectly, 75% or more of the shares in the company.

The relevant legal entity has the right, directly or indirectly, to appoint or remove a majority of the board of directors of the company.

The relevant legal entity holds, directly or indirectly, 75% or more of the voting rights in the company.

**Electronically filed document for Company Number:**          **11984806**                    **Page:    1**

Register entry date          **02/07/2025**

---

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

---

# EXHIBIT 5.

**Delaware Secretary of State Records**
**Confirmation of Firexo Corporation's current**
**corporate status**



# Delaware

## The First State

Page 1

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE CERTIFICATE OF INCORPORATION OF "FIREXO CORPORATION", WAS RECEIVED AND FILED IN THIS OFFICE THE FIFTEENTH DAY OF APRIL, A.D. 2021.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME INOPERATIVE AND VOID THE FIRST DAY OF MARCH, A.D. 2025 FOR NON-PAYMENT OF TAXES.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION WAS SO PROCLAIMED IN ACCORDANCE WITH THE PROVISIONS OF GENERAL CORPORATION LAW OF THE STATE OF DELAWARE ON THE THIRTIETH DAY OF JUNE, A.D. 2025 THE SAME HAVING BEEN REPORTED TO THE GOVERNOR AS HAVING NEGLECTED OR REFUSED TO PAY THEIR ANNUAL TAXES.



_C. P. Sanchez_

Charuni Patibanda-Sanchez, Secretary of State

5842936  8400
SR# 20253495529

Authentication: 204321010
Date: 07-29-25

You may verify this certificate online at corp.delaware.gov/authver.shtml

# *State Of Delaware*

**\*\*THIS IS NOT AN OFFICAL CERTIFICATE OF STATUS\*\***

Date Retrieved:  7/10/2025  5:23:01AM

File Number: 5842936

Incorporation Date / Formation Date:  4/15/2021

Entity Name:  FIREXO CORPORATION

Entity Kind:  Corporation

Entity Type:  General

Residency:  Domestic

State:  DELAWARE

Status:  Void, AR's or Tax Delinquent

Status as of:  3/1/2025

## Registered Agent Information

Name:  HARVARD BUSINESS SERVICES, INC.

Address:  16192 COASTAL HWY

City:  LEWES

Country:

State:  DE

Postal Code:  19958

Phone:  302-645-7400

## Tax Information

Last AnnualReport Filed:  2022

Tax Due:  $ 452636

Annual Tax Assessment:  $200000

Total Authorized Shares:  110000000

## Filing History (Last 5 Filings)

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Restated Stock | 5 | 20211118 | 181600 | 20211118 |
| 2 | Amendment Stock | 2 | 20210826 | 165400 | 20210826 |
| 3 | Stock Corporation | 1 | 20210415 | 152700 | 20210415 |

**\*\*THIS IS NOT AN OFFICAL CERTIFICATE OF STATUS\*\***

# EXHIBIT 6.

**Email dated March 25, 2025 from David Brieth
to Firexo Corporation shareholders**

**From:** Dave Breith <dave.breith@firexo.com>
**Date:** March 25, 2025 at 2:43:36 PM EDT
**To:** Dave Breith <dave.breith@firexo.com>
**Subject: Firexo Update - 25th March 2025**

Dear All,

I am writing to give you an update on our business.

**<u>Potential Sale of Firexo</u>**

As I wrote in the February update the business has been looking to raise funds to support the growth in the business especially following the initial interest in bulk fx73 orders.  Whilst we are in discussions with interested parties, this process has been taking a long time and we are at a stage where we need to look at alternative options due to the pressure on cash, so we have taken the decision to start the process to explore the opportunities in selling the business, which, alongside closing the pipeline of potential sales which will only add to the value of the business.

We have engaged with an international M&A company to assist us and gain the best possible value, they will start the process of marketing the business and we believe that given the potential value of the Intellectual Property as well as the pipeline of orders/interest, we will be able to give a good level of return to the shareholders if we can go through a properly run process.

We already have one interested party, who has approached the Company about acquiring us and with a healthy level of competitive interest from a well-managed marketing process it will only benefit us in realising potential additional value.

We expect a sale process to take 6-12 months and will keep you informed with the level of interest as this progresses through the various stages.

Simply put, there are 4 key stages:

1.  Create Information Memorandum, Pitch Deck & compile data room.
2. Compile a list of potential acquirers expressing an interest with some initial qualifying DD from our side.
3. Request indicative Heads of Terms and conduct detailed DD process with preferred bidders, Move to binding Heads of Terms.
4. Finalise sale terms and agreement.

Of course, there is a lot of detail in-between which can of course be ran concurrently to help speed up the process.

**<u>Investment Opportunity</u>**

As you are aware, I am also heavily invested in the business with both cash and personal guarantees and over this period I will also look to personally underwrite additional funds to ensure we can continue to trade relatively seamlessly until a sale is finalised and so we achieve maximum value on the potential sale.

Shares will be available at £2.25 per share which is at the same price we are negotiating with other parties, we believe this represents good value to this round of investment with built in upside for the proposed sale.

**Motorsport**

We are aware some of you invested in Firexo Motorsport, during this process it is likely that Motorsport investors shares will be swapped with Firexo parent shares so the whole group can be acquired with a more joined up transaction.

If of interest or you have any questions, then please email invest@firexo.com and someone will come back to you, or, myself or one of the team is happy to have a call with you.

