# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Firexo, Inc.

CIVIL CASE NO.   3:21-cv-02336

vs.

JUDGE    Zouhary

Firexo Limited Group

## PRAECIPE FOR ISSUANCE

☐     ORIGINAL SUMMONS

☐     ALIAS SUMMONS

☐     THIRD PARTY SUMMONS

☐     CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐     CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐     WRIT OF EXECUTION

☒     OTHER (Please Specify)   **RULE 25(c) SUCCESSOR IN INTEREST**

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule  4.2.

Date:

By:

Attorney for

revised 02/2009