IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FIREXO INC.,<br>2435 Gill Road<br>Port Clinton, Ohio 43452<br><br>　　　Plaintiff,<br><br>v.<br><br>FIREXO GROUP LIMITED,<br>Sixth Floor, 2 London Wall Place<br>London, EC2Y5AU<br><br>　　　Defendant. | Civil Action № 3:21-CV-02336<br><br>Judge Jack Zouhary |

## SUMMONS IN A CIVIL ACTION

**To:**　**FIREXO CORPORATION**
　　　　**HARVARD BUSINESS SERVICES, INC.**
　　　　**16192 COASTAL HIGHWAY**
　　　　**LEWES, DE 19958**

　　Firexo Inc., the Plaintiff in the above case, has filed a motion pursuant to Federal Rule of Civil Procedure 25(c) to substitute you as a successor-in-interest to the Defendant, Firexo Group Limited.

　　Pursuant to Local Rule 7.1(d), within thirty (30) days after service of this summons on you (not counting the day you received it), you must serve on the Plaintiff and file with the Court a memorandum in opposition to the Plaintiff's motion.

Your opposition to the Plaintiff's motion must be served on the Plaintiff or the Plaintiff's attorney, whose name and address are:

>Paul T. Belazis
>Malone, Ault & Farell
>7654 W. Bancroft Street
>Toledo, Ohio 43617

If you fail to respond, the Court will grant the relief against you demanded in the Plaintiff's Motion. You also must file your opposition to the Plaintiff's Motion with the Court.

The Court will hold a hearing on the Plaintiff's motion on **Tuesday, October 14, 2025** at 10AM in Courtroom 1A at the James M. Ashley and Thomas W. L. Ashley U.S. Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio 43604.



*SANDY OPACICH, CLERK OF COURT*

/s/ Erica Roberts
_____

Signature of Deputy Clerk

Date: 8/13/2025