IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FIREXO INC.,<br>2435 Gill Road<br>Port Clinton, Ohio 43452<br><br>    Plaintiff,<br><br>v.<br><br>FIREXO GROUP LIMITED,<br>Sixth Floor, 2 London Wall Place<br>London, EC2Y5AU<br><br>    Defendant. | Civil Action № 3:21-CV-02336<br><br>Judge Jack Zouhary |

## SUMMONS IN A CIVIL ACTION

To:   **FIREXO CORPORATION**
       **HARVARD BUSINESS SERVICES, INC.**
       **16192 COASTAL HIGHWAY**
       **LEWES, DE 19958**

Firexo Inc., the Plaintiff in the above case, has filed a motion pursuant to Federal Rule of Civil Procedure 25(c) to substitute you as a successor-in-interest to the Defendant, Firexo Group Limited.

Pursuant to Local Rule 7.1(d), within thirty (30) days after service of this summons on you (not counting the day you received it), you must serve on the Plaintiff and file with the Court a memorandum in opposition to the Plaintiff's motion.

Your opposition to the Plaintiff's motion must be served on the Plaintiff or the Plaintiff's attorney, whose name and address are:

>Paul T. Belazis
>Malone, Ault & Farell
>7654 W. Bancroft Street
>Toledo, Ohio 43617

If you fail to respond, the Court will grant the relief against you demanded in the Plaintiff's Motion. You also must file your opposition to the Plaintiff's Motion with the Court.

The Court will hold a hearing on the Plaintiff's motion on **Tuesday, October 14, 2025** at 10AM in Courtroom 1A at the James M. Ashley and Thomas W. L. Ashley U.S. Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio 43604.



SANDY OPACICH, CLERK OF COURT

/s/ Erica Roberts
_____
Signature of Deputy Clerk

Date: 8/13/2025

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-CV-02336-JZ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* FIREXO CORPORATION

was received by me on *(date)* 08/18/2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* HARVARD BUSINESS SERVICES, INC., AS AGENT, ACCEPTED BY ALLISON RATHMANNER (MANAGING AGENT EMPLOYED AT REGISTERED AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* FIREXO CORPORATION
16192 COASTAL HIGHWAY, LEWES, DE 19958 on *(date)* 08/18/2025 AT 4:10 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 08/18/2025

*Server's signature*

FRANK PRITCHETT                    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; FIREXO, INC.'S MOTION TO JOIN FIREXO CORPORATION (A DELAWARE CORP.) TO THIS ACTION PURSUANT TO FED. R. CIV. P. 25(c) AND FOR APPOINTMENT OF A RECEIVER PURSUANT TO FED. R. CIV. P. 66, 69, AND OHIO REV. CODE § 2735.01; EXHIBIT 1