**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| FIREXO INC., | Case No. 3:21-cv-02336 |
| Plaintiff, | Hon. Jack Zouhary |
| v. | |
| FIREXO GROUP LIMITED, | |
| Defendant. | |

---

**NOTICE OF APPEARANCE**

---

Please take notice that Attorneys James P. Silk, Jr. and Teresa L. Grigsby of the law firm of Spengler Nathanson P.L.L. hereby enter their appearance as counsel of record for Defendant Firexo Corporation in this action.

Respectfully submitted,

*/s/ James P. Silk, Jr.*
James P. Silk, Jr. (0062463)
Teresa L. Grigsby (0030401)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH 43604
Telephone: (419) 241-2201
Facsimile: (419) 241-8599
jsilk@snlaw.com
tgrigsby@snlaw.com
*Counsel for Defendant Firexo Corporation*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing has been electronically filed this 29th day of August, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ James P. Silk, Jr.*
James P. Silk, Jr.
*Counsel for Defendant Firexo*
*Corporation*