IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FIREXO INC., <br><br> Plaintiff, <br><br> v. <br><br> FIREXO GROUP LIM <br><br> Defendant. | Case № 3:21-CV-02336 <br><br> Judge Jack Zouhary |

**FIREXO, INC.'S MOTION TO STRIKE THE APPEARANCE OF JAMES P. SILK, JR. AND TERESA L. GRIGSBY AND THE LAW FIRM OF SPANGLER NATHANSON**

Plaintiff, by counsel, for its motion to strike appearance of defendants' attorneys, states:

1. On August 29, 2025, attorneys James P. Silk, Jr. and Teresa L. Grigsby of the law firm of Spangler Nathanson filed an appearance in this case on behalf of Firexo Corporation.

2. The Delaware Secretary of State has confirmed that Firexo Corporation "is no longer in existence and good standing," having become "inoperative and void" as of March 1, 2025 for failure to pay its annual franchise taxes, which include penalties and interest apparently amounting to $452,636.00. *See* Ex. 1, attached. *See, also*

https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx

3. Under § 510 of the Delaware General Corporation Law, the charter of Firexo Corporation is void "and all powers conferred by law upon the corporation are declared inoperative …." 8 Del. Code § 510. This includes the power to "[s]ue and be sued in all courts and participate, as a party or otherwise, in any judicial, administrative, arbitrative or other proceeding, in its corporate name." 8 Del. Code § 122(2). As Delaware Vice Chancellor Zurn

noted in *Paul Rivera & Kalibrr, Inc. v. Angkor Capital Ltd.*, 2024 WL 3873050, at *2, n.20 (Del. Ch. Aug. 20, 2024): "The legislature meant it: Section 513 "'provides that whoever exercises any corporate powers of a corporation whose charter has been forfeited shall be guilty of a crime.' 8 Del. C[ode] § 513." [1]

4. Officers and directors of long-dissolved corporations "have no power to act because the corporation no longer has legal existence. The same is true for void corporations" *Kalibrr, Inc.* at * 8. Consequently, no one is authorized to cause Firexo Corporation "to bring or defend litigation," *Id.* or engage attorneys on Firexo Corporation's behalf. *See, also*, *Transpolymer Industries, Inc. v. Chapel Main Corp.*, 582 A.2d 936 (Del. 1990).

Accordingly, for the foregoing reasons, Plaintiff, by counsel, respectfully moves the Court to strike the Entry of Appearance of James P. Silk, Jr., Teresa L. Grigsby and the law firm of Spengler Nathanson.

                               Respectfully submitted,

                               /s/ Paul T. Belazis

                               Paul T. Belazis (0030356)
                               Malone, Ault & Farrell
                               7654 W. Bancroft Street
                               Toledo, Ohio 43617
                               (419) 843–1333 tel
                               belazis@maf-law.com

                               Joseph P. Dawson (0003354)
                               7779 South Branch, Monclova, Ohio 43542
                               (419) 266–1808 tel
                               jpwdawson655@gmail.com

---

[1] 8 Del. C. §§ 510, 513 ("Whoever exercises or attempts to exercise any powers under the certificate of incorporation of any corporation which has been proclaimed by the Governor, after the issuance of the proclamation, shall be fined not more than $1,000 or imprisoned not more than 1 year, or both."). Likewise, Section 508 allows the Attorney General to file an injunction with the Court to stop a void corporation "from the exercise of any franchise or the transaction of any business within the State." *Id.* § 508. Section 509 provides a method for the Attorney General to appoint a receiver for a void corporation. *Id.* § 509.

*Counsel for Firexo, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2025 a copy of the foregoing motion was served on counsel of record for all parties through the Court's CM/ECF system and on unrepresented defendant Firexo Group Limited via email to its Liquidator, Harry Sanders, at harry.sanders@mha.co.uk.

/s/ Paul T. Belazis
_____
Paul T. Belazis