# EXHIBIT 1.

**Delaware Secretary of State Records
Confirmation of Firexo Corporation's current
corporate status**

# Delaware
## The First State

Page 1

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE CERTIFICATE OF INCORPORATION OF "FIREXO CORPORATION", WAS RECEIVED AND FILED IN THIS OFFICE THE FIFTEENTH DAY OF APRIL, A.D. 2021.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME INOPERATIVE AND VOID THE FIRST DAY OF MARCH, A.D. 2025 FOR NON-PAYMENT OF TAXES.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION WAS SO PROCLAIMED IN ACCORDANCE WITH THE PROVISIONS OF GENERAL CORPORATION LAW OF THE STATE OF DELAWARE ON THE THIRTIETH DAY OF JUNE, A.D. 2025 THE SAME HAVING BEEN REPORTED TO THE GOVERNOR AS HAVING NEGLECTED OR REFUSED TO PAY THEIR ANNUAL TAXES.



*Charuni Patibanda-Sanchez, Secretary of State*

5842936 8400
SR# 20253495529

Authentication: 204321010
Date: 07-29-25

You may verify this certificate online at corp.delaware.gov/authver.shtml

# State Of Delaware

**\*\*THIS IS NOT AN OFFICAL CERTIFICATE OF STATUS\*\***

Date Retrieved:  8/29/2025   4:09:31PM

| | |
|---|---|
| File Number: | 5842936 |
| Entity Name: | FIREXO CORPORATION |
| Entity Kind: | Corporation |
| Residency: | Domestic |
| Status: | Void, AR's or Tax Delinquent |

| | |
|---|---|
| Incorporation Date / Formation Date: | 4/15/2021 |
| Entity Type: | General |
| State: | DELAWARE |
| Status as of: | 3/1/2025 |

## Registered Agent Information

| | |
|---|---|
| Name: | HARVARD BUSINESS SERVICES, INC. |
| Address: | 16192 COASTAL HWY |
| City: | LEWES |
| State: | DE |
| Phone: | 302-645-7400 |
| Country: | |
| Postal Code: | 19958 |

## Tax Information

| | |
|---|---|
| Last AnnualReport Filed: | 2022 |
| Annual Tax Assessment: | $200000 |
| Tax Due: | $ 452636 |
| Total Authorized Shares: | 110000000 |

## Filing History (Last 5 Filings)

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Restated Stock | 5 | 20211118 | 181600 | 20211118 |
| 2 | Amendment Stock | 2 | 20210826 | 165400 | 20210826 |
| 3 | Stock Corporation | 1 | 20210415 | 152700 | 20210415 |

**\*\*THIS IS NOT AN OFFICAL CERTIFICATE OF STATUS\*\***