IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Firexo, Inc.,                                              Case No. 3:21 CV 2336

            Plaintiff,                     <u>O R D E R</u>

     -vs-                               JUDGE JACK ZOUHARY

Firexo Group Limited,

            Defendant,

Zoom Status Conference held September 9, 2025.  Counsel present: Joe Dawson and Paul Belazis for Plaintiff; James Silk for Defendant Firexo Corporation.

Plaintiff has filed a Motion to Join Firexo Corporation (Doc. 55) and a Motion to Strike the Entry of Appearance on Behalf of Firexo Corporation (Doc. 60).  Defendant shall file a response to the Motion to Strike by **Friday, September 19, 2025**.  Plaintiff shall reply by **Friday, September 26, 2025**.

IT IS SO ORDERED.

                                                      s/ *Jack Zouhary*
                                                      JACK ZOUHARY
                                                      U. S. DISTRICT JUDGE

                                                      September 9, 2025