# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| FIREXO INC., | Case No. 3:21-cv-02336 |
| Plaintiff, | Hon. Jack Zouhary |
| v. | |
| FIREXO GROUP LIMITED, | |
| Defendant. | |

## FIREXO CORPORATION'S MOTION FOR EXTENSION OF TIME

Now comes Firexo Corporation ("Firexo Corp."), by and through counsel, and hereby moves the Court for an extension of time within which to file its Memorandum in Opposition to Firexo Inc.'s Motion to Join Firexo Corporation to this Action Pursuant to Fed.R.Civ.P. 25(c).

On August 7, 2025, Plaintiff, Firexo Inc. ("Plaintiff") filed a motion pursuant to Fed.R.Civ.P. 25(c) seeking an order to join Firexo Corporation ("Firexo Corp.") as the defendant in this litigation for defendant Firexo Group Limited ("FGL") ("Motion to Join"). On August 29, 2025, the undersigned entered an appearance of behalf of Firexo Corp. On September 7, 2025, Plaintiff filed a Motion to Strike the Appearance of James P. Silk, Jr. and Teresa Grigsby and the Law Firm of Spengler Nathanson ("Motion to Strike"). On September 19, 2025 Firexo Corp. filed both a motion to strike Plaintiff's Motion to Join and a Motion in Opposition to Plaintiff's motion to strike the appearance of the undersigned attorneys.

If this Court grants Firexo Corp.'s Motion to Strike Plaintiff's Motion to Join, the issue of whether Firexo Corp. should be joined as a defendant will be moot. As such, no opposition will be necessary. Likewise, if this Court grants Plaintiff's motion to strike the appearance of the undersigned, no opposition can be filed.

Accordingly, Firexo Corp. requests an extension of time until three weeks after this Court rules on Plaintiff's motion to strike the appearance of the undersigned and Firexo Corp.'s Motion to Strike Plaintiff's Motion to Join Firexo Corp. as a defendant.

Respectfully submitted,

/s/ James P. Silk, Jr.
James P. Silk, Jr. (0062463)
Teresa L. Grigsby (0030401)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH 43604
Telephone: (419) 241-2201
Facsimile: (419) 241-8599
jsilk@snlaw.com
tgrigsby@snlaw.com
*Counsel for Firexo Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed this 19th day of September, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ James P. Silk, Jr.
James P. Silk, Jr.
*Counsel for Firexo Corporation*

776958