IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Firexo, Inc., | : | Case No. 3:21-cv-02336 |
| Plaintiff, | : | (Hon. Jack Zouhary) |
| vs. | : | **NOTICE OF SUBSTITUTION AND ENTRY OF APPEARANCE AS CO-COUNSEL** |
| Firexo Group Limited, et al., | : | |
| Defendant. | : | |

    Please take notice that Adam S. Nightingale of the law firm of Eastman & Smith Ltd. hereby enters his appearance in the above-captioned case as co-counsel on behalf of plaintiff Firexo, Inc., and is hereby substituted as counsel in place of attorney Joseph P. Dawson (who may be removed from the docket in this matter). Attorneys Paul T. Belazis and Richard R. Malone remain counsel of record for Plaintiff.

    Respectfully submitted,

EASTMAN & SMITH LTD.

/s/ Adam S. Nightingale
Adam S. Nightingale (0079095)
One SeaGate, 27th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
Telephone: (419) 241-6000
Fax: (419) 247-1777
E-mail: asnightingale@eastmansmith.com

Attorneys for Plaintiff Firexo, Inc.

8126551.1

**CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing *Notice of Substitution and Entry of Appearance as Co-Counsel* was filed electronically with the Court on September 30, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

              /s/ Adam S. Nightingale
              An Attorney for Plaintiff