AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

Firexo, Inc.

V.

Firexo Group Limited

## EXHIBIT AND WITNESS LIST

Case Number: 3:21 CV 2336

| PRESIDING JUDGE<br>Jack Zouhary | PLAINTIFF'S ATTORNEY<br>Paul Belazis / Adam Nightingale | DEFENDANT'S ATTORNEY<br>James Silk / Teresa Grigsby |
|---|---|---|
| TRIAL DATE (S)<br>10/22/20255 | COURT REPORTER<br>Diana Ziegelhofer | COURTROOM DEPUTY<br>Laura Doerfler |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 10/22/2025 |  |  | Peter J. Coyle |
| 1 |  |  |  | x | Luke Haggett LinkedIn Profile |
| 2 |  |  |  | x | Doc 14-7 Sep 1 2021 Email to Shareholders |
| 3 |  |  |  | x | Doc 55-1 Q1 2022 Investor Update |
| 4 |  |  |  | x | Doc 55-1 Oct 16 2024 Email to Shareholders |
| 5 |  |  |  | x | Feb 2025 Investor Update |
| 6 |  |  |  | x | Doc 55-1 Certification of Void Status |
| 7 |  |  |  | x | March 25 2025 Email to Shareholders |
| 8 |  |  |  | x | Doc 67-1 August 2025 Investor Update |
| 9 |  |  |  | x | Firexo Web Page Sept 24, 2025 |
| 10 |  |  |  | x | Firexo Corporate Structures |
|  | A |  |  | x | Agreement and Plan of Exchange |
|  | B |  |  | x | Breith Letter to Shareholder dated 10/16/2024 |
|  | C |  |  | x | Valuation of Firexo Limited, Firexo Motrosport Limited, Firexo Srl and certain intellectual property assets as of 9/30/2024 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

***Original exhibits are to be maintained by Counsel for appeal purposes.***   Page 1 of 1 Pages