IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FIREXO INC., <br><br> Plaintiff, <br><br> v. <br><br> FIREXO GROUP LIMITED, <br><br> Defendant. | Case № 3:21-CV-02336 <br><br> Judge Jack Zouhary |

**FIREXO, INC.'S NOTICE OF FILING**
**PROPOSED INTERIM RECEIVERSHIP ORDER**

Pursuant to this Court's December 3, 2025 *Order Joining Defendant* (Doc. 73), Plaintiff Firexo, Inc. ("Plaintiff") submits the attached proposed *Interim Receivership Order*.

Plaintiff is still in the process of selecting and engaging an appropriate party to serve as a receiver in this unique matter, and it expects to complete this process within 30 days. However, in light of the concerns previously identified by the Court, particularly its finding that Defendants' "pattern of post-suit asset shifting and continued marketing of the business creates a substantial risk that assets will be further dissipated or moved beyond the reach of this Court" (Doc. 73, PageID 1920), Plaintiff proposes the attached *Interim Receivership Order* to protect and preserve Firexo Corporation's assets until such time as a receiver is selected and appointed.

Respectfully submitted,

/s/ *Adam S. Nightingale*
Paul T. Belazis (0030356)
Malone, Ault & Farrell
7654 W. Bancroft Street
Toledo, Ohio 43617
(419) 843–1333 tel
(419) 843–3888 fax
belazis@maf-law.com

Adam S. Nightingale (0079095)
Eastman & Smith Ltd.
One SeaGate, 27th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
Telephone: (419) 241-6000
Fax: (419) 247-1777
asnightingale@eastmansmith.com

Attorneys for Plaintiff Firexo, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, a copy of this Reply was served on counsel of record for all parties through the Court's CM/ECF system.

/s/ *Adam S. Nightingale*
An Attorney for Plaintiff Firexo, Inc.