IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FIREXO INC.,

    Plaintiff,

v.

FIREXO GROUP LIMITED
AND FIREXO CORPORATION,

    Defendant.

Case № 3:21-CV-02336

Judge Jack Zouhary

**INTERIM RECEIVERSHIP ORDER**

**WHEREAS** this matter has come before this Court upon motion of the Plaintiff Firexo Inc. ("Firexo Inc." or "Plaintiff") to appoint a receiver in the above-captioned action, which the Court granted (Doc 73); and,

**WHEREAS** the Court, after a Hearing, granted Plaintiff's Motion (Doc. 55) to join Firexo Corporation as an additional defendant in this case (Doc. 73); and,

**WHEREAS** the Court also determined that, based on the record in these proceedings, the appointment of a receiver in this action is necessary and appropriate for the purposes of marshaling and preserving all assets of Defendant Firexo Corporation (Delaware File 5842936) and its subsidiaries ("Receivership Assets") and applying those assets toward satisfaction of this Court's monetary judgment (Doc. 73); and,

**WHEREAS** Plaintiff is in the process of selecting and retaining an appropriate party to serve as a receiver for the estate of the Defendant Firexo Corporation and its subsidiaries

8221978.1

("the Receiver"), but interim relief is required to ensure no Receivership Assets are transferred, liquidated, disposed of, or otherwise encumbered before a receiver is engaged and a full Receivership Order can be issued; and,

**WHEREAS** this Court has subject matter jurisdiction over this action and personal jurisdiction over the Defendants and venue properly lies in this district.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. This Court hereby takes exclusive jurisdiction and possession of the assets, of whatever kind and wherever situated, of, or under the control of, the Defendant Firexo Corporation ("Receivership Defendant").

2. All persons and entities with direct or indirect control over any Receivership Assets are hereby restrained and enjoined from directly or indirectly transferring, setting off, receiving, changing, selling, pledging, assigning, liquidating or otherwise disposing of or withdrawing such assets outside of the ordinary course of business. This freeze shall include, but not be limited to, Receivership Assets that are on deposit with financial institutions such as banks, brokerage firms and mutual funds.

3. The Receivership Defendant is hereby restrained and enjoined from directly or indirectly taking any action or causing any action to be taken, without an order from this Court, which would dissipate or otherwise diminish the value of any Receivership Assets outside of the ordinary course of business; such prohibited actions include but are not limited to, releasing claims or disposing, transferring, exchanging, assigning or in any way conveying any Receivership Property, enforcing judgments, assessments or claims against any Receivership Property or any Receivership Defendant, attempting to modify, cancel,

terminate, call, extinguish, revoke or accelerate (the due date), of any lease, loan, mortgage, indebtedness, security agreement or other agreement executed by any Receivership Defendant or which otherwise affects any Receivership Property; or,

4.  Plaintiff shall submit a proposed Order Appointing Receiver within 30 days of the entry of this Interim Receivership Order.  This Interim Receivership Order will remain in place until such time as the Court enters an Order Appointing Receiver, at which point that Order Appointing Receiver will supersede this Interim Receivership Order.

**IT IS SO ORDERED.**

Date:_____                          _____
                                                                                           **Hon. Jack Zouhary**