# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| FIREXO INC., <br><br> Plaintiff, <br><br> v. <br><br> FIREXO GROUP LIMITED, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-02336 <br><br> Hon. Jack Zouhary |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Firexo Corporation hereby appeals to the United States Court of Appeals for the Sixth Appellate Circuit from the District Court's October 17, 2025 Minutes of proceedings [non-document] denying Defendant Firexo Corporation's Motion to Strike (Doc. 62) and the District Court's Order Joining Defendant (Doc. 73) granting Plaintiff's Motion to Join (Doc. 55), entered on the 3rd day of December, 2025. True and accurate copies of District Court's October 17, 2025 non-document Minutes of proceedings and the District Court's Order Joining Defendant (Doc. 73) are attached hereto.

Respectfully submitted,

*/s/ James P. Silk, Jr.*
James P. Silk, Jr. (0062463)
Sarah K. Skow (0081468)
Teresa L. Grigsby (0030401)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH  43604

Telephone: (419) 241-2201
Facsimile: (419) 241-8599
jsilk@snlaw.com
sskow@snlaw.com
tgrigsby@snlaw.com
*Counsel for Defendant Firexo Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed this 10th day of December, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ James P. Silk, Jr.*
James P. Silk, Jr.
*Counsel for Defendant Firexo Corporation*

785259