s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Firexo, Inc., | : | Case No. 3:21-cv-02336 |
| Plaintiff, | : | (Hon. Jack Zouhary) |
| vs. | : | **MOTION FOR 7-DAY EXTENSION OF TIME TO SUBMIT PROPOSED RECEIVERSHIP ORDER** |
| Firexo Group Limited, et al., | : | |
| Defendants. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Plaintiff Firexo, Inc. respectfully moves the Court for an Order extending its deadline to submit a proposed *Order Appointing Receiver* by a period of seven days, up to and including January 16, 2026.

On December 3, 2025, this Court issued its *Order Joining Defendant* which, among other things, indicated the Court would appoint a receiver over the assets of newly joined defendant Firexo Corporation for the limited purpose of "identifying, preserving, and applying those assets toward satisfaction" of the judgment in this case. (Doc. 73, at PageID 1922). The Court also ordered Plaintiff to submit a proposed Receivership Order, along with the name and qualifications of the proposed Receiver. *Id.* On December 10, 2025, the Court granted an *Interim Receivership Order* which, among other things, ordered Plaintiff to submit a proposed *Order Appointing Receiver* within 30 days (*i.e.*, by January 9, 2026). (Doc. 76, at PageID 1954).

Plaintiff has worked to find an experienced receiver to propose to the Court, and indeed it has found that receiver: The Skutch Arlow Group, LLC, of Toledo, Ohio. Plaintiff has worked with the

8261393.1

proposed receiver and its counsel to prepare a suitable, limited receivership order; however, additional time is needed to finalize an order which is appropriately tailored to the unique circumstances of this case. Accordingly, Plaintiff respectfully requests an extension of not more than seven days, up to and including January 16, 2026, within which to finalize and submit this proposed receivership order to the Court.

                    Respectfully submitted,

                    /s/ *Adam S. Nightingale*
                    Paul T. Belazis (0030356)
                    Malone, Ault & Farrell
                    7654 W. Bancroft Street
                    Toledo, Ohio 43617
                    Telephone: (419) 843–1333
                    Fax: (419) 843–3888
                    E-mail: belazis@maf-law.com

                    Adam S. Nightingale (0079095)
                    Eastman & Smith Ltd.
                    One SeaGate, 27th Floor
                    P.O. Box 10032
                    Toledo, Ohio 43699-0032
                    Telephone: (419) 241-6000
                    Fax: (419) 247-1777
                    E-mail: asnightingale@eastmansmith.com

                    Attorneys for Plaintiff Firexo, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically with the Court on January 9, 2026. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                    /s/ *Adam S. Nightingale*
                    An Attorney for Plaintiff