IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Firexo, Inc.,                                                      Case No. 3:21 CV 2336

                   Plaintiff,                  **JUDGMENT ENTRY**

              -vs-                               JUDGE JACK ZOUHARY

Firexo Group Limited,

                   Defendant.

This Court set forth reasons in its Order (Doc. 73) Joining Defendant Firexo Corporation as a defendant. Firexo Corporation is now bound by the Default Judgment previously entered against defendant Firexo Group Limited (Doc. 51).

Judgment is hereby entered in favor of plaintiff Firexo Inc. and against Firexo Corporation and Firexo Group Limited, jointly and severally, in the amount of Four Million One Hundred Thirty-Five Thousand and Forty-Two dollars ($4,135,042.00), plus post-judgment interest and costs.

IT IS SO ORDERED.

                                                                  s/ *Jack Zouhary*
                                                                  JACK ZOUHARY
                                                                  U. S. DISTRICT JUDGE

                                                                  January 13, 2026