# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| FIREXO INC., <br><br> Plaintiff, <br><br> v. <br><br> FIREXO GROUP LIMITED, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-02336 <br><br> Hon. Jack Zouhary |

## MOTION FOR LEAVE TO FILE REPLY

Now comes Defendant Firexo Corporation ("Corp."), by and through counsel, and hereby moves the Court for leave to file its Reply in Support of Its Motion to Stay Judgment Pending Appeal and Memorandum in Support. This Reply Memorandum is filed pursuant to Local Rule 7.1(e) and is filed to address the arguments and assertions set forth in Plaintiff's Memorandum in Opposition to Corp.'s Motion to Stay Pending Appeal.

Respectfully submitted,

/s/ *James P. Silk, Jr.*
James P. Silk, Jr. (0062463)
Sarah K. Skow (0081468)
Teresa L. Grigsby (0030401)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH  43604
Telephone:  (419) 241-2201
Facsimile:  (419) 241-8599
jsilk@snlaw.com
sskow@snlaw.com
tgrigsby@snlaw.com
*Counsel for Defendant Firexo Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically filed this 13th day of January, 2026. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            */s/ James P. Silk, Jr.*
                                            James P. Silk, Jr.
                                            *Counsel for Defendant Firexo Corporation*

787765