**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| FIREXO INC., | |
| Plaintiff, | Case № 3:21-CV-02336 |
| v. | Judge Jack Zouhary |
| FIREXO GROUP LIMITED, | |
| Defendant. | |

**FIREXO, INC.'S NOTICE OF FILING**
**PROPOSED ORDER APPOINTING RECEIVER**

Plaintiff Firexo, Inc. proposes the Court appoint **The Skutch Arlow Group, LLC** to serve as Receiver in this action.  Pursuant to this Court's December 3, 2025 Order Joining Defendant (Doc. 73), attached to this Notice is a proposed Order Appointing Receiver.  Further attached to this Notice is the curriculum vitae of Steven Skutch setting forth his qualifications to serve as Receiver.

Respectfully submitted,

/s/ *Adam S. Nightingale*
Paul T. Belazis (0030356)
Malone, Ault & Farrell
7654 W. Bancroft Street
Toledo, Ohio 43617
(419) 843–1333 tel
(419) 843–3888 fax
belazis@maf-law.com

Adam S. Nightingale (0079095)

8267681.1

Eastman & Smith Ltd.
One SeaGate, 27th Floor
P.O. Box 10032
Toledo, Ohio  43699-0032
Telephone:  (419) 241-6000
Fax:  (419) 247-1777
asnightingale@eastmansmith.com

Attorneys for Plaintiff Firexo, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, a copy of this Reply was served on counsel of record for all parties through the Court's CM/ECF system.

/s/ *Adam S. Nightingale*
An Attorney for Plaintiff Firexo, Inc.

8267681.1