# Skutch Arlow

**STEVEN N. SKUTCH**
5749 Park Center Ct.
TOLEDO, OHIO 43606
419-531-3585

## Qualifications

As a past business owner who voluntarily chose to cease operations, I made the toughest business decision one can make; to close a fifty-eight year-old family business.  The resulting experience -- laying off over seventy-five employees and the success in paying back all secured creditors 100% of the funds owed -- gives me a very genuine and personal perspective when dealing with other companies and business owners experiencing similar situations.

I have experience in all functional areas of a company: manufacturing, financial management, negotiating manufacturing contracts, strategic planning, sales and marketing, purchasing, consultant and vendor relations, administration, recruitment, union negotiations, and human resources.

Whether serving as a Receiver or Consultant, I establish realistic expectations for the assignment. I meet or exceed those expectations through succinctly communicating those expectations to others and monitoring the progress throughout the appointment.  When decisions are required, I thoroughly analyze all information and quickly determine the critical factors, which will impact the outcome of the situation.

I enjoy various types of Receiverships and Consulting assignments and the challenges one faces, in maximizing creditors' recovery.

## Experience

**Federal and State Court Receiverships – Have served as a Receiver in over 125 cases**

**A representative list of entities where I have been appointed Receiver:**

- City Life Properties, LLC – Real estate holdings and personal property
- Cunningham Supply Co. – Distributor of cutting tools
- Logghe Stamping Company, Inc. – Automotive metal stamper
- Whitehouse Corners, Ltd. – Real estate holding company
- Mike Volk Co. – Industrial contractor and sheet metal fabricator & erector
- Swan Creek Four Seasons – Low-income tax credit housing
- MPS Holdings – Moving and storage company and associated real estate
- Tony Packo's Inc. – Restaurant and food company
- Timberstone – a series of commercial developments
- Lingvai Excavating, LLC – an excavating company specializing in road and sewer work
- Treslong Dairy Leasing – 2,711 stall dairy
- Landd Properties, LLC – Real estate holdings
- Car Mart Auto Group, Inc. – a used car dealer

- Lake Erie Ship Repair & Fabrication, LLC – a ship repair company for lake vessels
- Pendragon Holdings, LLC – a portfolio of commercial and residential real estate
- Integra Bank National Association v. 3700 Williston Northwood S&B, LLC – Commercial real estate
- Antwerp Dairy Leasing, LLC – 1,250 stall dairy
- Kenneth J. Wortkoetter – a portfolio of commercial and residential real estate
- Timberstone Retail Group – A commercial development
- Tall Pine, LLC d.b.a Tall Pine of Ohio, LLC and five other apartment complex's all controlled by one individual – over 550 units
- Diversified Transportation Services, Inc. – A transportation services company
- Maumee Associates, d.b.a. Pheasant Run Apartments – a 125 unit complex
- BNR Properties, LLC. – Apartments - 2 duplexes, a six-unit and a ten unit apartment building
- N.E.O. Associates, Inc., d.b.a. NEO Plastics, Inc. – a rotational molding company
- Sylvania Country Squire, LLC – a commercial strip center
- Specialty Powder Coating, Inc. – a job shop providing powder coating services
- Tri-County Excavating, Inc., - an excavating and poured wall company
- Alternative Services, Inc. and Alternative Properties, Ltd - a supplier doing secondary work for the auto industry and holder of occupied and leased real estate
- A & M Investment Strategies, Inc. - an operator of a gas station convenience store
- PME International, LLC, and PME Properties, LLC - a custom injection molder and owner of the real estate
- Petty's Card and Gift Shop - a Hallmark card store
- Strategic Management Resources, Inc. of Ohio - a temporary staffing company
- Hartman – Spreng Co., Inc. - an electrical supply distributor
- Superior Recyclers - a pallet recycler
- Erie Shores Computers, Inc. - a seller of new and used computers, sell and install networking and related equipment and internet provider
- Interstate Credit Corp. of Nevada - a "buy here – pay here" auto dealer
- Certified Restoration Corp. - a contractor, specializing in insurance claims
- A & D Development Company, Ltd. - a golf course and driving range
- Doors, Incorporated – a distributor of interior and exterior doors and windows
- Bowling Green Student Book Exchange – bookstore off campus
- Levis Town Square Land / Levis Annex – commercial building in Life-Style Center
- Ronald M. Jezerinac v. Mo M. Dioun – operating a brewpub, residential and office condos LLC's
- Tuf-Tug, Inc. – a manufacturer and distributor of safe-climbing equipment

**Successor Trustee**

- Dan E. Wyper Revocable Trust – Appointed Successor Trustee to ensure compliance with the trust documents.

**Court Appointed Commissioner**

- Appointed Commissioner in two Patrion lawsuits.

**Consultant**

**Have consulted for the following types of entities:**

- Liquidation of a lumber yard
- Solicitation and sale of assets of an electric motor repair company
- Propane Distributor - monitor of business activities for a secured lender
- Injection molder - wind-down activities
- Aluminum die caster - wind-down activities
- Light bulb manufacturer - Chapter 7 liquidation
- Construction company - assessment for a secured lender
- Scrapyard - wind-down activities
- Campo Electronics - Served as Director of Loss Prevention
- Book Store with two stores - Going Out Of Business Sale
- Manufacturing and distributing companies – prepare liquidation analysis and convince owners to cooperate with secured lenders
- Call center – replacing existing credit facility

**President,** Peerless Molded Plastics, Inc., Toledo, OH          December 1975 – April 1997

Managed all operations and subsequent liquidation of this custom injection molder

- Responsible for the firms' sales doubling from 1976 to 1985.
- Became President in 1991 and lowered yearly expenses by over $200,000.
- In 1995, the company was profitable, the first time in seven years.
- Reduced debt by $3,000,000.
- Decided to close the business in January of 1997.
- Collected 100% of the receivables
- Secured lenders received the entire amount due.
- Secured lenders received over $400,000 more than their original estimate.
- I sold the real estate in 6 weeks without a broker.
- I wrapped up the entire liquidation in less than four months.

## EDUCATION

University of Arizona, Tucson Arizona

BS in Personnel Management

## PERSONAL

Married, Three Daughters

References Upon Request

**The Skutch Arlow Group, LLC**
5749 Park Center Ct. · Toledo, OH 43615
p.419.531.3585 · **www.skutcharlow.com** · f.240.255.7356