IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Firexo, Inc., | Case No. 3:21 CV 2336 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Firexo Group Limited, | |
| Defendant. | |

On December 29, 2025, Firexo Corporation ("Corp") moved to stay judgment pending appeal (Doc. 79). Firexo opposed (Doc. 81). Two weeks later, on January 13, 2026, this Court denied the Motion (Doc. 85). Later that day, Corp filed a Reply Brief (Doc. 87).

As outlined in this Court's Civil Case Management Procedures Order, "No reply briefs may be filed without prior authorization" (Doc. 5 at 2). Even so, having reviewed the Reply, this Court finds that it does not change the outcome.

To the extent the Reply is construed as a motion for reconsideration, it is denied. Corp identifies no change in law, no new evidence, and no clear error in this Court's prior ruling. Instead, it reiterates arguments this Court has already considered and rejected -- namely, that no assets were transferred from Firexo Group Limited ("FGL") to Corp, that the September 2021 restructuring did not affect FGL's operations, and that this Court should credit Peter Coyle's testimony over the contemporaneous corporate documents and communications. These arguments have already been fully briefed and aired, and rejected, and now rejected once more.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

January 22, 2026