IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Firexo, Inc.,                                              Case No. 3:21 CV 2336

                          Plaintiff,                       O R D E R

              -vs-                                         JUDGE JACK ZOUHARY

Firexo Group Limited,

                          Defendant,

Currently pending is Firexo's Proposed Order Appointing Receiver (Doc. 88).  Corp's Opposition is due **Tuesday, January 27, 2026**.  Firexo's Response is due **Tuesday, February 3, 2026**.  No further filings unless requested by this Court.

        IT IS SO ORDERED.

                                              s/ *Jack Zouhary*
                                          JACK ZOUHARY
                                          U. S. DISTRICT JUDGE

                                          January 26, 2026