IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Firexo, Inc.,                                    Case No. 3:21 CV 2336

         Plaintiff,                    O R D E R

     -vs-                                  JUDGE JACK ZOUHARY

Firexo Group Limited, et al.,

         Defendants,

This Court previously granted a Motion to Join Firexo Corporation and for the Appointment of a Receiver (Doc. 73). A week later, Corp filed a Notice of Appeal (Doc. 75). On the same day, this Court approved Plaintiff's Notice of Filing a Proposed Interim Receivership (Doc. 76). A few weeks later, Corp filed a Motion to stay judgment pending appeal (Doc 79), which Plaintiff opposed (Doc. 81).

A Judgment in favor of Plaintiff, in the amount of $4,135,042, was filed a few weeks later (Doc 84). An Order denying the stay of the execution of the judgment was filed next (Doc 85). Plaintiff then filed a Motion to Approve the Appointment of a Receiver (Doc. 88). Defendant opposed, and briefing followed (Docs. 91, 92).

This Court finds that Defendant's objections to the Receivership Order are not well taken and adopts the supporting brief of Plaintiff, with respect to both the form and the content of the Proposed Receivership Order (Doc. 88-1).

IT IS SO ORDERED.

                                                             s/ *Jack Zouhary*
                                                             JACK ZOUHARY
                                                             U. S. DISTRICT JUDGE

                                                             February 9, 2026