IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FIREXO INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FIREXO GROUP LIMITED, *et al.*,<br><br>    Defendants. | Case No. 3:21-cv-02336<br><br>Hon. Jack Zouhary |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Firexo Corporation hereby appeals to the United States Court of Appeals for the Sixth Appellate Circuit from the District Court's January 13, 2026 Judgment Entry (Doc. 84), and the District Court's Order granting Plaintiff's Motion to Approve the Appointment of a Receiver, denying Firexo Corp.'s objections to a Receiver, and adopting the Plaintiff's supporting brief (Doc. 93) and the District Court's Order Appointing Receiver (Doc. 94), entered on the 9th day of February, 2026. True and accurate copies of the District Court's January 13, 2026 Judgment Entry, and the District Court's Order granting Plaintiff's Motion to Approve the Appointment of a Receiver and adopting the Plaintiff's supporting brief (Doc. 93) and the District Court's Order Appointing Receiver (Doc. 94), entered on the 9th day of February, 2026, are attached hereto.

Respectfully submitted,

*/s/ James P. Silk, Jr.*
James P. Silk, Jr. (0062463)
Sarah K. Skow (0081468)
Teresa L. Grigsby (0030401)

        SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH 43604
Telephone: (419) 241-2201
Facsimile: (419) 241-8599
jsilk@snlaw.com
sskow@snlaw.com
tgrigsby@snlaw.com
*Counsel for Defendant Firexo Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been electronically filed this 10th day of February, 2026. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        */s/ James P. Silk, Jr.*
James P. Silk, Jr.
*Counsel for Defendant Firexo Corporation*

790357