**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**APPEAL TRANSCRIPT ORDER**

List on this form all transcripts you are ordering from one court reporter.
Use a separate form for each reporter and docket each form separately on the OHND CM/ECF.

OHND Case Number  3:21-cv-2336                          COA#  26-3109 (and 25-3972)

Short Case Title  Firexo, Inc. v. Firexo Group Limited, et al.

Today's Date  3/17/2026

---

### TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

A.  Choose one of the following:

☑  This is to order a transcript of the following proceedings:     (*specify exact dates of proceedings*)

☐  Copy request of the following proceedings:

| JUDGE/MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|
| Jack Zouhary | 3/12/2025 | Stacey Kiprotich |

Proceedings

Additional Proceedings/ Information
Default Judgment Hearing

CJA ORDERS:  TRANSCRIPTS OF THE FOLLOWING PROCEEDINGS AND EXPEDITED DELIVERY REQUESTS WILL BE PROVIDED ONLY IF AUTHORIZED IN ITEM 14 ON THE AUTH-24 IN THE OHND eVOUCHER SYSTEM.

☐ 14-Day or Expedited Requested Completion Date _____

☐ Voir Dire                      ☐ Opening statement of plaintiff          ☐ Opening statement of defendant
☐ Jury Instructions          ☐ Closing argument of plaintiff            ☐ Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

---

B.  Financial arrangements shall be completed for payment of the cost of the transcript(s).

This method of payment will be:

☐  Criminal Justice Act (Submit the AUTH-24 in the OHND CJA eVoucher System)
☑  Other/Private Funds

Signature  /s/ Adam Nightingale          Print Name  Adam Nightingale  Counsel for  Plaintiff

Address (if not on the docket) _____

Email address  asnightingale@eastmansmith.com          Telephone  419-247-1728

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.