IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Firexo, Inc.,                                        Case No. 3:21 CV 2336

           Plaintiff,                              O R D E R

      -vs-                                         JUDGE JACK ZOUHARY

Firexo Group Limited,

           Defendant,

      Currently pending is the Receiver's Motion to Compel and Motion to Show Cause (Doc. 100).

Corp's Opposition is due **Wednesday, June 10, 2026**.  A Hearing is scheduled for **Wednesday, June 17, 2026 at 2:00 PM** in Courtroom 1A.  Counsel shall appear in-person.

      No further filings unless requested by this Court.

      IT IS SO ORDERED.

                           s/ *Jack Zouhary*
                         JACK ZOUHARY
                         U. S. DISTRICT JUDGE

                         June 1, 2026