IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FIREXO, INC.,

       Plaintiff,

v.

FIREXO GROUP LIMITED, *et al.*,

       Defendants.

CASE NO. 21-cv-02336

JUDGE JACK ZOUHARY

RECEIVER'S FIRST FEE APPLICATION

GORANSON, PARKER & BELLA
BY: Christopher F. Parker (0009338)
405 Madison Ave., Suite 2200
Toledo, Ohio 43604
(419) 244-9500-- telephone
(419) 244-9510-- facsimile
cparker@gpblaw.com – e-mail

COUNSEL FOR RECEIVER

\*   \*   \*   \*   \*

Now comes the Receiver, The Skutch Arlow Group, by and through counsel, and herewith submits his first fee application.  The Receiver respectfully requests an Order from the Court approving the application as presented.

Respectfully submitted,

/s/ Christopher F. Parker
Christopher F. Parker

**MEMORANDUM**

Defendants Firexo Group Limited and Firexo Corporation are joint and several judgment debtors on a $4,135,042.00 default judgment [Doc. 84]. After granting Plaintiff's motion to join Corp and to appoint a Receiver [Doc. 73], the Court denied Corp's motion to stay enforcement pending appeal [Doc. 85;

reconsideration denied, Doc. 89]  The Court entered the Order Appointing Receiver on February 9, 2026 [Doc. 94].

The Order Appointing a Receiver directed the Receiver to file an application for compensation within forty-five (45) days after the end of each calendar quarter.  The Receiver recognized that his first application should have been filed on or before May 15, 2026.  Delays associated with the efforts to secure documents and items from Defendants, resulting in the filing of a Motion to Compel, delayed the submission by a couple of weeks.  The Receiver asks the Court and the parties to overlook the short delay and to authorize payment as requested.

The Receiver's time records detail the work that has been performed.  The Receiver seeks approval of fees and expenses totaling $16,527.66.  The work performed has been consistent with the applicable law and the authority promulgated under the Order Appointing a Receiver.  The work performed has been in the best interests of the receivership.

WHEREFORE, The Skutch Arlow Group, Receiver, respectfully requests that the Court approve his Application for Compensation as submitted.

Respectfully submitted,

/s/ Christopher F. Parker
Christopher F. Parker
Counsel for Court Appointed Receiver

CERTIFICATION

This is to certify that a copy of the foregoing was sent by e-mail ONLY this 6th day of June, 2026 to:

Paul Belazis, Esq. (belazis@maf-law.com);

Adam S. Nightingale, Esq (asnightingale@eastmansmith.com);

James P. Silk, Jr., Esq. (jsilk@snlaw.com); and

Teresa L. Grigsby, Esq. (tgrigsby@snlaw.com).

/s/ Christopher F Parker
Christopher F. Parker

2

**Firexo, Inc. vs. Firexo Group Limited and Firexo Corporation**
**Activities and Hours for Steve Skutch**
**February 1, 2026 - February 28, 2026**

Case: 3:21-cv-02336-JZ   Doc #: 102   Filed: 06/06/26   3 of 8.   PageID #: 2315

| Date | Client | Activities | Hours | Rate | Extension |
|------|--------|------------|------:|-----:|----------:|
| 02/09/26 | Firexo | Download copy of receiver order, p/c with Chris re: same & email Chris a copy of the order, start review of the receiver order and start putting the duties and due dates in an Excel file | 3.00 | 300.00 | 900.00 |
| 02/10/26 | Firexo | Continue working on capturing due dates and duties, download information on Firexo Corp (Delaware) from Companies House, p/c with Chris re: appeal filed by Receivership Defendant (RD), receive email from Chris with a copy of the appeal | 1.00 | 300.00 | 300.00 |
| 02/19/26 | Firexo | Conference call with Jim Silk and Chris re: stay Jim will be filing, information needed to follow the receiver order, information from Jim re: background on the case, email from Jim with documents filed in the case, internet research into Firexo companies registered in Delaware and Florida, start review of documents emailed from Jim Silk | 3.00 | 300.00 | 900.00 |
| 02/20/26 | Firexo | Continue review of documents, get information on Firexo patents | 1.50 | 300.00 | 450.00 |
| 02/23/26 | Firexo | Continue review of documents from Jim Silk | 1.50 | 300.00 | 450.00 |
| 02/24/26 | Firexo | Email from Chris re: items required from defendant, update schedule of items required | 1.70 | 300.00 | 510.00 |
| 02/28/26 | Firexo | Complete review of Coyle testimony and email to Chris questions raised from the testimony | 1.40 | 300.00 | 420.00 |
| | | | | | |

| | Total Time | 13.10 | | 3,930.00 |
|---|---|---|---|---|

1

**Firexo, Inc. vs. Firexo Group Limited and Firexo Corporation**
**Activities and Hours for Steve Skutch**
**March 1, 2026 - March 31, 2026**

