# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| FIREXO INC., | Case No. 3:21-cv-02336 |
| Plaintiff, | Hon. Jack Zouhary |
| v. | |
| FIREXO GROUP LIMITED, | |
| Defendant. | |

## MOTION FOR EXTENSION OF TIME

Now comes Firexo Corporation ("Firexo Corp."), by and through counsel, and hereby moves the Court for a short, two-day extension of time within which to file its response to Receiver's Motion to Compel and to Show Cause Who Firexo Corporation, David Breith and Peter Coyle Should Not Be Held in Contempt, and for Further Equitable Relief. Firexo Corp. requests this extension due to press of business in other matters, is not interposed for purposes of delay, and no party will be prejudiced should the Court grant the extension.

For the foregoing reasons, Firexo Corporation requests that the Court grant it an extension of time, through and including June 12, 2026, within which to submit its response to Receiver's Motion to Compel and to Show Cause Who Firexo Corporation, David Breith and Peter Coyle Should Not Be Held in Contempt, and for Further Equitable Relief.

Respectfully submitted,

/s/ James P. Silk, Jr.
James P. Silk, Jr. (0062463)
Teresa L. Grigsby (0030401)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH  43604
Telephone:  (419) 241-2201
Facsimile:  (419) 241-8599
jsilk@snlaw.com
tgrigsby@snlaw.com
*Counsel for Firexo Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed this 8th day of June, 2026. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ James P. Silk, Jr.
James P. Silk, Jr.
*Counsel for Firexo Corporation*

803611

2