IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FIREXO, INC.,

    Plaintiff,

v.

FIREXO GROUP LIMITED, *et al.*,

    Defendants.

CASE NO. 21-cv-02336

JUDGE JACK ZOUHARY

ORDER APPROVING RECEIVER'S
FIRST APPLICATION FOR FEES

GORANSON, PARKER & BELLA
BY: Christopher F. Parker (0009338)
405 Madison Ave., Suite 2200
Toledo, Ohio 43604
(419) 244-9500-- telephone
(419) 244-9510-- facsimile
cparker@gpblaw.com – e-mail

COUNSEL FOR RECEIVER

\*   \*   \*   \*   \*

This matter comes before the Court on the Receiver's first fee application.  Upon due consideration by the Court, and for good cause shown, the Application is found well-taken and same is hereby granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Receiver is authorized to receive payment in the amount of $16,527.66 for the period February 9, 2026 through May 30, 2026.

IT IS SO ORDERED

DATE: July 8, 2026

*s/ Jack Zouhary*
JUDGE JACK ZOUHARY

cc:    Adam S. Nightingale, Esq.
       Paul T. Belazis, Esq.
       James P. Silk, Esq.
       Teresa L. Grigsby, Esq.
       Christopher F. Parker, Esq.