**EXHIBIT A**

**TO AFFIDAVIT OF DAVID BREITH**

**(being filed manually with the Court
on 7/31/26 on flash drive)**


Excel Spreadsheet of Consolidated Profit and Loss Basis:  Accrual

and

Summary Page