Outlook

## FW: Firexo payments

**From** Peter Coyle <Peter.Coyle@firexo.com>

**Date** Wed 9/13/2023 7:38 AM

**To** Luke Gemici-Haggett <luke.haggett@firexo.com>

**Cc** Dave Breith <dave.breith@firexo.com>



EXHIBIT

B

FYI Luke – more payments from Dave's DLA.
Regards

**Peter Coyle** | General Counsel
| M: +44 7971 226787      | T:+44 207
| E:                                          9896111
Peter.Coyle@firexo.com    |    firexo.com
                                       W:



     

The content of this message is confidential, so if you have received it by mistake, please inform us by reply email and then delete the message, without sharing it with others. The integrity and security of this email cannot be guaranteed over the internet. Accordingly, the sender will not be held liable for any damage caused by the message. Finally, any opinions expressed in this email are opinions of the writer and NOT the company, so the company does not accept any legal liability for damage caused by its content.

**From:** Peter Coyle
**Sent:** 13 September 2023 12:35
**To:** Sarah Clifford
**Cc:** Rob Parish
**Subject:** Firexo payments

Hi Sarah,

Can you please make the following transfers please:
1. Firexo Limited bank account £123,413.45
2. Firexo SP Zoo (Zloty) £20,000.00
3. Firexo USA (USD) £7,000.00

The first one needs to go straight away please – usual account at HSBC where you have made previous transfers.

I am not sure you will have account details for the 2nd and 3rd transfers – Rob, can you please provide these to Sarah?

Many thanks.

Pete