Registered number
11085973

Firexo Group Limited

Report and Accounts

31 December 2021



**Firexo Group Limited**
**Registered number:**        **11085973**
**Directors' Report**

The directors present their report and accounts for the year ended 31 December 2021.

**Principal activities**
The company's principal activity during the year continued to be that of manufacture of fire extinguishing fluid and extinguishers.

**Directors**
The following persons served as directors during the year:

   D Breith
   GPS Baldwin

**Small company provisions**
This report has been prepared in accordance with the provisions in Part 15 of the Companies Act 2006 applicable to companies subject to the small companies regime.

This report was approved by the board on 8 June 2022 and signed on its behalf.

D Breith
Director

1

**Firexo Group Limited**
**Profit and Loss Account**
**for the year ended 31 December 2021**

|  | 2021<br>£ | 2020<br>£ |
|---|---:|---:|
| **Turnover** | 726,996 | 226,586 |
| Cost of sales | (659,885) | (201,286) |
| **Gross profit** | 67,111 | 25,300 |
| Administrative expenses | (1,355,469) | (742,817) |
| **Operating loss** | (1,288,358) | (717,517) |
| Interest payable | (1,691) | (1,519) |
| **Loss before taxation** | (1,290,049) | (719,036) |
| Tax on loss | 93,009 | 162,974 |
| **Loss for the financial year** | (1,197,040) | (556,062) |

**Firexo Group Limited**
**Registered number:**    11085973
**Balance Sheet**
**as at 31 December 2021**

| | Notes | 2021 £ | | 2020 £ |
|---|---|---|---|---|
| **Fixed assets** | | | | |
| Intangible assets | 3 | 575,769 | | 58,014 |
| Tangible assets | 4 | 14,955 | | 25,773 |
| Investments | 5 | 100 | | 100 |
| | | 590,824 | | 83,887 |
| | | | | |
| **Current assets** | | | | |
| Stocks | | 519,707 | | 468,280 |
| Debtors | 6 | 423,581 | | 134,521 |
| Cash at bank and in hand | | 12,014 | | 183,249 |
| | | 955,302 | | 786,050 |
| | | | | |
| **Creditors: amounts falling due within one year** | 7 | (1,435,945) | | (570,256) |
| | | | | |
| **Net current (liabilities)/assets** | | (480,643) | | 215,794 |
| | | | | |
| **Net assets** | | 110,181 | | 299,681 |
| | | | | |
| **Capital and reserves** | | | | |
| Called up share capital | | 96 | | 93 |
| Share premium | | 3,992,149 | | 2,984,612 |
| Profit and loss account | | (3,882,064) | | (2,685,024) |
| | | | | |
| **Shareholders' funds** | | 110,181 | | 299,681 |

The directors are satisfied that the company is entitled to exemption from the requirement to obtain an audit under section 477 of the Companies Act 2006.

The members have not required the company to obtain an audit in accordance with section 476 of the Act.

The directors acknowledge their responsibilities for complying with the requirements of the Companies Act 2006 with respect to accounting records and the preparation of accounts.

The accounts have been prepared and delivered in accordance with the special provisions applicable to companies subject to the small companies regime. The profit and loss account has not been delivered to the Registrar of Companies.

D Breith
Director
Approved by the board on 8 June 2022

3

**Firexo Group Limited**
**Statement of Changes in Equity**
**for the year ended 31 December 2021**

| | Share capital | Share premium | Re-valuation reserve | Profit and loss account | Total |
|---|---|---|---|---|---|
| | £ | £ | £ | £ | £ |
| At 1 January 2020 | 88 | 2,307,225 | - | (2,128,962) | 178,351 |
| Loss for the financial year | | | | (556,062) | (556,062) |
| Shares issued | 5 | 677,387 | | | 677,392 |
| At 31 December 2020 | 93 | 2,984,612 | - | (2,685,024) | 299,681 |
| | | | | | |
| At 1 January 2021 | 93 | 2,984,612 | - | (2,685,024) | 299,681 |
| Loss for the financial year | | | | (1,197,040) | (1,197,040) |
| Shares issued | 3 | 1,007,537 | | | 1,007,540 |
| At 31 December 2021 | 96 | 3,992,149 | - | (3,882,064) | 110,181 |

4

**Firexo Group Limited**
**Notes to the Accounts**
**for the year ended 31 December 2021**

1    Accounting policies

*Basis of preparation*
The accounts have been prepared under the historical cost convention and in accordance with FRS 102, The Financial Reporting Standard applicable in the UK and Republic of Ireland (as applied to small entities by section 1A of the standard).

