## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| FIREXO INC., | Case No. 3:21-cv-02336 |
| Plaintiff, | Hon. Jack Zouhary |
| v. | |
| FIREXO GROUP LIMITED, *et al.*, | |
| Defendants. | |

## NOTICE OF MANUAL FILING

Please take notice that Defendant Firexo Corporation will manually file the following with the Court this 31st day of July, 2026:

1. Exhibit A (Doc. 107-1) to the July 30, 2026 Affidavit of David Breith (Doc. 107).

Exhibit A to the Affidavit of David Breith is a flash drive which contains an Excel spreadsheet titled "Consolidated Profit and Loss Basis: Accrual" as well as a summary page. The spreadsheet contains far too many columns to create a legible, printable copy to be scanned and filed electronically.

All parties were served an electronic copy of Exhibit A via email transmission on July 30, 2026.

Respectfully submitted,

*/s/ James P. Silk, Jr.*
James P. Silk, Jr. (0062463)
Sarah K. Skow (0081468)
Teresa L. Grigsby (0030401)

SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH  43604
Telephone:  (419) 241-2201
Facsimile:  (419) 241-8599
jsilk@snlaw.com
sskow@snlaw.com
tgrigsby@snlaw.com
*Counsel for Defendant Firexo*
*Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed this 31st day of July, 2026. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ James P. Silk, Jr.*
James P. Silk, Jr.
*Counsel for Defendant Firexo*
*Corporation*

810721

2