# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

FIREXO INC.,

      Plaintiff,

   v.

FIREXO GROUP LIMITED, *et al.*,

      Defendants.

Case No. 3:21-cv-02336

Hon. Jack Zouhary

**FILED**

JUL 31 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

---

### EXHIBIT A (DOC. 107-1) TO THE JULY 30, 2026
### AFFIDAVIT OF DAVID BREITH (DOC. 107)

---

The attached envelope contains a flash drive representing Exhibit A (Doc. 107-1) to the July 30, 2026 Affidavit of David Breith (Doc. 107). The flash drive contains an Excel spreadsheet titled "Consolidated Profit and Loss Basis: Accrual" as well as a summary page. The spreadsheet contains far too many columns to create a legible, printable copy to be scanned and filed electronically.

      Respectfully submitted,

      James P. Silk, Jr. (0062463)
      Sarah K. Skow (0081468)
      Teresa L. Grigsby (0030401)
      SPENGLER NATHANSON P.L.L.
      900 Adams Street
      Toledo, OH  43604
      Telephone:  (419) 241-2201
      Facsimile:  (419) 241-8599
      jsilk@snlaw.com
      sskow@snlaw.com
      tgrigsby@snlaw.com
      *Counsel for Defendant Firexo Corporation*

810723