Kind Regards,


**Dave Breith** | Group CEO
| M: +44 7970556642          | T: +44 207 9896111
| E: dave.breith@firexo.com   | W: firexo.com

<image001.png>                              <image002.jpg>

<image003.jpg> <image004.png> <image005.jpg> <image006.jpg> <image007.png> <image008.png>

The content of this message is confidential, so if you have received it by mistake, please inform us by reply email and then delete the message, without sharing it with others. The integrity and security of this email cannot be guaranteed over the internet.  Accordingly, the sender will not be held liable for any damage caused by the message.  Finally, any opinions expressed in this email are opinions of the writer and NOT the company, so the company does not accept any legal liability for damage caused by its content.

# EXHIBIT 7.

**David Breith's Update dated "Q1 2022" to**
**Firexo Corp. Shareholders**

All fires, **fast.**

# Investor Update

## Q1 2022

### Presented by Dave Breith



# Contents

All fires, **fast.**

- CEO Update
- IPO & Investment
- Shareholder Information
- Future of Firexo
- General Company Update
- Next Steps
- Distribution Plan
- European Update
- New Product Launches
- Personal Note



# CEO Update

All fires, **fast.**

*Dear All,*

*Firstly, please accept my sincere apologies that an investor update has not been sent for some time, I fully appreciate that you all have been anxious to hear from me about the Company and its progress.*

*Firstly, there have been many reasons for the delay, but the main reason is advice received from our US attorneys to be 'sparing' in any 'price sensitive' information we shared whilst our proposed IPO was being reviewed by both NASDAQ and the Securities Exchange Commission.*

*Please be assured that all at Firexo continue to work tirelessly for the company we are flat out driving the company forwards.*

*Please see below our Quarter 1, 2022 update. Once again, please accept my apologies for the delay.*

*Kindest regards and thank you for your continued support.*

*Dave Breith*





# Intended IPO Update and New Investment

As you are all aware we considered and embarked on an intended IPO that was first shared with you in our November 2020 Investor Update. Having considered this at the time we decided to proceed with the opportunity earlier than anticipated, you may recall this was originally in our plans for 2023.

Market volatility and valuation unpredictability amongst a host of other reasons have caused us to put the IPO on hold. With rising interest rate expectations and further uncertainty caused by the COVID and the war in Ukraine, we are fortunate to announce that Firexo Corporation (the US company in which you all own shares following the share exchange agreements dated 5 November 2021) has secured investment from other private sources as an alternative, so access to US capital markets to fund our business plan, is no longer necessary at this time.

We will now continue to execute our business plan with this new private investment, we can adopt a get ready and be nimble approach, with options to either (a) proceed with the IPO at a future date in more favourable conditions for us all, or (b) generate enough profits that access to additional funds through any public stock exchange becomes unnecessary and overtime pay dividend payments to our shareholders.



# Intended IPO Update and New Investment cont.

All fires, **fast.**

With all the work we put into preserving EIS relief for our eligible shareholders, the Board has decided to preserve the new corporate structure which places Firexo Corporation in Delaware at the top of the Firexo group of companies and the ultimate parent.

HMRC advised us that EIS would be preserved on certain conditions being met and, right now, our legal team is in the process of addressing those conditions to HMRC's satisfaction so anyone that has invested in Firexo can be assured that your EIS remains in the same situation on the investment you have made.

There is a second reason for retaining the new corporate structure. By keeping Firexo Corporation at the top of the Firexo group of companies, any potential future IPO on the NASDAQ or other exchange that we may consider becomes more straightforward. As the lion's share of work has already been done in this respect, this will be prove advantageous to our speed and cost to an exchange is likely to be significantly less.



# Shareholder Certificates

All fires, fast.

You will recall that the transfer of your shares from Firexo Group Limited to Firexo Corporation was affected by Share Exchange Agreements dated 5 November 2021 and made between Firexo Group Limited, Firexo Corporation and all of us, as shareholders.

Shortly after the share exchange, you received a communication dated 24 November 2021 which explained that each individual share in Firexo Group Limited was being 'split' into one hundred shares in Firexo Corporation. This was done to create a 'market-friendly' adjustment to our share price on admission to NASDAQ, without prejudicing the total value of the investments we all made as 'private' shareholders.

We now have a Transfer Agent retained in the US to deal with the management of the shares we all hold in Firexo Corporation. This company will maintain Firexo Corporation's share register going forward and deal with the administration of all share transfers, whether those occur now as a privately owned company or after any IPO which would take us 'public.'



firexo

# Shareholder Certificates - continued...

All fires, **fast.**



**THIS IS VERY IMPORTANT** - In order to issue your new share certificates, reflecting the 1:100 share split, Our transfer agent has requested the **RETURN** of our existing certificates. These are the certificates you hold in the name of Firexo Corporation, NOT any certificates which might still be in your possession for Firexo Group Limited.

Can I therefore request that you post your current Firexo Corporation share certificates to **VICKY CHOUDHURY** at our registered office, namely **COYLE WHITE DEVINE, BOUGHTON BUSINESS PARK, BELL LANE, AMERSHAM, BUCKS, HP7 9DH**. Vicky needs these certificates by FRIDAY 29TH APRIL 2022 at the latest please. Vicky will then liaise with V-Stock with a view to having all of the new share certificates delivered to you by the end of May.

Failure for you to do so will mean we are unable to send you a new share certificate and may cause you complications later, so I ask you to do this with some urgency for your own benefit.