Case: 3:21-cv-02336-JZ  Doc #: 102  Filed: 06/06/26  4 of 8.  PageID #: 2316

| Date | Client | Activities | Hours | Rate | Extension |
|---|---|---|---|---|---|
| 03/01/26 | Firexo | Start review of Breith deposition | 0.30 | 300.00 | 90.00 |
| 03/04/26 | Firexo | P/c w/ Chris re: upcoming Zoom call, p/c w/ attorney DeMarco re: chapter 15 filings, Zoom call w/ Michael Gorman, Paul Belazis, and Chris re: status of receivership activities, p/c w/ Josh re: receivership and becoming a director | 2.00 | 300.00 | 600.00 |
| 03/05/26 | Firexo | Prepare schedule of tasks required from Breith and tasks I need to accomplish and email to Chris, email to Josh with documents re: receivership, download information from Companies House | 1.50 | 300.00 | 450.00 |
| 03/06/26 | Firexo | Draft letter to HSBC to inform them of the receivership, discuss with Chris and his conversation with Jim Silk regarding when we will receive information from the defendant, FedEx letter to HSBC | 1.30 | 300.00 | 390.00 |
| 03/09/26 | Firexo | P/c w/ potential director and email re: receivership | 0.50 | 300.00 | 150.00 |
| 03/16/26 | Firexo | P/c w/Chris re: lack of information from Breith and filing motion with the Court, | 0.30 | 300.00 | 90.00 |
| 03/18/26 | Firexo | P/c w// Chris re: upcoming call on Friday, draft agenda and review Coyle testimony for potential questions, email to Chris | 2.40 | 300.00 | 720.00 |
| 03/24/26 | Firexo | P/c w/ Chris prior to Zoom call with Jim Silk, Zoom call with Jim Silk re: items Firexo Group is to provide and ask that FGL also provide the same items, start preparing schedule of items needed from Receivership Defendant from the Receiver order as well as additional items requested by Receiver | 2.50 | 300.00 | 750.00 |
| 03/25/26 | Firexo | Complete schedule of items needed and being requested from Jim Silk and email to Jim and Chris | 1.00 | 300.00 | 300.00 |
| 03/30/26 | Firexo | Review documents forward to Chris from attorney Nightingale, p/c w/ Chris re: same | 0.70 | 300.00 | 210.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

|  |  |  |
|---|---|---|
| Total Time | 12.50 | 3,750.00 |
| Expenses |  | 57.66 |
| TOTAL |  | 3,807.66 |

1

Case: 3:21-cv-02336-JZ Doc #: 102 Filed: 06/06/26 5 of 8. PageID #: 2317

Steve Skutch

March 2026

| DATE | | CLIENT | Fed-Ex | Postage | Parking/Tolls | Meals | Hotel | Phone | Mileage | Misc | Total | Explanation |
|------|---|--------|--------|---------|---------------|-------|-------|-------|---------|------|-------|-------------|
| 03/06/26 | | Firrexo | 57.66 | | | | | | | | 57.66 | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | 57.66 | - | - | - | - | - | - | - | 57.66 | |

57.66

**Double Check**

**Firexo, Inc. vs. Firexo Group Limited and Firexo Corporation**
**Activities and Hours for Steve Skutch**
**April 1, 2026 - April 30, 2026**