*Preparation of consolidated financial statements*
The financial statements contain information about Firexo Group Limited as an individual company and do not contain consolidated financial information as the parent of a group. The company is exempt under section 399(2A) of the Companies Act 2006 from the requirements to prepare consolidated financial statements.

*Significant judgements and estimates*
The preparation of financial statements requires management to make judgements ,estimates and assumptions about the carrying value of assetsand liabilities that are not readily apparent from other source. The estimates and underlying assumptions are based on historical experience and other factors that are considered to be relevant. Actualk results may differ from these estimates.

The estimates and underlying assumptions are reviewed on a continuing basis. Revisions to accounting estimates are recognised in the period in which the estimate is revised, if the revision affects only that period, or in the period of the revision and future periods if the revision affects both current and future periods.

In the opinion of the Directors, there are no specific key judgements or areas of estimation to disclose,

*Turnover*
Turnover is measured at the fair value of the consideration received or receivable, net of discounts and value added taxes. Turnover includes revenue earned from the sale of goods and from the rendering of services. Turnover from the sale of goods is recognised when the significant risks and rewards of ownership of the goods have transferred to the buyer. Turnover from the rendering of services is recognised by reference to the stage of completion of the contract. The stage of completion of a contract is measured by comparing the costs incurred for work performed to date to the total estimated contract costs.

*Intangible fixed assets*
Intangible fixed assets are measured at cost less accumulative amortisation and any accumulative impairment losses.

Patents and licences are being amortised evenly over the estimated useful life of 10 years.

Research expenditure is written off as it is incurred except where there is a separate project that is technically, commercially and financially viable. In these circunstances the identifable expenditure of £461,015 is deferred and amortised over the period the company is expected to derive benefit from the final product. A period not exceeding 5 years.

5

**Firexo Group Limited**
**Notes to the Accounts**
**for the year ended 31 December 2021**

*Tangible fixed assets*
Tangible fixed assets are measured at cost less accumulative depreciation and any accumulative impairment losses. Depreciation is provided on all tangible fixed assets, other than freehold land, at rates calculated to write off the cost, less estimated residual value, of each asset evenly over its expected useful life, as follows:

| | |
|---|---|
| Motor Vehicles | 20% straight line |
| Fixtures, fittings, tools and equipment | 33% straight line |

*Investments*
Investments in subsidiaries, associates and joint ventures are measured at cost less any accumulated impairment losses. Listed investments are measured at fair value. Unlisted investments are measured at fair value unless the value cannot be measured reliably, in which case they are measured at cost less any accumulated impairment losses. Changes in fair value are included in the profit and loss account.

*Stocks*
Stocks are measured at the lower of cost and estimated selling price less costs to complete and sell. Cost is determined using the first in first out method. The carrying amount of stock sold is recognised as an expense in the period in which the related revenue is recognised.

*Debtors*
Short term debtors are measured at transaction price (which is usually the invoice price), less any impairment losses for bad and doubtful debts. Loans and other financial assets are initially recognised at transaction price including any transaction costs and subsequently measured at amortised cost determined using the effective interest method, less any impairment losses for bad and doubtful debts.

*Creditors*
Short term creditors are measured at transaction price (which is usually the invoice price). Loans and other financial liabilities are initially recognised at transaction price net of any transaction costs and subsequently measured at amortised cost determined using the effective interest method.

*Taxation*
A current tax liability is recognised for the tax payable on the taxable profit of the current and past periods. A current tax asset is recognised in respect of a tax loss that can be carried back to recover tax paid in a previous period. Deferred tax is recognised in respect of all timing differences between the recognition of income and expenses in the financial statements and their inclusion in tax assessments. Unrelieved tax losses and other deferred tax assets are recognised only to the extent that it is probable that they will be recovered against the reversal of deferred tax liabilities or other future taxable profits. Deferred tax is measured using the tax rates and laws that have been enacted or substantively enacted by the reporting date and that are expected to apply to the reversal of the timing difference, except for revalued land and investment property where the tax rate that applies to the sale of the asset is used. Current and deferred tax assets and liabilities are not discounted.

*Provisions*
Provisions (ie liabilities of uncertain timing or amount) are recognised when there is an obligation at the reporting date as a result of a past event, it is probable that economic benefit will be transferred to settle the obligation and the amount of the obligation can be estimated reliably.