Thank you very much for your cooperation within this important process.

firexo

# Building on our foundations...

Since the inception of Firexo I have been the driver, the mechanic, the ticket conductor as well as many roles, however as we grow the business needs additional skills and resource in the various areas of the business.

As such we are growing the team and will continue to do so. We have now employed a full time COO, Natalia Misko to oversee of all Marketing, Operations, and I.T. We are developing the structure of our finance department and plan to hire a head of finance by the end of the month.  Further roles high on our agenda are a finance controller, increasing our admin support and hiring a Global Sales manager.  We are also seeking to recruit a head of sales for Europe.

People is not the only area of the business we are expanding, and I will elaborate further during this update.

I would love to continue to do everything as I enjoy it, but as we grow it is becoming increasingly unrealistic. My time becomes thinner and thinner and I simply cannot keep up with the workload (sending out investor updates is just one example)!, Now is the time to build the staffing structure that is needed to support the next phase of further growth and I am delighted that our new investment has given us the opportunity to do this.



All fires, **fast.**

# General Company Update



All fires, **fast.**

Global shipping problems and supply chain issues continue to disrupt businesses around the world, and we are no different. Container prices are high and the conflict between Russia and Ukraine further complicates the situation.

That said, we continue to get supply and our sales are increasing month-to-month. Halfords in the UK has joined many other retailers on a National Roll-out and our 2 Litre Extinguisher is now fourth best seller on Amazon in the UK!

We have four 40ft containers landing in the UK in the middle of April, one container landing in around the same time in Ireland, pallets of our Sachets in South Africa and many more into Europe.

Much of our stock going into Europe will also be blank and generic, this puts us in a strong position to manage stock swings between European markets and continue to meet our growing orders. Whilst we still have dedicated stock labelled with the appropriate language, the blank stock acts as a buffer, so if a country is selling more than others or anticipated, we can label the product and box, accordingly, mitigating out of stock risk. This approach also hugely reduces our cashflow output.

Despite China announcing some of its biggest city-wide lockdowns since the Covid outbreak began more than two years ago, we are fortunate that our factory and our new factories have been not severely affected. Any lock downs we have seen or are seeing are for a few days only, there will clearly be a knock-on effect with back log etc. but nothing we cannot navigate.

# Next Steps

All fires, **fast.**

The new private investment gives the Company the funding not only to meet operating needs but to pursue substantial and exciting growth opportunities by taking Firexo into other markets, expanding our product folio faster and to build more logistical structure.

Since the UK decided to leave the EU, it has not been easy for what is an international Company to try and operate in Europe. Customs clearance has been made harder, additional paperwork takes a lot of our admin time and costs have risen.

All of the above, coupled with inflation, fuel cost increases and rising supply chain costs means that it is an exciting time to build more within the EU as we strive to drive increased sales throughout Europe.

Introducing Firexo SP Zoo



# New European Distribution Hub

All fi res, **fast.**

We are in the process of setting up a European Distribution Hub that will support all countries in Europe with our products from a centralised location.

We are due to sign contracts on this over the coming weeks and move in days later. Our new proposed location boasts over 20,000 + square feet of space with twelve metre roof height as well as offices, staff facilities, meeting rooms and a strategy planning rooms. We also intend to have a demo suite to showcase our product range. This will operate from our new subsidiary to the Firexo companies, Firexo SP Zo o based in Poland.

The new distribution hub will be based in Wroclaw. It will likely create around twenty new jobs within Firexo across multiple competencies including warehouse operations, marketing, I.T. finance, admin, and customer experience personnel.

We have already ordered eighteen 40ft HC containers that will be landing in the new facility over the coming months consisting of our existing products as well as new products ranges that will be launching as well.

Extremely exciting times ahead.



# European Update

With our new distribution hub in Poland, we are in a strong position to access many marketplaces like Amazon, Ebay, Allegro etc. These marketplaces and our own ecommerce represent a large opportunity for the Company, and we will be targeting a lot of our efforts and focus during 2022 in this area.

Marketplaces in Europe offer us great opportunity. They represent access to large sales volumes and the new distribution hub makes us uniquely position to distribute from our location in Poland to anywhere in the EU.

At the same time, we continue to add growth via retailers and service providers. Our new sales head, once appointed, will be responsible for driving this faster where we have had remarkable success in the UK with B&Q, Screwfix, Costco, Maplin and Halfords joining our growing customers with national roll out, as well as online e-tailers.



firexo

# Exciting NEW Product Launches

We hope to start sales of our vehicle plumbed-in systems and our wheeled extinguishers towards the end of the year when our testing is complete.

We are at the end of Motorsport Handheld product range and awaiting certification, we are anticipating ordering our first Motorsport Handheld Extinguishers during the coming weeks which will then be on sale middle of 2022.

Keep an eye out for Motorsport UK events like BTTC, Superbike and other televised events as you may see the Firexo Motorbike used as a fast response vehicle!

We have ordered and are expecting multiple containers for our new product launches over the coming months which include, Stainless Steel Extinguishers, Transport Brackets, Extinguisher Stands, Refill Kits, Parts Kits, our signage converted into various languages and our first order for Smoke, Heat, and CO alarms have also been placed.

A new product being brought to the Firexo range will be a small aerosol extinguisher, named the "Firexo Mini."  It is a 150ml can with a lower price-point, this will help Firexo access a different demographic where a lower price is important. We have large expectations for this product and are genuinely excited to bring this product to market within the coming months.

We continue to discuss opportunities with various global partners and hope to start more strategic discussions with fx73 during the course of the year.