Case: 3:21-cv-02336-JZ  Doc #: 102  Filed: 06/06/26  6 of 8.  PageID #: 2318

| Date | Client | Activities | Hours | Rate | Extension |
|---|---|---|---|---|---|
| 04/03/26 | Firexo | Start draft of Receiver's report | 0.50 | 300.00 | 150.00 |
| 04/06/26 | Firexo | Continue work on draft | 0.30 | 300.00 | 90.00 |
| 04/08/26 | Firexo | P/c w/Chris re: receiver's report and show cause motion, continue work on receivers report and update information on Firexo Group Limited, Firexo Unlimited, and Firexo Corporation. | 3.50 | 300.00 | 1,050.00 |
| 04/09/26 | Firexo | Research into void Delaware Corporations, start preparing timeline showing events for FGH and FC | 3.00 | 300.00 | 900.00 |
| 04/10/26 | Firexo | Continue creating timeline for FGH and FC, and research into when FC became a void corporation, download information from the state of Delaware, p/c w/ Chris re: Delaware Void Corporations and action taken by Firexo Holdings Limited` | 2.00 | 300.00 | 600.00 |
| 04/11/26 | Firexo | Continue review of FGH and FC as well as Firexo Holdings Limited, research into suing a void corporation, p/c w/ Chris re: same | 3.00 | 300.00 | 900.00 |
| 04/14/26 | Firexo | Complete review of events for Firexo Corp. and Firexo Group Limited and all other Firexo related companies, start review of liquidators report | 3.00 | 300.00 | 900.00 |
| 04/15/26 | Firexo | P/c w/ Chris re: Liquidators report and show cause motion, continue review of liquidators report, email liquidator seeking information | 0.50 | 300.00 | 150.00 |
| 04/16/26 | Firexo | Review email from Jim Silk and discussion w/ Chris re: same | 0.60 | 300.00 | 180.00 |
| 04/18/26 | Firexo | Start putting together information on show cause | 0.80 | 300.00 | 240.00 |
| 04/19/26 | Firexo | P/c w/ Chris re: show cause motion | 0.30 | 300.00 | 90.00 |
| 04/20/26 | Firexo | Prepare a schedule of emails and or phone calls with Jim silk re: requesting information from the Receivership Defendants | 0.50 | 300.00 | 150.00 |
| 04/22/26 | Firexo | P/c w/ Chris re: scheduling a call, did the Court issue a recent order, log onto Pacer and review documents, download document # 73 | 0.40 | 300.00 | 120.00 |
| 04/23/26 | Firexo | Email to & from liquidators, review and highlight Document # 73 | 0.40 | 300.00 | 120.00 |

**Firexo, Inc. vs. Firexo Group Limited and Firexo Corporation**
**Activities and Hours for Steve Skutch**
**April 1, 2026 - April 30, 2026**

| Date | Client | Activities | Hours | Rate | Extension |
|---|---|---|---|---|---|
| 04/26/26 | Firexo | P/c w/ Chris re: status, email Chris information | 0.20 | 300.00 | 60.00 |
| 04/28/26 | Firexo | P/c and email to Harvard Business Services, Inc.., registered agent for Firexo, Inc. seeking information, email received from Harvard and sent an email back | 0.30 | 300.00 | 90.00 |
| | | | | | |

| | | Total Time | 19.30 | | 5,790.00 |
|---|---|---|---|---|---|

2

Case: 3:21-cv-02336-JZ  Doc #: 102  Filed: 06/06/26  8 of 8.  PageID #: 2320

**Firexo, Inc. vs. Firexo Group Limited and Firexo Corporation**
**Activities and Hours for Steve Skutch**
**May 1, 2026 - May 31, 2026**

| Date | Client | Activities | Hours | Rate | Extension |
|---|---|---|---|---|---|
| 05/01/26 | Firexo | P/c's w/ Chris re: response from British liquidators and authority over an British company, research into same review documents regarding FHL allotting 1,110,000 shares email Chris with documents from Companies House, and thought re: same | 2.00 | 300.00 | 600.00 |
| 05/03/26 | Firexo | Email from Chris with draft on Motion to Compel, review motion and review documents already received and forward to Chris | 1.00 | 300.00 | 300.00 |
| 05/08/26 | Firexo | P/c w/ Chris re: Motion to Compel, review patent filings and email to Chris, discussion with Chris re: motion. Review documents that can be used in motion, p/c w/ Chris re: same | 2.30 | 300.00 | 690.00 |
| 05/09/26 | Firexo | P/c's and emails with Chris re: Motion to Compel | 2.50 | 300.00 | 750.00 |
| 05/19/26 | Firexo | Review document Review Documents 73 & 85 and send comments to Chris | 1.40 | 300.00 | 420.00 |
| 05/20/26 | Firexo | P/c w/ Chris re: motion to compel and comments re: documents 73 & 85 | 0.50 | 300.00 | 150.00 |
| 05/22/26 | Firexo | Discussion w/ Chris re: motion sent to parties and filed | 0.30 | 300.00 | 90.00 |
| 5/30/2026 | Firexo | Discussion w/ Chris re: filing fee application - N/C | | | - |
| | | Total Time | 10.00 | | 3,000.00 |

1