6

**Firexo Group Limited**
**Notes to the Accounts**
**for the year ended 31 December 2021**

*Foreign currency translation*

Transactions in foreign currencies are initially recognised at the rate of exchange ruling at the date of the transaction. At the end of each reporting period foreign currency monetary items are translated at the closing rate of exchange. Non-monetary items that are measured at historical cost are translated at the rate ruling at the date of the transaction. All differences are charged to profit or loss.

*Leased assets*

A lease is classified as a finance lease if it transfers substantially all the risks and rewards incidental to ownership. All other leases are classified as operating leases. The rights of use and obligations under finance leases are initially recognised as assets and liabilities at amounts equal to the fair value of the leased assets or, if lower, the present value of the minimum lease payments. Minimum lease payments are apportioned between the finance charge and the reduction in the outstanding liability using the effective interest rate method. The finance charge is allocated to each period during the lease so as to produce a constant periodic rate of interest on the remaining balance of the liability. Leased assets are depreciated in accordance with the company's policy for tangible fixed assets. If there is no reasonable certainty that ownership will be obtained at the end of the lease term, the asset is depreciated over the lower of the lease term and its useful life. Operating lease payments are recognised as an expense on a straight line basis over the lease term.

*Pensions*

Contributions to defined contribution plans are expensed in the period to which they relate.

| 2 | Employees | 2021 Number | 2020 Number |
|---|---|---|---|
| | Average number of persons employed by the company | 3 | 3 |

| 3 | Intangible fixed assets | £ |
|---|---|---|
| | Research, development and patent costs | |
| | **Cost** | |
| | At 1 January 2021 | 64,884 |
| | Additions | 528,557 |
| | At 31 December 2021 | 593,441 |
| | **Amortisation** | |
| | At 1 January 2021 | 6,870 |
| | Provided during the year | 10,802 |
| | At 31 December 2021 | 17,672 |
| | **Net book value** | |
| | At 31 December 2021 | 575,769 |
| | At 31 December 2020 | 58,014 |

Patents and licences are being written off in equal annual instalments over the estimated economic life of 10 years.

Development costs are being written off over the period the company is expected to derive benefit not exceeding 5 years.

7

**Firexo Group Limited**
**Notes to the Accounts**
**for the year ended 31 December 2021**

### 4  Tangible fixed assets

| | Computer equipment £ | Plant and machinery etc £ | Motor vehicles £ | Total £ |
|---|---|---|---|---|
| **Cost** | | | | |
| At 1 January 2021 | 30,798 | 29,341 | 3,200 | 63,339 |
| Additions | 6,871 | - | - | 6,871 |
| At 31 December 2021 | 37,669 | 29,341 | 3,200 | 70,210 |
| | | | | |
| **Depreciation** | | | | |
| At 1 January 2021 | 23,897 | 12,067 | 1,602 | 37,566 |
| Charge for the year | 7,141 | 9,780 | 768 | 17,689 |
| At 31 December 2021 | 31,038 | 21,847 | 2,370 | 55,255 |
| | | | | |
| **Net book value** | | | | |
| At 31 December 2021 | 6,631 | 7,494 | 830 | 14,955 |
| | | | | |
| At 31 December 2020 | 6,901 | 17,274 | 1,598 | 25,773 |

### 5  Investments

| | Investments in subsidiary undertakings £ |
|---|---|
| **Cost** | |
| At 1 January 2021 | 100 |
| | |
| At 31 December 2021 | 100 |

### 6  Debtors

| | 2021 £ | 2020 £ |
|---|---|---|
| Trade debtors | 104,772 | 34,810 |
| Amounts owed by associated undertakings | 119,559 | 11,158 |
| VAT | 19,197 | 28,370 |
| Other debtors | 180,053 | 60,183 |
| | 423,581 | 134,521 |

8

**Firexo Group Limited**
**Notes to the Accounts**
**for the year ended 31 December 2021**

| 7 Creditors: amounts falling due within one year | 2021 £ | 2020 £ |
|---|---|---|
| Shareholders loan acocunt | 21,013 | - |
| Bank loans and overdrafts | 349,950 | - |
| Trade creditors | 692,804 | 304,101 |
| Amounts owed to group undertakings | 131,475 | 131,914 |
| Taxation and social security costs | 1,609 | - |
| Other creditors | 239,094 | 134,241 |
| | 1,435,945 | 570,256 |