Once again, I apologise for not being able to update you sooner but as you can see, we have been extremely busy and no one more so than myself.

I will move to provide a quarterly update for shareholders from now on and aim to have the next one with you by early July.

I once again and very sincerely thank all of our shareholders for their continued support.

I would also like to offer our thoughts and best wishes to our all that are innocent affected by the war in Ukraine.

Kindest regards,
Dave Breith, CEO



All fires, **fast.**

# Now is the time to innovate.

## Firexo

## Tackling fires in a way the world has never seen before.



# EXHIBIT 8.

**Companies House Records Supporting the
Structure Graphic in Section III.A**



# CS01 (ef)

## Companies House

| Confirmation Statement |
|---|

Company Name:   **FIREXO HOLDINGS LIMITED**
Company Number:   **13592954**



XBCDMTUP

Received for filing in Electronic Format on the: **12/09/2022**

---

Company Name:   **FIREXO HOLDINGS LIMITED**

Company Number:   **13592954**

Confirmation Statement date:   **30/08/2022**

---

**Electronically filed document for Company Number:**   **13592954**

# Full details of Shareholders

The details below relate to individuals/corporate bodies that were shareholders during the review period or that had ceased to be shareholders since the date of the previous confirmation statement.

Shareholder information for a non-traded company as at the confirmation statement date is shown below

| | |
|---|---|
| Shareholding 1: | **1 transferred on 2021-11-03** |
| | **0 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **DAVID BREITH** |

| | |
|---|---|
| Shareholding 2: | **1 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **FIREXO CORPORATION** |

---

**Electronically filed document for Company Number:**      **13592954**

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

---

**End of Electronically filed document for Company Number:**　　　　　　　　　　**13592954**



# CS01 (ef)

| Confirmation Statement |
|---|

Company Name: **FIREXO HOLDINGS LIMITED**
Company Number: **13592954**

Received for filing in Electronic Format on the: **13/09/2023**

XCBYIZ17

---

Company Name: **FIREXO HOLDINGS LIMITED**

Company Number: **13592954**

Confirmation **30/08/2023**
Statement date:

---

**Electronically filed document for Company Number:** **13592954**

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

---

**Electronically filed document for Company Number:** **13592954**

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

---

**End of Electronically filed document for Company Number:**        **13592954**

1 of 99  PageID #: 1571

# CS01 (ef)

## Companies House

| | |
|---|---|
| **Confirmation Statement** | |

Company Name: **FIREXO HOLDINGS LIMITED**
Company Number: **13592954**

Received for filing in Electronic Format on the: **11/10/2024**

XDDISPMW

Company Name: **FIREXO HOLDINGS LIMITED**

Company Number: **13592954**

Confirmation Statement date: **30/08/2024**

The company confirms that its intended future activities are lawful.

**Electronically filed document for Company Number:** **13592954**

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

---

**End of Electronically filed document for Company Number:**          **13592954**



# CS01 (ef)

| Confirmation Statement |
| --- |

Company Name:  **FIREXO LIMITED**
Company Number:  **11984806**

Received for filing in Electronic Format on the: **11/10/2024**

XDDIS44R

---

Company Name:  **FIREXO LIMITED**

Company Number:  **11984806**

Confirmation  **11/10/2024**
Statement date:

---

The company confirms that its intended future activities are lawful.

---

**Electronically filed document for Company Number:**                    **11984806**

# Full details of Shareholders

The details below relate to individuals/corporate bodies that were shareholders during the review period or that had ceased to be shareholders since the date of the previous confirmation statement.

Shareholder information for a non-traded company as at the confirmation statement date is shown below

| | |
|---|---|
| Shareholding 1: | **9500 transferred on 2024-10-10** |
| | **0 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **FIREXO GROUP LIMITED** |

| | |
|---|---|
| Shareholding 2: | **500 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **NICHOLA LOUISE STEWART** |

| | |
|---|---|
| Shareholding 3: | **9500 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **FIREXO HOLDINGS LIMITED** |

---

**Electronically filed document for Company Number:**                    **11984806**

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

---

**Electronically filed document for Company Number:**                    **11984806**

# **Authorisation**

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

---

**End of Electronically filed document for Company Number:**          **11984806**

# CS01 (ef)

**Companies House**

| Confirmation Statement |
|:---:|

Company Name: **FIREXO MOTORSPORT LIMITED**
Company Number: **12841902**



Received for filing in Electronic Format on the: **11/10/2024**

XDDISOCY

---

Company Name: **FIREXO MOTORSPORT LIMITED**

Company Number: **12841902**

Confirmation
Statement date: **11/10/2024**

---

The company confirms that its intended future activities are lawful.

---

**Electronically filed document for Company Number:**         **12841902**

# Full details of Shareholders

The details below relate to individuals/corporate bodies that were shareholders during the review period or that had ceased to be shareholders since the date of the previous confirmation statement.