**8  Other information**

Firexo Group Limited is a private company limited by shares and incorporated in England. Its registered office is:
Coyle White Devine
Boughton Business Park
Bell Lane, Amersham
Bucks
HP6 6FA

9

**Firexo Group Limited**
**Detailed profit and loss account**
**for the year ended 31 December 2021**
*This schedule does not form part of the statutory accounts*

|  | 2021 £ | 2020 £ |
|---|---|---|
| **Sales** | 726,996 | 226,586 |
| Cost of sales | (659,885) | (201,286) |
| **Gross profit** | 67,111 | 25,300 |
| Administrative expenses | (1,355,469) | (742,817) |
| **Operating loss** | (1,288,358) | (717,517) |
| Interest payable | (1,691) | (1,519) |
| **Loss before tax** | (1,290,049) | (719,036) |

10

**Firexo Group Limited**
**Detailed profit and loss account**
**for the year ended 31 December 2021**
*This schedule does not form part of the statutory accounts*

|  | 2021 £ | 2020 £ |
|---|---|---|
| **Sales** |  |  |
| Sales | 726,996 | 226,586 |
|  |  |  |
| **Cost of sales** |  |  |
| Purchases | 388,587 | 147,461 |
| Carriage | 105,493 | - |
| Gain on revalution of tangible assets | - | (180) |
| Hire of plant and equipment | 4,104 | 563 |
| Other direct costs | 161,701 | 53,442 |
|  | 659,885 | 201,286 |
|  |  |  |
| **Administrative expenses** |  |  |
| Employee costs: |  |  |
| Wages and salaries | 84,216 | - |
| Pensions | 400 | - |
| Travel and subsistence | 82,892 | 49,689 |
| Motor expenses | 14,596 | 11,968 |
| Entertaining | - | 184 |
|  | 182,104 | 61,841 |
| Premises costs: |  |  |
| Rent | 47,215 | 37,500 |
| Other establishment costs | 4,344 | 7,769 |
| Light and heat | 9,134 | - |
| Cleaning | 1,440 | 100 |
|  | 62,133 | 45,369 |
| General administrative expenses: |  |  |
| Telephone and internet | 9,877 | 6,002 |
| Stationery and printing | 1,085 | 11,706 |
| Subscriptions | 11,147 | 5,838 |
| Bank charges | 12,530 | 6,121 |
| Licences and Insurance | 49,126 | 20,913 |
| Computer costs | 9,787 | 43,045 |
| Repairs and maintenance | 2,371 | 21,266 |
| Depreciation | 28,491 | 24,599 |
| Bad debts | - | 409 |
| Sundry expenses | 200 | 924 |
|  | 124,614 | 140,823 |
| Legal and professional costs: |  |  |
| Accountancy fees | 56,092 | - |
| Professional fees | 295,397 | 445,111 |
| Legal fees | 515,460 | 17,709 |
| Advertising and PR | 119,669 | 31,964 |
|  | 986,618 | 494,784 |
|  |  |  |
|  | 1,355,469 | 742,817 |

11

Registered number
11085973

Firexo Group Limited

Report and Accounts

31 December 2022

**Firexo Group Limited**
**Registered number:**          **11085973**
**Directors' Report**

The directors present their report and accounts for the year ended 31 December 2022.

**Principal activities**
The company's principal activity during the year continued to be that of manufacture of fire extinguishing fluid and extinguishers.

**Directors**
The following persons served as directors during the year:

D Breith
GPS Baldwin
WDE Staring

**Small company provisions**
This report has been prepared in accordance with the provisions in Part 15 of the Companies Act 2006 applicable to companies subject to the small companies regime.

This report was approved by the board on 10 March 2023 and signed on its behalf.