Shareholder information for a non-traded company as at the confirmation statement date is shown below

| | |
|---|---|
| Shareholding 1:<br>Name: | **5 ORDINARY shares held as at the date of this confirmation statement**<br>**MICHAEL ANTONIOU** |
| Shareholding 2:<br>Name: | **5 ORDINARY shares held as at the date of this confirmation statement**<br>**RENATE ANTONIOU** |
| Shareholding 3:<br>Name: | **4 ORDINARY shares held as at the date of this confirmation statement**<br>**GARETH PAUL STANLEY BALDWIN** |
| Shareholding 4:<br>Name: | **7 ORDINARY shares held as at the date of this confirmation statement**<br>**STEPHEN BANFIELD** |
| Shareholding 5:<br>Name: | **10 ORDINARY shares held as at the date of this confirmation statement**<br>**TREVOR THOMAS BISWELL** |
| Shareholding 6:<br>Name: | **13 ORDINARY shares held as at the date of this confirmation statement**<br>**DAVID BREITH** |
| Shareholding 7:<br>Name: | **1 ORDINARY shares held as at the date of this confirmation statement**<br>**LAURA MARIE CAMPBELL** |
| Shareholding 8:<br>Name: | **2 ORDINARY shares held as at the date of this confirmation statement**<br>**SHAUN PATRICK CROSS** |
| Shareholding 9:<br>Name: | **10 ORDINARY shares held as at the date of this confirmation statement**<br>**RICHARD WILLIAM DEMPERS** |
| Shareholding 10:<br>Name: | **10 ORDINARY shares held as at the date of this confirmation statement**<br>**MICHAEL DEXTER** |
| Shareholding 11:<br>Name: | **3 ORDINARY shares held as at the date of this confirmation statement**<br>**TRACEY LOUISE EATON** |
| Shareholding 12:<br>Name: | **2 ORDINARY shares held as at the date of this confirmation statement**<br>**SUZANNE ESHELBY** |
| Shareholding 13:<br>Name: | **5 ORDINARY shares held as at the date of this confirmation statement**<br>**ENIS EVLAT** |
| Shareholding 14:<br><br>Name: | **8600 transferred on 2024-10-10**<br>**0 ORDINARY shares held as at the date of this confirmation statement**<br>**FIREXO GROUP LIMITED** |

**Electronically filed document for Company Number:** **12841902**

Shareholding 15:  **20 ORDINARY shares held as at the date of this confirmation statement**
Name:  **GARY FIXTER**

Shareholding 16:  **6 ORDINARY shares held as at the date of this confirmation statement**
Name:  **STEPHEN LESLIE FRY**

Shareholding 17:  **4 ORDINARY shares held as at the date of this confirmation statement**
Name:  **DAVID GEORGE GARDNER**

Shareholding 18:  **3 ORDINARY shares held as at the date of this confirmation statement**
Name:  **UMAR SHERAZ GULZAR**

Shareholding 19:  **7 ORDINARY shares held as at the date of this confirmation statement**
Name:  **GARY HEARN**

Shareholding 20:  **17 ORDINARY shares held as at the date of this confirmation statement**
Name:  **LAMONT ANTHONY HECTOR**

Shareholding 21:  **2 ORDINARY shares held as at the date of this confirmation statement**
Name:  **GRANT WILLIAM HENRY**

Shareholding 22:  **2 ORDINARY shares held as at the date of this confirmation statement**
Name:  **HAYLEY HENRY**

Shareholding 23:  **3 ORDINARY shares held as at the date of this confirmation statement**
Name:  **LILLY HENRY**

Shareholding 24:  **1 ORDINARY shares held as at the date of this confirmation statement**
Name:  **MILLIE HENRY**

Shareholding 25:  **6 ORDINARY shares held as at the date of this confirmation statement**
Name:  **TOM HOGAN**

Shareholding 26:  **4 ORDINARY shares held as at the date of this confirmation statement**
Name:  **EDDIE HUTCHINSON**

Shareholding 27:  **10 ORDINARY shares held as at the date of this confirmation statement**
Name:  **JAKPON LIMITED**

Shareholding 28:  **10 ORDINARY shares held as at the date of this confirmation statement**
Name:  **CHRIS LETHEREN**

Shareholding 29:  **10 ORDINARY shares held as at the date of this confirmation statement**
Name:  **PAUL LOCKING**

Shareholding 30:  **3 ORDINARY shares held as at the date of this confirmation statement**
Name:  **TRACEY MAUNDER**

Shareholding 31:  **10 ORDINARY shares held as at the date of this confirmation statement**

**Electronically filed document for Company Number:**                    **12841902**

| | |
|---|---|
| Shareholding 32: | **30 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **PAUL MENDOLIA** |
| | |
| Shareholding 33: | **3 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **ALAN MILEHAM** |
| | |
| Shareholding 34: | **6 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **TONI-ANN MILES** |
| | |
| Shareholding 35: | **4 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **ROBERT PARISH** |
| | |
| Shareholding 36: | **34 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **ROGER GARY RAWLINSON** |
| | |
| Shareholding 37: | **20 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **PAUL REEVES** |
| | |
| Shareholding 38: | **100 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **MICHAEL RICCI** |
| | |
| Shareholding 39: | **30 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **DAVID NORMAN SHEAHAN** |
| | |
| Shareholding 40: | **20 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **PETER JAMES SHEAHAN** |
| | |
| Shareholding 41: | **10 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **BARRY BURNS SHEAHAN** |
| | |
| Shareholding 42: | **2 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **DIANA SIMMONDS** |
| | |
| Shareholding 43: | **10 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **ALAN JAMES MARTIN SUNDERLAND** |
| | |
| Shareholding 44: | **7 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **TRACY SYKES** |
| | |
| Shareholding 45: | **10 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **MICHAEL DAMIEN THORNTON** |
| | **ANDREA JEAN THORNTON** |
| | |
| Shareholding 46: | **2 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **KAREN TURNER** |

**Electronically filed document for Company Number:** **12841902**

Shareholding 47: **10 ORDINARY shares held as at the date of this confirmation statement**
Name: **BRIAN ANDREW TURVEY**