D Breith
Director

1

**Firexo Group Limited**
**Profit and Loss Account**
**for the year ended 31 December 2022**

|  | 2022<br>£ | 2021<br>£ |
|---|---|---|
| **Turnover** | 466,119 | 726,996 |
| Cost of sales | (396,052) | (554,392) |
| **Gross profit** | 70,067 | 172,604 |
| Administrative expenses | (1,477,609) | (1,460,962) |
| **Operating loss** | (1,407,542) | (1,288,358) |
| Interest payable | (12,901) | (1,691) |
| **Loss before taxation** | (1,420,443) | (1,290,049) |
| Tax on loss | 88,585 | 93,009 |
| **Loss for the financial year** | (1,331,858) | (1,197,040) |

2

**Firexo Group Limited**
**Registered number:**     11085973
**Balance Sheet**
**as at 31 December 2022**

| | Notes | 2022 £ | | 2021 £ |
|---|---|---|---|---|
| **Fixed assets** | | | | |
| Intangible assets | 3 | 417,818 | | 575,769 |
| Tangible assets | 4 | - | | 14,955 |
| Investments | 5 | 100 | | 100 |
| | | 417,918 | | 590,824 |
| | | | | |
| **Current assets** | | | | |
| Stocks | | - | 519,707 | |
| Debtors | 6 | 172,673 | 423,581 | |
| Cash at bank and in hand | | 12,353 | 12,014 | |
| | | 185,026 | 955,302 | |
| | | | | |
| **Creditors: amounts falling due within one year** | 7 | (1,028,430) | (1,435,945) | |
| | | | | |
| **Net current liabilities** | | (843,404) | | (480,643) |
| | | | | |
| **Total assets less current liabilities** | | (425,486) | | 110,181 |
| | | | | |
| **Creditors: amounts falling due after more than one year** | 8 | 796,191 | | - |
| **Capital and reserves** | | | | |
| Called up share capital | | 96 | | 96 |
| Share premium | | 3,992,149 | | 3,992,149 |
| Profit and loss account | | (5,213,922) | | (3,882,064) |
| | | | | |
| **Shareholders'and long term funds** | | (425,486) | | 110,181 |

The directors are satisfied that the company is entitled to exemption from the requirement to obtain an audit under section 477 of the Companies Act 2006.

The members have not required the company to obtain an audit in accordance with section 476 of the Act.

The directors acknowledge their responsibilities for complying with the requirements of the Companies Act 2006 with respect to accounting records and the preparation of accounts.

The accounts have been prepared and delivered in accordance with the special provisions applicable to companies subject to the small companies regime. The profit and loss account has not been delivered to the Registrar of Companies.

D Breith
Director
Approved by the board on 10 March 2023

3

**Firexo Group Limited**
**Statement of Changes in Equity**
**for the year ended 31 December 2022**

| | Share capital | Share premium | Re-valuation reserve | Profit and loss account | Total |
|---|---|---|---|---|---|
| | £ | £ | £ | £ | £ |
| **At 1 January 2021** | 93 | 2,984,612 | - | (2,685,024) | 299,681 |
| Loss for the financial year | | | | (1,197,040) | (1,197,040) |
| Shares issued | 3 | 1,007,537 | | | 1,007,540 |
| **At 31 December 2021** | 96 | 3,992,149 | - | (3,882,064) | 110,181 |
| | | | | | |
| **At 1 January 2022** | 96 | 3,992,149 | - | (3,882,064) | 110,181 |
| Loss for the financial year | | | | (1,331,858) | (1,331,858) |
| **At 31 December 2022** | 96 | 3,992,149 | - | (5,213,922) | (1,221,677) |

4

**Firexo Group Limited**
**Notes to the Accounts**
**for the year ended 31 December 2022**

1   Accounting policies

*Basis of preparation*
The accounts have been prepared under the historical cost convention and in accordance with FRS 102, The Financial Reporting Standard applicable in the UK and Republic of Ireland (as applied to small entities by section 1A of the standard).

*Preparation of consolidated financial statements*
The financial statements contain information about Firexo Group Limited as an individual company and do not contain consolidated financial information as the parent of a group. The company is exempt under section 399(2A) of the Companies Act 2006 from the requirements to prepare consolidated financial statements.

*Significant judgements and estimates*
The preparation of financial statements requires management to make judgements ,estimates and assumptions about the carrying value of assetsand liabilities that are not readily apparent from other source. The estimates and underlying assumptions are based on historical experience and other factors that are considered to be relevant. Actualk results may differ from these estimates.

The estimates and underlying assumptions are reviewed on a continuing basis. Revisions to accounting estimates are recognised in the period in which the estimate is revised, if the revision affects only that period, or in the period of the revision and future periods if the revision affects both current and future periods.