Shareholding 48: **7 ORDINARY shares held as at the date of this confirmation statement**
Name: **LINDA WANSTALL**

Shareholding 49: **7 ORDINARY shares held as at the date of this confirmation statement**
Name: **LEE WANSTALL**

Shareholding 50: **3 ORDINARY shares held as at the date of this confirmation statement**
Name: **YVONNE WHEABLE**

Shareholding 51: **4 ORDINARY shares held as at the date of this confirmation statement**
Name: **JOHN WHEABLE**

Shareholding 52: **10 ORDINARY shares held as at the date of this confirmation statement**
Name: **ADRIAN JUSTIN WHITE**

Shareholding 53: **10 ORDINARY shares held as at the date of this confirmation statement**
Name: **FLEUR CAROLINE WHITE**

Shareholding 54: **20 ORDINARY shares held as at the date of this confirmation statement**
Name: **KATE WHITE**
**ANDREW WHITE**

Shareholding 55: **10 ORDINARY shares held as at the date of this confirmation statement**
Name: **LINDA WHY**

Shareholding 56: **4 ORDINARY shares held as at the date of this confirmation statement**
Name: **MARTYN WHYTE**

Shareholding 57: **33 ORDINARY shares held as at the date of this confirmation statement**
Name: **CHRISTOPHER JOHN WISE**

Shareholding 58: **8600 ORDINARY shares held as at the date of this confirmation statement**
Name: **FIREXO HOLDINGS LIMITED**

---

**Electronically filed document for Company Number:** **12841902**

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

---

**Electronically filed document for Company Number:** **12841902**

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

---

**End of Electronically filed document for Company Number:**                    **12841902**

# FILE COPY



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

Company Number **13603649**

The Registrar of Companies for England and Wales, hereby certifies that

**FIREXO COTM LIMITED**

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **6th September 2021**



*N13603649J*



Companies House



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES

The above information was communicated by electronic means and authenticated by the Registrar of Companies under section 1115 of the Companies Act 2006



## Companies House

# IN01 (ef)

| Application to register a company |



*Received for filing in Electronic Format on the:* **03/09/2021**   *XAC9GBKZ*

---

| | |
|---|---|
| *Company Name in full:* | **FIREXO COTM LIMITED** |
| *Company Type:* | **Private company limited by shares** |
| *Situation of Registered Office:* | **England and Wales** |
| *Proposed Registered Office Address:* | **COYLE WHITE DEVINE BOUGHTON BUSINESS PARK**<br>**BELL LANE**<br>**AMERSHAM**<br>**BUCKINGHAMSHIRE**<br>**ENGLAND HP6 6FA** |
| *Sic Codes:* | **74990** |

*I wish to entirely adopt the following model articles:*  **Private (Ltd by Shares)**

---

**Electronically filed document for Company Number:**   **13603649**

## *Proposed Officers*

---

## *Company Secretary      1*

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR PETER JAMES** |
| *Surname:* | **COYLE** |
| *Former Names:* | |
| *Service Address:* | **recorded as Company's registered office** |

*The subscribers confirm that the person named has consented to act as a secretary.*

---

**Electronically filed document for Company Number:**                    **13603649**

## Company Director     1

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR DAVID** |
| *Surname:* | **BREITH** |
| *Former Names:* | |
| *Service Address:* | **recorded as Company's registered office** |
| *Country/State Usually Resident:* | **ENGLAND** |

| | | | |
|---|---|---|---|
| *Date of Birth:* | **\*\*/08/1969** | *Nationality:* | **BRITISH** |
| *Occupation:* | **SENIOR MANAGEMENT** | | |

*The subscribers confirm that the person named has consented to act as a director.*

## Company Director     2

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR GARETH PAUL STANLEY** |
| *Surname:* | **BALDWIN** |
| *Former Names:* | |
| *Service Address:* | **recorded as Company's registered office** |
| *Country/State Usually Resident:* | **ENGLAND** |

| | | | |
|---|---|---|---|
| *Date of Birth:* | **\*\*/11/1979** | *Nationality:* | **BRITISH** |
| *Occupation:* | **OPERATIONS DIRECTOR** | | |

*The subscribers confirm that the person named has consented to act as a director.*

---

**Electronically filed document for Company Number:** **13603649**

# *Statement of Capital (Share Capital)*

---

| | | | |
|---|---|---|---|
| *Class of Shares:* | **ORDINARY** | *Number allotted* | **1** |
| *Currency:* | **GBP** | *Aggregate nominal value:* | **1** |
| *Prescribed particulars* | | | |

**FULL RIGHTS REGARDING VOTING, PAYMENT OF DIVIDENDS AND DISTRIBUTIONS**

---

## Statement of Capital (Totals)

---

| | | | |
|---|---|---|---|
| *Currency:* | **GBP** | *Total number of shares:* | **1** |
| | | *Total aggregate nominal value:* | **1** |
| | | *Total aggregate unpaid:* | **0** |

---

**Electronically filed document for Company Number:** **13603649**

# *Initial Shareholdings*

---

*Name:*  **FIREXO HOLDINGS LIMITED**

|  |  |
|---|---|
| *Class of Shares:* | **ORDINARY** |

*Address*  **COYLE WHITE DEVINE BOUGHTON BUSINESS PARK BELL LANE AMERSHAM BUCKINGHAMSHIRE ENGLAND HP6 6FA**

| | |
|---|---|
| *Number of shares:* | **1** |
| *Currency:* | **GBP** |
| *Nominal value of each share:* | **1** |
| *Amount unpaid:* | **0** |
| *Amount paid:* | **1** |