In the opinion of the Directors, there are no specific key judgements or areas of estimation to disclose,

*Turnover*
Turnover is measured at the fair value of the consideration received or receivable, net of discounts and value added taxes. Turnover includes revenue earned from the sale of goods and from the rendering of services. Turnover from the sale of goods is recognised when the significant risks and rewards of ownership of the goods have transferred to the buyer. Turnover from the rendering of services is recognised by reference to the stage of completion of the contract. The stage of completion of a contract is measured by comparing the costs incurred for work performed to date to the total estimated contract costs.

*Intangible fixed assets*
Intangible fixed assets are measured at cost less accumulative amortisation and any accumulative impairment losses.

Patents and licences are being amortised evenly over the estimated useful life of 10 years.

Research expenditure is written off as it is incurred except where there is a separate project that is technically, commercially and financially viable. In these circumstances the identifable expenditure of £461,015 is deferred and amortised over the period the company is expected to derive benefit from the final product. A period not exceeding 10 years.

**Firexo Group Limited**
**Notes to the Accounts**
**for the year ended 31 December 2022**

*Tangible fixed assets*
Tangible fixed assets are measured at cost less accumulative depreciation and any accumulative impairment losses. Depreciation is provided on all tangible fixed assets, other than freehold land, at rates calculated to write off the cost, less estimated residual value, of each asset evenly over its expected useful life, as follows:

| | |
|---|---|
| Motor Vehicles | 20% straight line |
| Fixtures, fittings, tools and equipment | 33% straight line |

*Investments*
Investments in subsidiaries, associates and joint ventures are measured at cost less any accumulated impairment losses. Listed investments are measured at fair value. Unlisted investments are measured at fair value unless the value cannot be measured reliably, in which case they are measured at cost less any accumulated impairment losses. Changes in fair value are included in the profit and loss account.

*Stocks*
Stocks are measured at the lower of cost and estimated selling price less costs to complete and sell. Cost is determined using the first in first out method. The carrying amount of stock sold is recognised as an expense in the period in which the related revenue is recognised.

*Debtors*
Short term debtors are measured at transaction price (which is usually the invoice price), less any impairment losses for bad and doubtful debts. Loans and other financial assets are initially recognised at transaction price including any transaction costs and subsequently measured at amortised cost determined using the effective interest method, less any impairment losses for bad and doubtful debts.

*Creditors*
Short term creditors are measured at transaction price (which is usually the invoice price). Loans and other financial liabilities are initially recognised at transaction price net of any transaction costs and subsequently measured at amortised cost determined using the effective interest method.

*Taxation*
A current tax liability is recognised for the tax payable on the taxable profit of the current and past periods. A current tax asset is recognised in respect of a tax loss that can be carried back to recover tax paid in a previous period. Deferred tax is recognised in respect of all timing differences between the recognition of income and expenses in the financial statements and their inclusion in tax assessments. Unrelieved tax losses and other deferred tax assets are recognised only to the extent that it is probable that they will be recovered against the reversal of deferred tax liabilities or other future taxable profits. Deferred tax is measured using the tax rates and laws that have been enacted or substantively enacted by the reporting date and that are expected to apply to the reversal of the timing difference, except for revalued land and investment property where the tax rate that applies to the sale of the asset is used. Current and deferred tax assets and liabilities are not discounted.

*Provisions*
Provisions (ie liabilities of uncertain timing or amount) are recognised when there is an obligation at the reporting date as a result of a past event, it is probable that economic benefit will be transferred to settle the obligation and the amount of the obligation can be estimated reliably.

6

**Firexo Group Limited**
**Notes to the Accounts**
**for the year ended 31 December 2022**

*Foreign currency translation*

Transactions in foreign currencies are initially recognised at the rate of exchange ruling at the date of the transaction. At the end of each reporting period foreign currency monetary items are translated at the closing rate of exchange. Non-monetary items that are measured at historical cost are translated at the rate ruling at the date of the transaction. All differences are charged to profit or loss.

*Leased assets*

A lease is classified as a finance lease if it transfers substantially all the risks and rewards incidental to ownership. All other leases are classified as operating leases. The rights of use and obligations under finance leases are initially recognised as assets and liabilities at amounts equal to the fair value of the leased assets or, if lower, the present value of the minimum lease payments. Minimum lease payments are apportioned between the finance charge and the reduction in the outstanding liability using the effective interest rate method. The finance charge is allocated to each period during the lease so as to produce a constant periodic rate of interest on the remaining balance of the liability. Leased assets are depreciated in accordance with the company's policy for tangible fixed assets. If there is no reasonable certainty that ownership will be obtained at the end of the lease term, the asset is depreciated over the lower of the lease term and its useful life. Operating lease payments are recognised as an expense on a straight line basis over the lease term.