---

**Electronically filed document for Company Number:**      **13603649**

# *Persons with Significant Control (PSC)*

---

**Statement of initial significant control**

---

**On incorporation, there will be someone who will count as a Person with Significant Control (either a registerable person or relevant legal entity (RLE)) in relation to the company**

---

**Electronically filed document for Company Number:**                    **13603649**

# *Relevant Legal Entity (RLE) details*

---

*Company Name:*  **FIREXO HOLDINGS LIMITED**

*Service Address:*  **COYLE WHITE DEVINE BOUGHTON BUSINESS PARK**
**BELL LANE**
**AMERSHAM**
**BUCKINGHAMSHIRE**
**ENGLAND**
**HP6 6FA**

*Legal Form:*  **PRIVATE COMPANY LIMITED BY SHARES**

*Governing Law:*  **COMPANIES ACT 2006**

*Register Location:*  **UK REGISTER OF COMPANIES**

*Country/State:*  **UNITED KINGDOM**

*Registration Number:*  **13592954**

---

**Electronically filed document for Company Number:**　　　　　　　**13603649**

*Nature of control*                    **The relevant legal entity holds, directly or indirectly, 75% or more of the voting rights in the company.**

*Nature of control*                    **The relevant legal entity holds, directly or indirectly, 75% or more of the shares in the company.**

*Nature of control*                    **The relevant legal entity has the right, directly or indirectly, to appoint or remove a majority of the board of directors of the company.**

---

**Electronically filed document for Company Number:**                    **13603649**

## *Statement of Compliance*

---

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

*Name:*              **FIREXO HOLDINGS LIMITED**
*Authenticated*         **YES**

---

## *Authorisation*

*Authoriser Designation:*      **subscriber**             *Authenticated*    **YES**

---

**End of Electronically filed document for Company Number:**        **13603649**

# COMPANY HAVING A SHARE CAPITAL

# Memorandum of Association of

# FIREXO COTM LIMITED

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the company and to take at least one share.

| Name of each subscriber | Authentication |
|---|---|
| FIREXO HOLDINGS LIMITED | Authenticated Electronically |

Dated: 03/09/2021

# Companies House

# CS01 (ef)

## Confirmation Statement

Company Name: **FIREXO COTM LIMITED**
Company Number: **13603649**

Received for filing in Electronic Format on the: **19/09/2023**

XCCEDLW1

Company Name: **FIREXO COTM LIMITED**

Company Number: **13603649**

Confirmation Statement date: **05/09/2023**

**Electronically filed document for Company Number:** **13603649**

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

---

**End of Electronically filed document for Company Number:**  **13603649**

# CS01 (ef)

**Companies House**

### Confirmation Statement

Company Name: **FIREXO COTM LIMITED**
Company Number: **13603649**



XDDISUH5

Received for filing in Electronic Format on the: **11/10/2024**

---

Company Name: **FIREXO COTM LIMITED**

Company Number: **13603649**

Confirmation
Statement date: **05/09/2024**

---

The company confirms that its intended future activities are lawful.

---

**Electronically filed document for Company Number:**      **13603649**

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

---

**End of Electronically filed document for Company Number:** **13603649**

**FILE COPY**



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

Company Number **13617256**

The Registrar of Companies for England and Wales, hereby certifies that

**FIREXO DISTRIBUTION LIMITED**

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **13th September 2021**



*N13617256I*





THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES

The above information was communicated by electronic means and authenticated
by the Registrar of Companies under section 1115 of the Companies Act 2006

 Companies House

# IN01 (ef)

**Application to register a company**



*Received for filing in Electronic Format on the:*  **10/09/2021**  *XACPHVM2*

---

*Company Name in full:*  **FIREXO DISTRIBUTION LIMITED**

*Company Type:*  **Private company limited by shares**

*Situation of Registered Office:*  **England and Wales**

*Proposed Registered Office Address:*  **COYLE WHITE DEVINE BOUGHTON BUSINESS PARK
BELL LANE
AMERSHAM
BUCKINGHAMSHIRE
ENGLAND HP6 6FA**

*Sic Codes:*  **84250**

*I wish to entirely adopt the following model articles:*  **Private (Ltd by Shares)**

---

**Electronically filed document for Company Number:**  **13617256**

## *Proposed Officers*

---

## *Company Secretary*     *1*

*Type:* **Person**

*Full Forename(s):* **MR PETER JAMES**

*Surname:* **COYLE**

*Former Names:*

*Service Address:* **recorded as Company's registered office**

*The subscribers confirm that the person named has consented to act as a secretary.*

---

**Electronically filed document for Company Number:**     **13617256**

## *Company Director*       *1*

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR DAVID** |
| *Surname:* | **BREITH** |
| *Former Names:* | |
| *Service Address:* | **recorded as Company's registered office** |
| *Country/State Usually Resident:* | **ENGLAND** |

| | | | |
|---|---|---|---|
| *Date of Birth:* | **\*\*/08/1969** | *Nationality:* | **BRITISH** |
| *Occupation:* | **SENIOR MANAGEMENT** | | |

*The subscribers confirm that the person named has consented to act as a director.*