*Pensions*

Contributions to defined contribution plans are expensed in the period to which they relate.

| 2 | Employees | 2022 Number | 2021 Number |
|---|---|---|---|
|  | Average number of persons employed by the company | 3 | 3 |

**3  Intangible fixed assets**                                                       **£**
Research, development and patent costs

**Cost**
At 1 January 2022                                                                    593,441
Additions                                                                             16,066

At 31 December 2022                                                                  461,015

**Amortisation**
At 1 January 2022                                                                     17,672
Provided during the year                                                              25,525

At 31 December 2022                                                                   43,197

**Net book value**
At 31 December 2022                                                                  417,818

At 31 December 2021                                                                  575,769

Patents and licences are being written off in equal annual instalments over the estimated economic life of 10 years.

Development costs are being written off over the period the company is expected to derive benefit not exceeding 5 years.

7

**Firexo Group Limited**
**Notes to the Accounts**
**for the year ended 31 December 2022**

### 4  Tangible fixed assets

| | Computer equipment £ | Plant and machinery etc £ | Motor vehicles £ | Total £ |
|---|---|---|---|---|
| **Cost** | | | | |
| At 1 January 2022 | 37,669 | 29,341 | 3,200 | 70,210 |
| Additions | 6,693 | 1,854 | 24,450 | 32,997 |
| Disposals | (44,362) | (31,195) | (27,650) | (103,207) |
| At 31 December 2022 | - | - | - | - |
| **Depreciation** | | | | |
| At 1 January 2022 | 31,038 | 21,847 | 2,370 | 55,255 |
| Charge for the year | 1,736 | 5,815 | 4,597 | 12,148 |
| On disposals | (32,774) | (27,662) | (6,967) | (67,403) |
| At 31 December 2022 | - | - | - | - |
| **Net book value** | | | | |
| At 31 December 2022 | - | - | - | - |
| At 31 December 2021 | 6,631 | 7,494 | 830 | 14,955 |

### 5  Investments

| | Investments in subsidiary undertakings £ |
|---|---|
| **Cost** | |
| At 1 January 2022 | 100 |
| At 31 December 2022 | 100 |

### 6  Debtors

| | 2022 £ | 2021 £ |
|---|---|---|
| Trade debtors | 42,686 | 104,772 |
| Amounts owed by associated undertakings | - | 119,559 |
| VAT | 21,145 | 19,197 |
| Other debtors | 108,842 | 180,053 |
| | 172,673 | 423,581 |

8

**Firexo Group Limited**
**Notes to the Accounts**
**for the year ended 31 December 2022**

| | | 2022 £ | 2021 £ |
|---|---|---:|---:|
| 7 | **Creditors: amounts falling due within one year** | | |
| | Shareholders loan account | - | 21,013 |
| | Bank and other loans | 499,900 | 349,950 |
| | Trade creditors | 485,722 | 692,804 |
| | Amounts owed to group undertakings | - | 131,475 |
| | Taxation and social security costs | 4,649 | 1,609 |
| | Other creditors | 38,159 | 239,094 |
| | | 1,028,430 | 1,435,945 |

| | | 2022 £ | 2021 £ |
|---|---|---:|---:|
| 8 | **Creditors: amounts falling due after one year** | | |
| | Amounts owed to group undertakings | 796,191 | - |

**9 Other information**

Firexo Group Limited is a private company limited by shares and incorporated in England. Its registered office is:
Coyle White Devine
Boughton Business Park
Bell Lane, Amersham
Bucks
HP6 6FA

9

**Firexo Group Limited**
**Detailed profit and loss account**
**for the year ended 31 December 2022**
*This schedule does not form part of the statutory accounts*

|  | 2022 £ | 2021 £ |
|---|---|---|
| **Sales** | 466,119 | 726,996 |
| Cost of sales | (396,052) | (554,392) |
| **Gross profit** | 70,067 | 172,604 |
| Administrative expenses | (1,477,609) | (1,460,962) |
| **Operating loss** | (1,407,542) | (1,288,358) |
| Interest payable | (12,901) | (1,691) |
| **Loss before tax** | (1,420,443) | (1,290,049) |