## *Company Director*       *2*

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR GARETH PAUL STANLEY** |
| *Surname:* | **BALDWIN** |
| *Former Names:* | |
| *Service Address:* | **recorded as Company's registered office** |
| *Country/State Usually Resident:* | **ENGLAND** |

| | | | |
|---|---|---|---|
| *Date of Birth:* | **\*\*/11/1979** | *Nationality:* | **BRITISH** |
| *Occupation:* | **OPERATIONS DIRECTOR** | | |

*The subscribers confirm that the person named has consented to act as a director.*

---

**Electronically filed document for Company Number:**                    **13617256**

# *Statement of Capital (Share Capital)*

---

*Class of Shares:*  **ORDINARY**          *Number allotted*          **1**

*Currency:*  **GBP**          *Aggregate nominal value:*          **1**

*Prescribed particulars*

**FULL RIGHTS REGARDING VOTING, PAYMENT OF DIVIDENDS AND DISTRIBUTIONS**

---

## Statement of Capital (Totals)

---

*Currency:*          **GBP**          *Total number of shares:*          **1**

*Total aggregate nominal value:*          **1**

*Total aggregate unpaid:*          **0**

---

**Electronically filed document for Company Number:**          **13617256**

# *Initial Shareholdings*

---

*Name:*          **FIREXO HOLDINGS LIMITED**

*Address*        **COYLE WHITE DEVINE BOUGHTON BUSINESS PARK BELL LANE AMERSHAM BUCKINGHAMSHIRE ENGLAND HP6 6FA**

*Class of Shares:*          **ORDINARY**

*Number of shares:*          **1**

*Currency:*          **GBP**

*Nominal value of each share:*          **1**

*Amount unpaid:*          **0**

*Amount paid:*          **1**

---

**Electronically filed document for Company Number:**                    **13617256**

# *Persons with Significant Control (PSC)*

---

---

**Statement of initial significant control**

---

---

**On incorporation, there will be someone who will count as a Person with Significant Control (either a registerable person or relevant legal entity (RLE)) in relation to the company**

---

---

**Electronically filed document for Company Number:**         **13617256**

# *Relevant Legal Entity (RLE) details*

---

*Company Name:* **FIREXO HOLDINGS LIMITED**

*Service Address:* **COYLE WHITE DEVINE BOUGHTON BUSINESS PARK**
**BELL LANE**
**AMERSHAM**
**BUCKINGHAMSHIRE**
**ENGLAND**
**HP6 6FA**

*Legal Form:* **PRIVATE COMPANY LIMITED BY SHARES**

*Governing Law:* **COMPANIES ACT 2006**

*Register Location:* **UK REGISTER OF COMPANIES**

*Country/State:* **UNITED KINGDOM**

*Registration Number:* **13592954**

---

**Electronically filed document for Company Number:** **13617256**

*Nature of control*     **The relevant legal entity holds, directly or indirectly, 75% or more of the voting rights in the company.**

*Nature of control*     **The relevant legal entity holds, directly or indirectly, 75% or more of the shares in the company.**

*Nature of control*     **The relevant legal entity has the right, directly or indirectly, to appoint or remove a majority of the board of directors of the company.**

---

**Electronically filed document for Company Number:**                    **13617256**

## *Statement of Compliance*

---

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

*Name:*   **FIREXO HOLDINGS LIMITED**
*Authenticated*   **YES**

---

## *Authorisation*

*Authoriser Designation:*   **subscriber**   *Authenticated*   **YES**

---

**End of Electronically filed document for Company Number:**   **13617256**

# COMPANY HAVING A SHARE CAPITAL

# Memorandum of Association of

# FIREXO DISTRIBUTION LIMITED

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the company and to take at least one share.

| Name of each subscriber | Authentication |
|---|---|
| FIREXO HOLDINGS LIMITED | Authenticated Electronically |

Dated: 10/09/2021

# Companies House

# CS01 (ef)

| Confirmation Statement |
|---|

Company Name: **FIREXO DISTRIBUTION LIMITED**
Company Number: **13617256**



XBCG9AAR

Received for filing in Electronic Format on the: **13/09/2022**

---

Company Name: **FIREXO DISTRIBUTION LIMITED**

Company Number: **13617256**

Confirmation
Statement date: **12/09/2022**

---

**Electronically filed document for Company Number:** **13617256**

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

**Electronically filed document for Company Number:**                        **13617256**

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

---

**End of Electronically filed document for Company Number:**                **13617256**



**CS01** (ef)

Companies House

| Confirmation Statement |

Company Name:    **FIREXO DISTRIBUTION LIMITED**
Company Number:    **13617256**



Received for filing in Electronic Format on the: **19/09/2023**

XCCEDOM0

Company Name:    **FIREXO DISTRIBUTION LIMITED**

Company Number:    **13617256**

Confirmation    **12/09/2023**
Statement date:

**Electronically filed document for Company Number:**                                    **13617256**

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

---

**Electronically filed document for Company Number:**                                                **13617256**

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

**End of Electronically filed document for Company Number:**  **13617256**

# Companies House

# CS01 (ef)

| Confirmation Statement |

Company Name: **FIREXO DISTRIBUTION LIMITED**
Company Number: **13617256**



Received for filing in Electronic Format on the: **11/10/2024**        XDDIST2Q

---

Company Name:          **FIREXO DISTRIBUTION LIMITED**

Company Number:          **13617256**

Confirmation          **12/09/2024**

Statement date:

---

The company confirms that its intended future activities are lawful.

---

**Electronically filed document for Company Number:**                    **13617256**

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

---

**Electronically filed document for Company Number:**                                   **13617256**

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

---