10

**Firexo Group Limited**
**Detailed profit and loss account**
**for the year ended 31 December 2022**
*This schedule does not form part of the statutory accounts*

|  | 2022 £ | 2021 £ |
|---|---|---|
| **Sales** | | |
| Sales | 466,119 | 726,996 |
| | | |
| **Cost of sales** | | |
| Purchases | 350,334 | 388,587 |
| Hire of plant and equipment | 4,732 | 4,104 |
| Other direct costs | 40,986 | 161,701 |
| | 396,052 | 554,392 |
| | | |
| **Administrative expenses** | | |
| Employee costs: | | |
| Wages, consultants and salaries | 359,726 | 84,216 |
| Pensions | 1,325 | 400 |
| Staff training and welfare | 6,830 | - |
| Travel and subsistence | 70,515 | 82,892 |
| Motor expenses | 15,501 | 14,596 |
| | 453,897 | 182,104 |
| Premises costs: | | |
| Rent | 50,633 | 47,215 |
| Other establishment costs | 8,569 | 4,344 |
| Light and heat | 6,783 | 9,134 |
| Cleaning | 356 | 1,440 |
| | 66,341 | 62,133 |
| General administrative expenses: | | |
| Telephone and internet | 7,259 | 9,877 |
| Stationery and printing | 4,426 | 1,085 |
| Carraige | 175,176 | 105,493 |
| Subscriptions | 2,720 | 11,147 |
| Bank charges | 8,992 | 12,530 |
| Licences and Insurance | 83,894 | 49,126 |
| Computer costs | 65,662 | 9,787 |
| Repairs and maintenance | 734 | 2,371 |
| Depreciation | 37,673 | 28,491 |
| Bad debts | 826 | - |
| Sundry expenses | 1,481 | 200 |
| | 388,843 | 230,107 |
| Legal and professional costs: | | |
| Accountancy fees | 15,069 | 56,092 |
| Professional fees | 48,741 | 295,397 |
| Legal fees | 315,854 | 515,460 |
| Advertising and PR | 188,864 | 119,669 |
| | 568,528 | 986,618 |
| | | |
| | 1,477,609 | 1,460,962 |

11

# Firexo Group Limited

## Balance Sheet

Basis: Accrual

As of 31/10/24

| Account | Account Code | Total |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| **Cash** | | |
| **Total for Cash** | | **0.00** |
| **Bank** | | |
| Firexo Group Limited | | -219.30 |
| **Total for Bank** | | **-219.30** |
| Accounts Receivable | 610 | 18,488.07 |
| **Other current assets** | | |
| Firexo Corporation Intercompany Account | 853 | -1,656,712.65 |
| Firexo Inc Inter-Company Transfers | 856 | 13,993.66 |
| Holding Acccount - Inventory - Pending addition to Books | | -1,823,201.55 |
| Input VAT | | 34,923.44 |
| Inventory | 630 | 39,420.00 |
| Inventory Asset | | 1,036,721.49 |
| Materials | 632 | 524,011.12 |
| Stock | 631 | 223,048.94 |
| **Total for Other current assets** | | **-1,607,795.55** |
| **Total for Current Assets** | | **-1,589,526.78** |
| **Other Assets** | | |
| **Total for Other Assets** | | **0.00** |
| **Fixed Assets** | | |
| Intangibles | 770 | 225,000.00 |
| **Total for Fixed Assets** | | **225,000.00** |
| **Total for Assets** | | **-1,364,526.78** |

| Account | Account Code | Total |
|---|---|---|
| **Liabilities & Equities** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable | 800 | 755,193.10 |
| David Breith (AMEX) 1000 | | 97,871.58 |
| David Breith (HSBC VISA) 7887 | | 46,422.17 |
| Output VAT | | 4,695.78 |
| VAT Payable | | -8,878.32 |
| **Total for Current Liabilities** | | **895,304.31** |
| **Long Term Liabilities** | | |
| **Total for Long Term Liabilities** | | **0.00** |
| **Other Liabilities** | | |
| **Total for Other Liabilities** | | **0.00** |
| **Total for Liabilities** | | **895,304.31** |
| **Equities** | | |
| Capital - x,xxx Ordinary Shares | 950 | 96.29 |
| Current Year Earnings | | -403,804.71 |
| Retained Earnings | 960 | -5,848,272.07 |
| Share Premium | 951 | 3,992,149.40 |
| **Total for Equities** | | **-2,259,831.09** |
| **Total for Liabilities & Equities** | | **-1,364,526.78** |

**Amount is displayed in your base currency **GBP**